

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>) 04-12023 RWZ<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND JURY TRIAL DEMAND

The Plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC, bring this Complaint against the Defendant, Wayport, Inc., for patent infringement.

### Parties

1.  PowerOasis, Inc. ("PowerOasis") is a New Hampshire corporation with its primary place of business in Nashua, New Hampshire.

2.  PowerOasis Networks, LLC is a New Hampshire limited liability corporation with its primary place of business in Nashua, New Hampshire.

3.  Wayport, Inc. ('Wayport") is a Delaware corporation with its primary place of business in Austin, Texas.

### Jurisdiction and Venue

4.  This action arises under the patent laws of the United States, in particular, 35 U.S.C. §§271, 281, 283, 284, and 285.

5.  This Court has subject matter jurisdiction under 28 U.S.C. §1331 and 1338 as the claims presented in this Complaint arise under the Constitution and laws of the United States, and because this is an action relating to patents.

6.  This Court has personal jurisdiction over Wayport under the Massachusetts long arm statute, M.G.L. Ch. 223A, Section 3.

7.  Venue is proper in this District under 28 U.S.C. §1391, because Wayport is subject to personal jurisdiction in this District.

## Facts

8.  PowerOasis Networks, LLC is the assignee of, and owner of all right, title and interest to, United States Patent No. 6,466,658 B2 (the "'658 patent"), that was issued by the United Sates Patent and Trademark Office on October 15, 2002, a copy of which is attached to this Complaint as Appendix A.

9.  PowerOasis Networks, LLC is the assignee of, and owner of all right, title and interest to, United States Patent No. 6,721,400 B2 (the "'400 patent"), that was issued by the United Sates Patent and Trademark Office on April 13, 2004, a copy of which is attached to this Complaint as Appendix B.

10. PowerOasis is the exclusive licensee of all patent rights under the '658 and '400 patents.

11. PowerOasis vends wireless and wired telecommunications access in airports and elsewhere.

12. Wayport is a leading vender of wireless and wired telecommunications access in hotels and airports.

13. Wayport competes directly with PowerOasis for the service of vending wired and wireless telecommunications access to the public.

14. Wayport vends wired and wireless telecommunications access in more than twenty hotels and motels in Massachusetts.

15. Wayport regularly does or solicits business in Massachusetts.

16. Wayport derives substantial revenue from its business activities in Massachusetts.

17. By its business activities in Massachusetts and elsewhere, Wayport has infringed and is presently infringing the '658 and '400 patents in violation of 35 U.S.C. §271(a).

18. Wayport's infringing activities have caused, and continue to cause, Plaintiffs to suffer damages in a sum not yet ascertained, and have caused, are causing, and threaten to continue to cause irreparable harm to Plaintiffs.

19. On information and belief, Wayport will continue to infringe the '658 and '400 patents unless it is enjoined from doing so by this Court.

WHEREFORE, PowerOasis and PowerOasis Networks, LLC pray that this Court:

a. preliminarily, and, after trial, permanently enjoin Wayport, its agents, employees, and all persons and organizations in privity or in active concert with Wayport, from continued infringement of the '658 and '400 patents;

b. award PowerOasis compensatory damages in a sum to be determined at trial for Wayport's infringement of the '658 and '400 patents, pursuant to 35 U.S.C. §284;

c.  award PowerOasis increased damages to the maximum of three times the compensatory damages under 35 U.S.C §284;

d.  declare this to be an exceptional case, and award Plaintiffs their reasonable attorneys fees pursuant to 35 U.S.C. §285;

e.  award Plaintiffs their cost of this lawsuit;

f.  award PowerOasis interest on the award, costs, fees and other charges to the maximum extent permissible including prejudgment interest; and

g.  award Plaintiffs such other and further relief as the Court may deem to be just and reasonable.

## JURY TRIAL DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

POWEROASIS, INC. and
POWER OASIS NETWORKS, LLC
By their attorneys,

Sibley P. Reppert  BBO#416900

William A. Scofield, Jr. BBO#448940

LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts  02109 - 1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)