IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>Defendants. | )<br>)<br>)<br>)   04-12023 RWZ<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC, hereby move for the entry of a preliminary injunction enjoining the defendant, Wayport, Inc., ("Wayport") from infringing U.S. Patent Nos. 6,466,658 B2 and 6,721,400 B2, by providing to the public wired or wireless access to the Internet, wherein Wayport charges for the provision of such telecommunications channel access on a "pay as you go" basis under which telecommunications channel access is provided for a specified period of time in exchange for payment of a specified fee.

As grounds for this motion, Plaintiffs state as follows:

1. In this action, Plaintiffs have filed a Complaint against Wayport alleging that Wayport has infringed and continues to infringe two United States U.S. Patent Nos. 6,466,658 B2, and 6,721,400 B2.

2. Plaintiffs have a reasonable likelihood of success on the merits of its claims of infringement of said patents.

3. Plaintiffs are sustaining and will sustain irreparable harm absent a preliminary injunction.

4. The balance of hardships tips in favor of Plaintiffs.

5. The public interest favors the entry of a preliminary injunction.

The grounds for the present motion are further set forth in the Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction submitted herewith, and in the Affidavits of Thomas M. Duff, Jr., William S. Joransen, Charles C. Schleberg, and Sibley P. Reppert that are submitted with this Motion.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NEWORKS, LLC
By their attorneys,

Sibley P. Reppert, B.B.O. No. 416900

William A. Scofield, Jr., B.B.O. No. 448940

LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts 02109 - 1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

2