IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWER OASIS NETWORK, LLC<br><br>Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    04-12023 RWZ<br>Civil Action No._____ |

### AFFIDAVIT OF CHARLES C. SCHELBERG

I, Charles C. Schelberg, being duly sworn, hereby depose and say as follows:

1. I make this affidavit on the basis of my personal knowledge of the facts stated herein.

2. I have worked as a senior software engineer in the field of telecommunications, embedded systems, real time controls, and robotics for approximately 40 years. During that time, I have worked in such capacity at IBM, Modicon, Hollis Controls, Waters Corporation, Bedford Associates, and Medisense.

3. I am the co-inventor of certain inventions patented under U.S. Patent Nos. 5,812,643, 6,314,169 B1, 6,466,658 B2, and 6,721,400 B2.

3. I give this Affidavit as one of ordinary skill in the art of telecommunications engineering as pertaining to the foregoing patents.

4. The following table sets forth my understanding as one of ordinary skill in the art of the words contained in claim 1 of U.S Patent No. 4,466,658 B2 (the "'658 patent"), and U.S. Patent No. 6,721,400 B2 (the "'400 patent").

| Claim Limitation No. | Claim Limitation, '658 Patent | Claim Limitation, '400 Patent | Ordinary and Accustomed Meaning to One of Ordinary Skill in the Art |
|---|---|---|---|
| 1.a. | *a payment mechanism for receiving payment from the customer;* | *a payment mechanism for obtaining information from the customer to initiate a vending transaction;* | "Payment" means paying money in some form.<br><br>"Mechanism" means machinery or process for achieving a result.<br><br>"Vending transaction" is a transaction by which something is provided to the customer in exchange for payment.<br><br>The remaining words have their ordinary meanings. |
| 1.b. | *a customer interface for indicating the status of said vending machine;* | *a customer interface for indicating the status of said vending machine;* | An interface is the place where two different systems meet and interact with each other. An example is a GUI (graphic user interface, the display on a computer screen).<br><br>"Said vending machine" refers to "a vending machine for vending telecommunications access to a customer" as stated in the preamble. |
| 1.c. | *an electronic circuit for determining when the vending transaction is completed;* | *an electronic circuit for determining when the vending transaction is completed;* | An "electronic circuit" is any circuit that conducts electricity.<br><br>"Vending transaction" has the same meaning as in claim 1.a.<br><br>"Completed" has its ordinary meaning, i.e. finished, brought to an end. |

| | | | |
|---|---|---|---|
| 1.d. | *a telecommunications channel access circuit adapted to be connected to at least one external telecommunications channel for enabling access to the at least one external telecommunications channel at the beginning of a vending transaction and disabling access at the end of the vending transaction;* | *a telecommunications channel access circuit adapted to be connected to at least one external telecommunications channel for enabling access to the at least one external telecommunications channel at the beginning of a vending transaction and disabling access at the end of the vending transaction;* | A "telecommunications channel" is a pathway or route on which a telecommunications signal travels.<br><br>An "access circuit" is a circuit providing access.<br><br>"Adapted to be connected" means having a physical configuration enabling connection to be made.<br><br>"External telecommunications channel" means an outside channel such as a T1 line, telephone line, or other channel on which a telecommunications signal is carried.<br><br>"For enabling access to the at least one external telecommunications channel" means for the purpose of activating the telecommunications channel so telecommunications can take place.<br><br>"Disabling access" means deactivating the telecommunications channel. |
| 1.e. | *a telecommunications channel access connector connected to said telecommunications channel access circuit for enabling connection to an external telecommunications device of the customer; and* | *a telecommunications channel access connector connected to said telecommunications channel access circuit for enabling connection to an external telecommunications device of the customer; and* | A "telecommunications channel access connector" is a physical device providing a connection such as a plug or a wireless connection.<br><br>An "external telecommunications device of the customer" is a device of the user used for telecommunicating, such as a telephone or a computer. |

| 1.f. | a control unit having a storage device for storing payment information received from the customer and for controlling said electronic circuit and said telecommunications channel access circuit. | a control unit having a device for receiving payment information from the customer and for controlling said electronic circuit and said telecommunications channel access circuit. | A "control unit" is an electronic device that controls a system. "Storage device" is computer memory. "Payment information" is information relating to payment. "Controlling said electronic circuit and said telecommunications channel access circuit" means electronically controlling the circuit. |

Signed and under the pains and penalties of perjury this _10_ day of September, 2004.

Charles C. Schelberg

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK SS:

Then appeared before me the above-named Charles C. Schelberg and gave oath that the foregoing statements are true of his personal knowledge this _10_ day of September, 2004

Notary Public

My Commission Expires: _Oct. 1, 2004_