SCANNED

DATE: 9/21/04

BY: Fow

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

POWEROASIS, INC. and,
POWEROASIS NETWORKS, LLC
                    Plaintiffs,

v.

WAYPORT, INC.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)

**04 - 12023 RWZ**

Civil Action No. _____

## AFFIDAVIT OF WILLIAM S. JORANSEN

I, William S. Joransen, being duly sworn, hereby depose and say as follows:

1.     I make this affidavit on the basis of my personal knowledge of the facts stated herein.

2.     I am Chairman of the Board of Directors of PowerOasis, Inc. ("PowerOasis"), and have held that position since June 1999. I have been a director of PowerOasis since 1998. I am also Manager of PowerOasis Networks, LLC.

3.     PowerOasis provides wired and wireless Internet access to customers in airports and public buildings.

3.     Wayport, Inc. is a direct competitor of PowerOasis for the service of providing telecommunications access to customers in airports by wired and wireless connections.

4.     On June 26, 2004, I traveled to Cincinnati/Northern Kentucky International Airport, where Wayport provides telecommunications access to customers at its "Laptop Lane" locations.

5.    In Terminal 1, I located several booths identified by signs as "Laptop Lane," each of which had an RJ-45 LAN port. My photograph of the Laptop Lane area is attached as Exhibit 1, and my photograph of a work table in a Laptop Lane booth with an RJ-45 jack and a telephone is attached as Exhibit 2.

6.    Exhibit 3 is my photograph of a sign on the exterior of the Laptop Lane service area.

7.    Exhibit 4 is my photograph of a sign located inside the Laptop Lane service area advertising, "Use your own notebook computer to check email, surf the web or access your corporate network" and "One low price for unlimited all-day access." The sign also stated, "Also see our three full-service Laptop Lane airport business centers in this airport," and identified their locations in Terminal B, Terminal C, and Terminal 2. The sign indicated further that the Laptop Lane "Self-Service High-Speed Internet Stations" were "Powered by Wayport."

8.    I selected a work desk, sat down, and unpacked my computer. I powered up my laptop, and connected to the LAN port located on the rear wall of the desktop. I then opened my browser and attempted to connect to a public Internet URL. Exhibit 5 to this Affidavit is my photograph of an ethernet cable plugged into Wayport's LAN jack.

9.    After my computer booted up, I was presented with the screen shown in Exhibit 6 when the browser opened. The screen identified the Wayport "Connection Options," including "Buy A Connection ($6.95)."

10.    I clicked on the $6.95 per day option, and entered my credit card information on the screen. I was then shown the screen in Exhibit 7, which stated, "Thank you – you have selected to purchase a one (1)-day connection. **Your connection will expire at 3 AM tomorrow**." (Bold in original)

2

11.    The screen also displayed the Wayport Acceptable Use Policy and Wayport Security Information And Liability Disclaimer, and instructed the user to "click the button below to complete your connection." I pressed the button labeled "Click Here to Continue" to accept the service.

12.    My computer then displayed the screen shown in Exhibit 8, informing me, "You are now connected to the Internet." I confirmed that my computer had a live connection to the Internet by connecting to several public Internet web sites.

13.    I also flew to Dallas - Ft. Worth International Airport on June 26, 2004. I entered Terminal E and looked for a vendor of Internet service. I observed a sign advertising Wayport wireless service, shown in my photograph attached to this Affidavit as Exhibit 9, which also contains my description of my activities.

14.    I powered up my laptop computer with my wireless card installed. I then opened my browser and was presented with a Wayport "Connection Options" screen as shown in Exhibit 10. The same screen also advertised "LaptopLane Powered by Wayport." The screen provided me with the option to "Buy A Connection ($6.95)," which I selected.

15.    I was then presented with the screen shown in Exhibit 11, entitled "Purchase A Connection," and I typed in my name, credit card number, card type and expiration date. After filling the information in, I submitted the data by clicking on the appropriate button.

16.    My computer then displayed the screen shown in Exhibit 12 (three pages), stating, "Thank You – you have selected to purchase a one (1)-day connection. Each day of connection ends at Midnight. **Your connection will expire at 12:00 a.m. on Sunday, June 27**." (Bold in original)

17.    The screen also displayed the Wayport Acceptable Use Policy and the Wayport Security Information And Liability Disclaimer, and presented a button labeled "Click Here To

3

Continue" to acknowledge their terms and authorize the transaction. I clicked on the "Continue" button.

18.     I then received a message that my credit card had been charged and to "Click Here To Connect," as shown on the screen in Exhibit 13. I clicked to connect.

19.     I was then shown the screen in Exhibit 14 informing me, "You are now connected to the Internet."

20.     A receipt was also provided in a pop up window on my screen as shown in Exhibit 15.

21.     I confirmed that I had live access to the Internet by connecting to several web sites.

22.     Wayport competes directly with PowerOasis with the provision of wireless Internet access in Dallas – Ft. Worth International Airport.

23.     PowerOasis began the process of installing its wired vending units at Dallas – Ft. Worth Airport in September, 1999, and installed 31 wired vending units there.

24.     Wayport announced its wireless Internet access offering by press release dated July 20, 2000, a copy of which is attached to this Affidavit as Exhibit 16.

25.     The number of PowerOasis wired terminals at Dallas – Ft. Worth International Airport has dropped from 31 to 11 wired vending units within the past 12 months.

26.     In March, 2002, PowerOasis was in discussions to provide telecommunications access at Cincinnati/Northern Kentucky International Airport, and began devising service architecture.

27.     Wayport announced its acquisition and opening of Laptop Lane business centers in Cincinnati/Northern Kentucky International Airport on February 13, 2002, as stated in Exhibit 17 to this Affidavit.

28.    Subsequently, PowerOasis was informed that Cincinnati/Northern Kentucky Airport was not going to approve PowerOasis.

29.    The infringing activities of Wayport have caused PowerOasis to lose substantial revenue and threaten to prevent PowerOasis from being able to expand its wired and wireless Internet access services covered by the '658 and '400 patent in airports, hotels and other locations.

Signed on the basis of my personal knowledge and under the pains and penalties of perjury this /0th day of September, 2004.

William S. Joransen

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK SS:

Then appeared before me the above-named William S. Joransen and gave oath that the foregoing statements are true of his personal knowledge this ₁₀ day of September, 2004.

Notary Public

My Commission Expires: 10/1/04