IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>WAYPORT, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-12023-RWZ<br>)<br>) Hon. Rya W. Zobel<br>)<br>)<br>)<br>) |

**STIPULATED BRIEFING SCHEDULE IN RESPONSE TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis") and Defendant WayPort, Inc. ("WayPort") have conferred with each other and with the Court and have agreed upon the following briefing schedule to respond to PowerOasis's Motion For Preliminary Injunction, filed September 21, 2004 (the "Motion").

1.  WayPort's Opposition to the Motion will be filed on or before November 4, 2004;

2.  PowerOasis's Reply to the Motion (if any) will be filed on or before November 12, 2004;

3.  The Court will hold a hearing on the Motion on November 18, 2004 at 2:30 p.m., or at any other date and time that is convenient for the Court.

- 2 -

                                                            Respectfully submitted,

| | |
|---|---|
| **POWEROASIS INC. and POWEROASIS, NETWORKS LLC** | **WAYPORT, INC.** |
| By it attorneys, | By its attorneys, |
| /s/ William A. Scofield, Jr. | /s/ David B. Bassett |
| William A. Scofield, Jr. (BBO #448940) | William F. Lee (BBO #291960) |
| Lahive & Cockfield LLP | David B. Bassett (BBO #551148) |
| 28 State Street | Dominic E. Massa (BBO #564694) |
| Boston, Massachusetts 02109-1784 | Amr O. Aly |
| Tel: (617) 227-7400 | Wilmer Cutler Pickering Hale and Dorr LLP |
| Fax: (617) 742-4214 | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Tel: (617) 526-6000 |
| | Fax: (617) 526-6000 |
| | email: david.bassett@wilmerhale.com |

DATED: October 4, 2004