IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br>WAYPORT, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-12023-RWZ<br>)<br>) Hon. Rya W. Zobel<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT *PRO HAC VICE* AMR O. ALY, ESQUIRE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Amr O. Aly of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, NY 10022, be admitted to appear on behalf of defendant WayPort, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel represents the following:

    1.    Mr. Aly is and has been a member in good standing of the bar of the State of New York since 1997;

    2.    There are no disciplinary proceedings pending against Mr. Aly as a member of the bar in any jurisdiction;

    3.    Mr. Aly has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

    4.    In further support of this motion, Mr. Aly has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

- 2 -

WHEREFORE, the undersigned counsel respectfully requests Mr. Aly's admission to practice before this Court *pro hac vice*.

**WAYPORT, INC.**

By its attorneys,

/s/ Benjamin M. Stern
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Benjamin M. Stern (BBO# 646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
email: benjamin.stern@wilmerhale.com

Dated: October 4, 2004

## CERTIFICATE OF SERVICE

I, Benjamin M. Stern, hereby certify that on October 4, 2004, I caused a copy of this document to be delivered to counsel for the Defendant via the Court's electronic filing system:

>   Sibley P. Reppert
>   William A. Scofoeld, Jr.
>   Lahive & Cockfield, LLP
>   28 State Street
>   Boston, Massachusetts 02109-1784

/s/ Benjamin m. Stern
Benjamin M. Stern

BOSTON 2303125v1