# CERTIFICATE OF GOOD STANDING

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Amr O. Aly, hereby certify that:

1. I was admitted to the bar of New York State in June 1997 and admitted to practice in the United States District Courts for the Southern District of New York in October 1997 and the Eastern District of New York in November 1997.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name and employment contact information are as follows:

> Amr O. Aly
> Wilmer Cutler Pickering Hale and Dorr LLP
> 399 Park Avenue
> New York, NY 10022
> (212) 230-8800

Dated: October 4, 2004              /s/ Amr O. Aly
                                    Amr O. Aly