AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC

**SUMMONS IN A CIVIL ACTION**

V.

WAYPORT, INC.

CASE NUMBER: 04-12023 RWZ

TO: (Name and address of Defendant)

Wayport, Inc.
c/o CT Corporation System
101 Federal Street
Boston, MA  02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sibley P. Reppert
Lahive & Cockfield, LLP
28 State Street
Boston, MA  02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



DATE  9-20-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE SEPTEMBER 21, 2004 |
| NAME OF SERVER (PRINT) CHARLES V. GRILLO JR. | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ALLISON LIBERTO Phone # 617-757-6400   CT CORPORATION 101 FEDERAL STREET Boston, MA 02110-1817

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $75.00 | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-21-2004
Date

Signature of Server

1531 CENTRE STREET
Roslindale, MA 02131
Address of Server

Charles V. Grillo, Jr.
Constable
City of Boston

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Commonwealth of Massachusetts

### OFFICER'S RETURN OF SERVICE

| | |
|---|---|
| Poweroasis, INC. and<br>Poweroasis Networks, LLC<br> Plaintiff<br>         V<br><br>Wayport, INC<br>   Defendant | United States District Court<br>District of Massachusetts<br><br><br><br>Case Number   04-12023RWZ |

September 21, 2004

I this day served a true and attested copy of the within Summons and Complaint in a Civil Action upon Wayport, INC. c/o CT Corporation System of 101 Federal Street Boston, Massachusetts 02110-1817 in the County of Suffolk. Said service was made by giving IN HAND to Allison Liberto secretary of CT Corporation at 101 Federal Street Boston, Massachusetts 02110-1817 in the County of Suffolk. Telephone # 617-757-6400

Said service was made on September 21, 2004 at 12:12 P.M.

*[signature]*
Charles V. Grillo Jr.
**Constable City of Boston**

**1531 Centre Street
Boston, Massachusetts 02131-1900
Telephone 617-515-1622**