# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No.: 04-12023-RWZ ) ) Hon. Rya W. Zobel ) ) ) ) |

## JOINT STIPULATION TO EXTEND DEFENDANT WAYPORT, INC.'S TIME TO ANSWER COMPLAINT

Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis") and Defendant Wayport, Inc. ("Wayport") have conferred with each other and have agreed that Wayport shall file and serve its Answer to PowerOasis's Complaint on or before October 29, 2004.

- 2 -

                                        Respectfully submitted,

| | |
|---|---|
| **POWEROASIS INC. and POWEROASIS, NETWORKS LLC** | **WAYPORT, INC.** |
| By it attorneys, | By its attorneys, |
| /s/ William A. Scofield, Jr. | /s/ David B. Bassett |
| Sibley P. Reppert (BBO #416900) | William F. Lee (BBO #291960) |
| William A. Scofield, Jr. (BBO #448940) | David B. Bassett (BBO #551148) |
| Lahive & Cockfield LLP | Dominic E. Massa (BBO #564694) |
| 28 State Street | Amr O. Aly (*pro hac vice* application pending) |
| Boston, Massachusetts 02109-1784 | Wilmer Cutler Pickering Hale and Dorr LLP |
| Tel: (617) 227-7400 | 60 State Street |
| Fax: (617) 742-4214 | Boston, Massachusetts 02109 |
| | Tel: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| | Email: david.bassett@wilmerhale.com |

DATED: October 7, 2004