**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>WAYPORT, INC., <br><br>　　　　Defendant. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to the Court's authority under Fed. R. Civ. P. 26(c), in order to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, protect adequately material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, the parties jointly move the Court for entry of a Stipulated Protective Order, in the form attached hereto as Exhibit 1.

| | |
|---|---|
| **POWEROASIS INC. and POWEROASIS, NETWORKS LLC** | **WAYPORT, INC.** |
| By its attorneys, | By its attorneys, |
| /s/ Sibley P. Reppert | /s/ David B. Bassett |
| Sibley P. Reppert (BBO #416900) | William F. Lee (BBO #291960) |
| William A. Scofield, Jr. (BBO #448940) | David B. Bassett (BBO #551148) |
| LAHIVE & COCKFIELD LLP | Dominic E. Massa (BBO #564694) |
| 28 State Street | Amr O. Aly (*pro hac vice* application pending) |
| Boston, Massachusetts 02109-1784 | WILMER CUTLER PICKERING |
| Tel: (617) 227-7400 |   HALE AND DORR LLP |
| Fax: (617) 742-4214 | 60 State Street |
| | Boston, MA 02109 |
| | Tel.: (617) 526-6000 |
| | Fax: (617) 526-5000 |

Dated: October 19, 2004

## CERTIFICATE OF SERVICE

    I, Benjamin M. Stern, hereby certify that on October 19, 2004, I caused a copy of this foregoing document to be delivered to counsel of record via facsimile and first class mail.

                                                 /s/ Benjamin M. Stern
                                                 Benjamin M. Stern