**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No.: 04-12023-RWZ ) ) Hon. Rya W. Zobel ) ) ) ) |

**DEFENDANT WAYPORT INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant Wayport,

Inc. ("Wayport") states that Wayport has no parent corporation and that no publicly held

corporation owns 10% or more of Wayport's stock.

Respectfully submitted,

WAYPORT, INC.

By its attorneys,

/s/ David B. Bassett
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Amr O. Aly (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: david.bassett@wilmerhale.com

DATED: October 29, 2004

- 2 -

**<u>Certificate of Service</u>**

     I, Benjamin M. Stern, attorney for defendant Wayport, Inc., hereby certify that I caused to be served by first-class mail, a true copy of the above document upon Sibley P. Reppert, Lahive & Cockfield LLP, 28 State Street, Boston, Massachusetts, 02109.

                    /s/ Benjamin M. Stern

DATED: October 29, 2004