IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, LLC, <br><br>     Plaintiffs- <br>         Counterclaim Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br>     Defendant- <br>         Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

**WAYPORT INC.'S UNOPPOSED MOTION TO FILE
THIRTY TWO PAGE MEMORANDUM IN OPPOSITION TO
POWEROASIS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(B)(4), defendant Wayport, Inc. ("Wayport") hereby moves for leave to file a brief that is twelve pages in excess of the twenty-page limit. The brief (in redacted form) is attached as Exhibit 1 hereto. As grounds for its motion, Wayport states as follows:

1. Wayport's brief is in opposition to PowerOasis' Memorandum In Support Of Its Motion For A Preliminary Injunction (the "PowerOasis Mem.").

2. The PowerOasis Mem. is 34 pages long.

3. In the PowerOasis Mem., PowerOasis accuses Wayport of infringing two patents and identifies 19 separate claim limitations that require construction.

4. To fully address the allegations raised in the PowerOasis Mem. and explain why PowerOasis' motion for a preliminary injunction should be denied, Wayport must not only explain its systems and its business, but must also describe the applicable legal principles, rebut

the charges of infringement and put forth reasons why the two patents-in-suit are invalid. Wayport utilizes several drawings and schematics that take up room in Wayport's brief.

5.	By its motion for a preliminary injunction, PowerOasis seeks a remedy with long-lasting effect against Wayport and it is vital that Wayport be able to explain its position fully.

6.	Wayport's brief 32 pages long.

7.	Counsel for the parties have conferred and counsel for PowerOasis has indicated that it does not oppose this motion.

WHEREFORE, Wayport respectfully requests that it be permitted to file a 32 page brief.

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

 /s/ David B. Bassett
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Amr O. Aly (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: david.bassett@wilmerhale.com

Dated: November 4, 2004

- 3 -

## CERTIFICATE OF SERVICE

    I, Benjamin M. Stern, attorney for defendant Wayport, Inc., hereby certify that I caused to be served by hand a true copy of the above document upon Sibley P. Reppert, Lahive & Cockfield LLP, 28 State Street, Boston, Massachusetts, 02109.

                                          /s/ Benjamin M. Stern
                                          Benjamin M. Stern

DATED: November 4, 2004