IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, LLC, <br> <br> Plaintiffs-Counterclaim Defendants, <br> <br> v. <br> <br> WAYPORT, INC., <br> <br> Defendant-Counterclaim Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 04-12023-RWZ <br> ) <br> ) Hon. Rya W. Zobel <br> ) <br> ) <br> ) |

### DEFENDANT WAYPORT INC.'S UNOPPOSED
### MOTION TO FILE MATERIALS UNDER SEAL

Pursuant to Local Rule 7.2 and Stipulated Protective Order that the Court entered on November 3, 2004 (the "Protective Order"), Wayport, Inc. ("Wayport") requests that the Court place the following documents under seal:

- Wayport's Brief in Opposition to PowerOasis' Motion for Preliminary Injunction;
- Declaration of Dr. Edmond S. Cooley; and
- Declaration of Amr O. Aly.

As grounds for the motion, Wayport states as follows:

1.  Under the terms of the Protective Order, any court filings that contain material designated as "Confidential" or "Confidential – Attorney's Eyes Only" by either party shall be filed with a motion to seal. *See* Protective Order ¶ 11.

2.  Plaintiffs PowerOasis, Inc. and PowerOasis Networks LLC (collectively "PowerOasis") have designated the deposition transcripts of William S. Joransen, Thomas Duff, Jr., and Charles C. Schelberg, Jr. as "Confidential – Outside Attorneys' Eyes Only". At the time of the depositions, the Stipulated Protective Order had not been entered. In the absence of a

- 2 -

protective order, the parties agreed to designate all discovery information "Confidential – Outside Attorneys' Eyes Only"

3. Wayport cites to these deposition transcripts in the filings it seeks to seal. Although Wayport takes no position on whether PowerOasis properly designated these deposition transcripts, it is willing to honor PowerOasis' requests for the continued highly confidential treatment of this material.

4. In addition, the documents that Wayport seeks to seal contain information about Wayport's services and its business operations that it treats as highly confidential and proprietary.

5. An unredacted version of Wayport's Brief in Opposition to PowerOasis' Motion for Preliminary Injunction, an unredacted version of the Declaration of Dr. Edmond S. Cooley, and an unredacted version of the Declaration of Amr O. Aly have been manually filed with the Clerk's Office in a sealed envelope.

6. Wayport has separately filed a redacted public version the of documents it seeks to file under seal in order to protect PowerOasis' confidentiality designations and Wayport's confidential material but to make non-confidential information available to the public.

7. Counsel for the parties have conferred and counsel for PowerOasis has indicated that it does not oppose this motion.

- 3 -

WHEREFORE, Wayport requests leave to file the aforementioned documents under seal.

    Respectfully submitted,

    WAYPORT, INC.

    By its attorneys,

    /s/ David B. Bassett
    William F. Lee (BBO #291960)
    David B. Bassett (BBO #551148)
    Dominic E. Massa (BBO #564694)
    Amr O. Aly (*pro hac vice*)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel: (617) 526-6000
    Fax: (617) 526-5000
    Email: david.bassett@wilmerhale.com

DATED: November 4, 2004

- 4 -

## Certificate of Service

I, Benjamin M. Stern, attorney for defendant Wayport, Inc., hereby certify that I caused to be served by hand, a true copy of the above document upon Sibley P. Reppert, Lahive & Cockfield LLP, 28 State Street, Boston, Massachusetts, 02109.

/s/ Benjamin M. Stern
Benjamin M. Stern

DATED: November 4, 2004