IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 04-12023-RWZ<br>)<br>) Hon. Rya W. Zobel<br>)<br>)<br>)<br>) |

## **DECLARATION OF AMR O. ALY, ESQ.**

I, Amr O. Aly, Esq., declare as follows:

    1.    I am a junior partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to defendant Wayport, Inc. in the above-titled action.

    2.    A true and complete copy of an article from Webopedia entitled "Wifi", dated January 16, 2004, is attached hereto as Exhibit 1.

    3.    A true and complete copy of selected pages from the deposition of William S. Joransen, taken in the above-titled action on October 27, 2004, is attached hereto as Exhibit 2.

    4.    A true and complete copy of selected pages from the deposition of Thomas M. Duff, Jr., taken in the above-titled action on October 27, 2004, is attached hereto as Exhibit 3.

    5.    A true and complete copy of selected pages from the PowerOasis, Inc. website is attached hereto as Exhibit 4.

    6.    A true and complete copy of U.S. Patent No. 6,466,658 is attached hereto as Exhibit 5.

    7.    A true and complete copy of selected pages from the deposition of Charles C.

- 2 -

Schelberg, Jr., taken in the above-titled action on October 28, 2004 is attached hereto as Exhibit 6.

    8.    A true and complete copy of selected pages from the file history of U.S. Patent Application Serial Number 08/796,652 is attached hereto as Exhibit 7.

    9.    A true and complete copy of U.S. Patent No. 6,721,400 is attached hereto as Exhibit 8.

    10.    A true and complete copy of a Boston Globe article, entitled "N.H. Firm Sues Provider of Net Hot Spots", dated September 23, 2004, is attached hereto as Exhibit 9.

    11.    A true and complete copy of selected pages from Webster's Third New International Dictionary is attached hereto as Exhibit 10.

    I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Dated this 4th day of November, 2004.

    /s/ Amr O. Aly
    Amr O. Aly, Esq.