# Exhibit 1



**Online Self-Service: Make It Easy Or Risk Failure**
December 2, 2004 2:00pm EST - 11:00am PST *presented by:* Jupiterwebcasts
sponsored by: iphrase
Gain insight from indus without leaving your de

 You are in the: Small Business Computing Channel    View Sites +    

**COMMAND YOUR SAN!** Only McDATA SANavigator software simplifies SAN management. Installs in minutes! Request your FREE 30-day trial today.

internet.com **(Webopedia)** The #1 online encyclopedia dedicated to computer technology

Enter a word for a definition...                    ...or choose a computer category.
[          ] Go!                                    [choose one...     ▼] Go!

**MENU**
- Home
- Term of the Day
- New Terms
- Pronunciation
- New Links
- Quick Reference
- Did You Know?
- Search Tool
- Tech Support
- Webopedia Jobs
- About Us
- Link to Us
- Advertising

**Compare Prices:**
[      ] go


**Talk To Us...**
- Submit a URL
- Suggest a Term
- Report an Error

**Travel Ideas:**
- Disney Vacations
- Hawaii
- New Orleans
- Orlando
- Spring Break
- Disney World
- Online Booking
- Universal Studios

# Wi-Fi

Last modified: Friday, January 16, 2004

Short for *wireless fidelity* and is meant to be used generically when referring of any type of 802.11 network, whether 802.11b, 802.11a, dual-band, etc. The term is promulgated by the Wi-Fi Alliance.

Any products tested and approved as "Wi-Fi Certified" (a registered trademark) by the Wi-Fi Alliance are certified as interoperable with each other, even if they are from different manufacturers. A user with a "Wi-Fi Certified" product can use any brand of access point with any other brand of client hardware that also is certified. Typically, however, any Wi-Fi product using the same radio frequency (for example, 2.4GHz for 802.11b or 11g, 5GHz for 802.11a) will work with any other, even if not "Wi-Fi Certified."

Formerly, the term "Wi-Fi" was used only in place of the 2.4GHz 802.11b standard, in the same way that "Ethernet" is used in place of IEEE 802.3. The Alliance expanded the generic use of the term in an attempt to stop confusion

**Developer**
**Downloads**
**International**
**Internet Lists**
**Internet News**
**Internet Resources**
**IT**
**Linux/Open Source**
**Small Business**
**Windows Technology**
**Wireless Internet**
**xSP Resources**

Search internet.com
Advertise
Corporate Info
Newsletters
Tech Jobs
E-mail Offers

**internet commerce**
Be a Commerce Partner
Airline Tickets
Garage Heater
Discount Hotel Rooms
Send Flowers
Link Popularity
Promote Your Website
Cameras
Web Hosting
Cell Phone Plans
Garage Heater
Discount Hotels
Bookstores
Phone Systems

about wireless LAN interoperability.

Also see the Wireless LAN Standards chart in the Quick Reference section of Webopedia.

•E-mail this definition to a colleague•

Sponsored listings

**JiWire: Wi-Fi** - Wi-Fi guide offers worldwide Hotspot Locator as well as reviews and tutorials of Wi-Fi products and services.

For internet.com pages about **Wi-Fi** CLICK HERE. Also check out the following links!

LINKS   ⁂ = Great Page!

## Minimizing 802.11 Interference Issues ⁂
RF interference will continue to plague current and future 802.11b implementations unless an adequate site survey is conducted - preferably prior to actual network installation.

## Wi-Fi Planet ⁂
802.11 news, commentary and information.

## Wi-FiHotSpotList.com ⁂
Search this directory for Wi-Fi hotspots in your region.

## Wireless Networking Q & A ⁂
This article from Vicomsoft explains in detail the basics of wireless networking.

## 802.11a: Making Space for Speed
With so much talk about 802.11b, what about 802.11a?

## A Short Tutorial on Wireless LANs and IEEE 802.11
This article will try to answer some basic questions of why and where wireless local area networks can be used, and present a brief description of some protocols that have been developed, with emphasis on IEEE 802.11.

## palowireless.com
A resource center for IEEE 802.11.

**Related Categories**

Communications Standards

Wireless Computing

**Related Terms**

802.11

ad-hoc mode

AP

HiperLAN

HomeRF

infrastructure mode

Mobile IP

roaming

Shared Wireless Access Protocol

WECA

WEP

Wi-Fi5

WLAN

WPA

**(Webopedia)**
Give Us Your Feedback

**Shopping**
**Wi_Fi Products**
Compare Products,Prices and Stores

**Shop by Category:**
**Wireless Access Points**
82 Model Matches

**Other Network Devices**
171 Model Matches

**Routers**
166 Model Matches

## Tools Simplify 802.11 Deployments
Wireless LAN installation is tricky. The construction of a facility and silent sources of RF interference impact the propagation of radio waves, often in odd ways.

**Network Adapters**
14 Model Matches

**PDAs**
26 Model Matches

## Wi-Fi Alliance
A resource page for Wi-Fi technology.

## Wireless - FAQ
Northwestern University Information Technology's wireless network frequently asked questions. Provides information on Macintosh and Windows.



JupiterWeb networks:

Search JupiterWeb: [        ] Find

Jupitermedia Corporation has four divisions:
JupiterWeb, JupiterResearch, JupiterEvents and JupiterImages

Copyright 2004 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | E-mail Offers