# Exhibit 2

# Exhibit 2
# Filed
# Under Seal