# Exhibit 4

Case 1:04-cv-12023-RWZ    Document 19-5    Filed 11/04/2004    Page 1 of 7





## Ever travel with a notebook computer?



PowerOasis brings computer grade power and data port lines to airports and other transportation centers throughout America. With the swipe of a credit card, you can charge your laptop's batteries while you log on with your modem and check your email, share files with your work group or surf the Internet.

PowerOasis helps you stay productive and keep in touch when you're on the road. We are now in twenty-one airports with more to come.

### Request a Receipt

PowerOasis is a member of the American Public Communications Council 

---

**PowerOasis**
Providing the power to stay in touch.

131 D.W. Highway, #331
Nashua, NH 03060
Phone: 800-260-0514 · Fax: 603-888-9561

© Copyright 1997,2002 by PowerOasis, Inc.

Web site created by PowerOasis and maintained by WeatherEye Systems.





## Frequently Asked Questions (FAQ)

What is a PowerOasis Terminal?

How do I operate a PowerOasis Terminal?

How Do I Operate A PowerOasis Terminal For Data Connection?

How do I find a PowerOasis Terminal?

How do I know that the PowerOasis Terminal will not damage my equipment?

What do I have to do to start using a PowerOasis Terminal?

How does PowerOasis protect my privacy?

What do I need to use an ultra-high speed data line?

How much does it cost to use a PowerOasis Terminal?

What credit cards does the PowerOasis Terminal accept?

Is there someone I can talk to about . . . ?

Where are the ultra-high speed PowerOasis Terminals?

Who is PowerOasis?

---

### What is a PowerOasis Terminal?



A PowerOasis Terminal is a traveler's source for clean AC power and private data lines for portable computers and other electronic equipment. Standard Terminals provide a high speed data line capable of 56 KBPS over standard phone lines. Some Terminals provide an ultra-high speed data line such as ISDN, T1 or broadband. The power outlet can be used for any electrical or electronic device up to 2.5 Amps, e.g. a computer, cell phone, Walkman or video camera. The power can be used to recharge batteries, operate the device or both. The data line can also be used with any compatible electronic device.

Unlike other sources, both the power and data lines are protected

against surges and other conditions that might damage your equipment. The Terminal looks like a surge protector that you might use on your office or home computer system, except that this one includes a credit card reader. When you swipe a valid credit card, the power and data line connectors are activated. When you unplug your equipment, the Terminal deactivates the connectors and bills your credit card with the time, location and usage information suitable for tax records or expense accounts.

Although you see a phone in this photo, you won't need to use it. The PowerOasis is a separate unit and you can actually talk on the phone while you are using the modem connection.

Top↑

**How do I operate a PowerOasis Terminal?**



When you approach a Terminal, the top light (a) is flashing amber, indicating that the unit is available.

Plug your equipment into one or both of the connectors (c).

Swipe your PowerCard or credit card through the card reader as indicated on the unit.

If the card reads correctly, the top light (a) turns a steady green.

The connector lights (b) turn green when the corresponding connector is in-use and turn amber when the connector is not in-use but available.

If the card does not read correctly, the top light (a) flashes rapidly for 5 seconds.

When the light flashes normally again, swipe your card again or try a different card. When finished using the Terminal, just unplug your equipment from the connectors.

The Terminal deactivates the connectors within 5 seconds and bills your credit card.

The top light (a) starts flashing amber indicating the unit is ready for the next transaction.

Top↑

**How Do I Operate A PowerOasis Terminal For Data Connection?**

Just modify the phone numbers that you usually dial to include 1 and the area code.

If you normally call your office network at 555-1234, in area code 603, now call 1-603-555-1234.

If you are calling local numbers for your network connections (CompuServe, AOL, or AT&T WorldNet), you will often get a better connection.

Top↑

**How do I find a PowerOasis Terminal?**

This web site will soon contain a locator guide to all PowerOasis Terminals. You can also identify a PowerOasis Terminal by the distinctive logo and display at each installation. If you can't find a Terminal near your gate, please let us know.

Top↑

**How do I know that the PowerOasis Terminal will not damage my equipment?**

Each PowerOasis Terminal includes the same surge protection circuits that are found in the best commercial grade surge protectors. Both the data and power lines are surge limited.

Top↑

**What do I have to do to start using a PowerOasis Terminal?**

To start using a Terminal, you need equipment that needs power or access to a data line and you need a major credit card. You do **not** need to register with us or have any special equipment. A PowerOasis Terminal is a public access device like a pay phone.

Top↑

**How does PowerOasis protect my privacy?**

The PowerOasis terminal provides a private data line which does not go through any switchboard or computer system, except that of the telephone network. The line is as private as a private line at your home or office. The data line is compatible with any encryption methods or devices that work over standard phone lines.

**What do I need to use an ultra-high speed data line?**

The standard data line connector (RJ11) is intended for use with phones and analog modems up to 56 KBPS. The ISDN data line connectors require an ISDN modem in your computer. Similarly, a broadband data line requires a broadband modem. As T1 and fiber modems become available for portable computers, PowerOasis Terminals with those capabilities will be installed.

Top↑

**How much does it cost to use a PowerOasis Terminal?**

It depends on the kind of card you use to activate the Terminal:

- If you use a Courtesy PowerCard, your usage could be free.

- If you use a PrePaid PowerCard, issued by PowerOasis or an authorized provider, the charge is usually discounted from the rates published on PowerOasis terminals.

- You can use any valid major credit card; no registration or membership is required.

The actual cost to use a PowerOasis terminal is determined by how long you are plugged into the power plug and/or the data port after you swipe your credit card. The charge at most locations is $.50 per minute.

Charges for using ISDN, T1, and other data lines are higher than standard phone-line charges, and are local-market dependent.

Each PowerOasis clearly displays the power and data line charges associated with its operation.

Each PowerOasis Terminal bills your credit card with the time, location, and use information suitable for tax records and expense reports.

Top↑

**What credit cards does the PowerOasis Terminal accept?**

Each PowerOasis Terminal accepts all major credit cards. The logos of the accepted cards are displayed at the terminals.

Top↑

**Is there someone I can talk to about . . . ?**

For technical or billing questions, contact customer service toll free at 1-800-260-0514.

Top

**Where are the ultra-high speed PowerOasis Terminals?**

The ultra-high speed Terminals with ISDN, T1, broadband (coax) and/or fiber data lines are coming. Since the majority of business travelers have modems limited to 56 KBPS or less, our initial Terminals use the "plain old telephone system" or POTS network. Bookmark this web page and monitor our installation progress. Or register with us on our New page and we will keep you abreast of new installations.

Top

**Who is PowerOasis?**

PowerOasis is a private, New Hampshire corporation located approximately one hour northwest of Boston. PowerOasis was formed in 1997 to provide productivity tools and services to the traveling public. The PowerOasis terminal, which is based upon patent pending technology, is the company's first product.

Top

---

**PowerOasis**
Providing the power to stay in touch.

131 D.W. Highway, #331
Nashua, NH 03060
Phone: 800-260-0514 · Fax: 603-888-9561

© Copyright 2000 by PowerOasis, Inc.