# Exhibit 6

# Exhibit 6
# Filed
# Under Seal