# Exhibit 7

Case 1:04-cv-12023-RWZ    Document 19-8    Filed 11/04/2004    Page 1 of 4

| | |
|---|---|
| 379 Class | |
| 93/12 Subclass | |
| ISSUE CLASSIFICATION | |
| SCANNED | |

5812643

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 08/796562 | SEP 22 1998 | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| | | 379 | 93/12 | 2743 | W. CHAN |

APPLICANTS

none WFC

none WFC

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged  Examiner's Initials | | | | | | | |

ADDRESS

TITLE

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | 4/22/98 Applications Examiner |
|---|---|---|
| **NOTICE OF ALLOWANCE MAILED** | | **CLAIMS ALLOWED** |
| 3-31-98 | Assistant Examiner | Total Claims 23 / Print Claim 1 |
| **ISSUE FEE** | | **DRAWING** |
| Amount Due $660.00 | Date Paid 6-30-98 | Sheets Drwg. 9 / Figs. Drwg. 9 / Print Fig. 1 |
| | WING F. CHAN PRIMARY EXAMINER | |
| | Primary Examiner | ISSUE BATCH NUMBER C35 |
| Label Area | PREPARED FOR ISSUE | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/92)

SCAN BW-R'd
QC 90

(FACE)

| **Notice of Allowability** | Application No. 08/796,562 | Applicant(s) Charles C. Schelberg Jr. et al |
|---|---|---|
| | Examiner Wing F. Chan | Group Art Unit 2743 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _telephone interview on 3/20/98_.

☒ The allowed claim(s) is/are _1-21, 23, and 24_.

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been
      ☐ received.
      ☐ received in Application No. (Series Code/Serial Number) _____.
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
   ☐ because the originally filed drawings were declared by applicant to be informal.
   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. ____ .
   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
   ☐ including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
☒ Notice of References Cited, PTO-892
☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). __2__
☒ Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152
☒ Interview Summary, PTO-413
☒ Examiner's Amendment/Comment
☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
☒ Examiner's Statement of Reasons for Allowance

U S Patent and Trademark Office
PTO-37 (Rev. 9-95)                    Notice of Allowability                    Part of Paper No. __4__

Serial Number: 08/796,562 Page 3

Art Unit: 2743

the locker, or separate from a locker for the purpose of vending power and communication channel access.

Schlamp (US PAT. 5,386,462) discloses a vending system for renting lockers with a control box (having card reader, display, etc.) for storing articles. Schlamp fails to disclose or suggest vending a communication channel access connector, power connector inside the locker, or separate from a locker for the purpose of vending power and communication channel access.

Cleghorn (US PAT. 5,008,928) discloses a public access facsimile system in which a credit card number is given to the operator in order to use the facsimile machine in a manner similar to a public pay phone. Cleghorn fails to suggest or disclose vending of a power connector, communication channel access connector for connecting to a customer's own equipment.

4. The following is an Examiner's Statement of Reasons for Allowance: none of the art of record suggest nor teach the system and method of vending telecommunications channel access and power to a customer having the physical combination of elements and steps as set forth in independent claims 1, 23, and 24.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably **accompany** the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

5    Any response to this action should be mailed to: