# Exhibit 9



THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

# N.H. firm sues provider of Net hot spots

*The Boston Globe*

**By Hiawatha Bray, Globe Staff  |  September 23, 2004**

In a case that could shake up the growing market in wireless Internet "hot spots," a New Hampshire company is suing a leading hot spot provider, alleging patent infringement. If PowerOasis Inc. of Nashua wins its case against Wayport Inc. of Austin, Texas, thousands of travelers could lose access to the Internet in hotels and airports.

On Monday, PowerOasis filed suit in federal court in Boston, seeking a preliminary injunction against Wayport that would stop the company from offering many of its online services.

"The point of the lawsuit is to make the statement to Wayport that our client's patent rights have to be respected," said William Scofield, one of PowerOasis's attorneys.

PowerOasis sells "pay-as-you-go" Internet service at public kiosks and wireless hot spots in 21 US airports and a handful of public buildings. Customers log onto the system and use a credit card to pay for Internet access by the hour or by the day. PowerOasis also holds four patents related to pay-as-you-go Internet service; the most recent of them was issued in April.

Wayport also offers Internet services at hundreds of hotels and at a number of major airports, including Dallas-Fort Worth International, where Wayport competes directly against PowerOasis.

PowerOasis president Tom Duff Jr. said Wayport's arrival at the airport in 2000 helped spawn the lawsuit. In 1999, PowerOasis won a deal to install 31 Internet kiosks in the Dallas airport. But starting in 2003, the airport removed 20 of the units. "They wanted to offer other services," Duff said. "When we went back, we found the other service was Wayport."

Duff also blames Wayport for the loss of a deal to install Internet service at Cincinnati-Northern Kentucky International Airport.

Duff said that Wayport originally offered a subscription Internet service that did not infringe on his company's patents. But he said company officials later realized that Wayport had begun to offer a pay-as-you-go option, similar to the one described in the PowerOasis patents. "We don't know exactly when they went to the infringing configuration," Duff said.

Duff did not accuse Wayport of deliberately violating PowerOasis's patents. "They were probably not aware of our patent activity," he said. Duff also expressed a willingness to negotiate a solution, to avoid cutting off Internet access for Wayport's customers. "We came at this business as business travelers ourselves," Duff said, "and we have no desire to make that more inconvenient than it already is."

Wayport officials issued a statement disputing the PowerOasis claims. "Wayport hasn't formally been served with a lawsuit yet -- in fact we had never even been contacted by PowerOasis before they filed this suit -- but we have obtained a copy of the documents and begun our review," the statement read. "We believe that the claims made are without merit and intend to vigorously contest them."

Wayport isn't the only company that competes against PowerOasis in the pay-as-you-go hot spot market. T-Mobile USA provides a similar service in hundreds of Starbucks coffee shops.

*Hiawatha Bray can be reached at bray@globe.com.* ∎