# Exhibit 10

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

### A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF




HALE & DORR
FEB 25 1982
LIBRARY

G. & C. MERRIAM COMPANY, *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Case 1:04-cv-12023-RWZ    Document 19-11    Filed 11/04/2004    Page 3 of 3

by woody stems, one-flowered peduncles, commonly persistent perianth, and more numerous stamens — **vel·lo·zi·a·ceous** \-ze-ˈā-shəs\ *adj*

**vel·lum** \ˈvel-əm\ *n* -**s** [ME *velim*, fr. MF *velin*, *veslin*, fr. *velin*, *veslin*, adj, of a calf, fr. *veel* calf — more at VEAL] **1** : a thin calfskin specially prepared for uses similar to those of parchment (an edition in sumptuous gold and binding books) **b** : a fine-grained unsplit lambskin, kidskin, or calfskin prepared for uses like those previously written upon or printed on vellum **2** : VEGETABLE PARCHMENT **3** : paper that has been made sufficiently translucent for tracing purposes (a blueprint made from a drawing on ~) **4** : a thin, glazed unbleached cotton book cloth made to imitate calfskin parchment **4** : MEMBRANE

**vel·lum** \"\ *adj* **1** : of, resembling, or bound in vellum **2** : resembling the finish of eggshell paper but having a finer grain (paper having a ~ finish)

**velum** *paper n* **1** : strong cream-colored paper resembling parchment from calfskin in appearance but not parchmentized

**ve·loc·i·pede** \və-ˈläs-ə-ˌpēd\ *n* -**s** [F *vélocipède*, fr. L *veloci-*, *velox* swift + *ped-*, *pes* foot — more at FOOT] **1** : a 3-wheeled hand-driven vehicle like a velocipede


velocipede car

**ve·loc·i·ty** \və-ˈläs-ət-ē\ *n* -**es** [MF *velocité*, fr. L *velocitat-*, *velocitas*, fr. *veloc-*, *velox* quick — more at VELOCITY] **1** : rapid motion or tempo — used in a direction in music

**ve·nae ca·vae** *pl of* VENA CAVA

**ven·a·tion** \vē-ˈnā-shən, vi-\ *n* -**s** [prob. fr. NL, fr. L *venatus*, pp. of *venari* to hunt — more at VENISON]


venation : pinnate, 2 palmate, 3 base to tip, 4 base to midrib, 5 midrib to margin

**vend** \ˈvend\ *vb* -**ED**/-**ING**/-**S** [L *vendere*, fr. *venum* (acc. of *venus* sale) + *dare* to give — more at VENAL, DATE] *vt* **1** : to sell esp. by peddling

**ven·dor** also **ven·der** \ˈven-dər\ *n* -**s** : one that vends : SELLER