**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC,<br><br>Plaintiffs - Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>Defendant - Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## DECLARATION OF JAMES D. KEELER, Ph.D.

I, Dr. James Keeler, make oath and state as follows:

### I.    Introduction

1.    I am the Vice President of Engineering Development at Wayport, Inc. ("Wayport"). I have been in this position since the spring of 2001. Prior to this, I was Wayport's Director of Software Development from June 2000 until the spring of 2001.

### II.    History Of Wayport

2.    Wayport is a Delaware corporation with its headquarters in Austin, Texas.

3.    Wayport was founded in 1996 and has since become a leading Internet Service Provider ("ISP") providing high-speed Internet access ("HSIA") to mobile customers in hotels, airports, and other public places.

4.    Over the past eight years, Wayport has grown to a company of more than 300 employees and is an ISP that provides HSIA at more than 4,000 locations, including nearly 800

hotels, twelve airports, and over a thousand McDonald's restaurants, UPS stores, and other retail establishments nationwide.

5.      Wayport's ISP systems enable travelers, using their own laptop computers, to log on to the Internet, to check e-mail, and to access company networks at speeds up to fifty times faster than traditional "dial-up" services.

6.      Wayport provides both "wired" Internet access (*i.e.,* where the user plugs an access cable into a socket) and "wireless" Internet access (*i.e.,* where the user gains access through localized radio waves).  Wayport customers can access the Internet from hotel guest rooms, meeting facilities and common areas, airports, McDonald's restaurants, and other retail establishments.

7.      Wayport also operates several Laptop Lane® business centers in airports, which generally feature private offices with HSIA and other business services such as printing, copying, and faxing.

8.      Wayport does not do any business at the airports in Anchorage, Alaska; Ontario, California; Washington, D.C. (Dulles); and Huntsville, Alabama.  In addition, Wayport has lost business at the Dallas-Fort Worth ("DFW") airport.

## III.    Wayport's Products

9.      To obtain wired access to the Internet through Wayport ISP systems to gain HSIA, a customer simply plugs a laptop computer's "Ethernet" cable into a Wayport-labeled port and opens a web browser (*e.g.,* Internet Explorer or Netscape).

10.    To obtain wireless access, a customer turns on a notebook computer that has a "Wi-Fi" network card. Customers with a laptop computer that has a standard Internet browser will, upon opening the browser, be greeted with the Wayport "Welcome Page," allowing the customer to select a connection option or to freely browse a limited number of sites in some cases.

11.    Typically, a new customer will opt to pay a set fee for unlimited HSIA at a particular location or set of locations during a predetermined period of time (typically until midnight, or until hotel check out time, or until a set number of hours have expired). Alternatively, a customer may opt to use a prepaid connection card, to log on with a monthly or annual membership, or to use a coupon or a roaming connection.

## IV.    Potential Economic Harm

12.    Wayport has spent approximately 8 years and more than $100 million building the company and developing the Wayport ISP systems offering HSIA; approximately 120 Wayport employees have job responsibilities primarily associated with the sales and marketing of Wayport's ISP systems.

13.    A preliminary injunction at this point would halt Wayport's installation, sales, and research and development plans and threaten the jobs of Wayport employees. Specifically, Wayport would potentially have to lay off a substantial number of employees involved in provisioning, sales, research and development, and support.

14.    Internet access while traveling out of the office is now a virtual prerequisite of business travel. As a result, hotels that offer Wayport services would also stand to suffer from a

preliminary injunction in this case, as many of their customers consider the availability of HSIA an important factor in choosing where to stay during business travel.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 4th day of November, 2004 in Austin Texas.

James D. Keeler, Ph.D.