# Exhibit 3

## Claim Chart for '658 Patent

| '658 PATENT | U.S. Patent No. 4,517,412 to Newkirk |
|---|---|
| A vending machine for vending telecommunications channel access to a customer, said vending machine comprising: | "The arrangement shown in FIG. 4 makes it possible in a public access credit-card activated network of the type shown in FIG. 2 to also transmit computer data, the card holder who uses this network for data transmission being billed therefor by the company issuing the credit card." ('412 patent, col. 10, ll. 59-64). |
| [a] a payment mechanism for receiving payment from the customer; | "To link the portable computer 28 plugged into the jack to the main frame computer at the home office or to any data base available by telephone, the user first sets mode switch 25 to the telephone mode and then inserts his credit card in card reader 12." ('412 patent, col. 11, ll. 10-15). |
| [b] a customer interface for indicating the status of said vending machine; | "Local processor 11 controls a voice chip 15 coupled to telephone set 10 which interacts with the caller during the card verification process carried out at management and master control central, as will later be explained. Voice chip has synthetic voice messages stored therein which are selected by the local processor. Thus after the caller inserts his credit card in reader 12, the caller is first advised by a computer-generated message that his card is now being verified." ('412 patent, col. 7, ll. 4-12).<br><br>"In lieu of computer-generated voice messages use may be made of LCD and other displays to provide printed messages." ('412 patent, col. 7, ll. 13-15).<br><br>"When the credit card is verified, a dial tone is heard and the user then dials the number of the main frame computer." ('412 patent, col. 11, ll. 19-21). |
| [c] an electronic circuit for determining when the vending transaction is completed; | "In either case, the local processor acts to time the duration of the data transmission and to create the necessary billing record in the manner previously described in connection with telephone calls. However, the local processor flags data transmission by an appropriate code to distinguish this from voice transmission. Charges for the data call as well as for the rental of any data terminal equipment provided at the local station will appear as a single entry on the monthly billing statement of the credit card used." ('412 patent, col. 11, ll. 34-43). |
| [d] a telecommunications channel access circuit adapted to be connected to at least one external telecommunications channel for enabling access to the at least one external telecommunications channel at the beginning of a vending transaction and | "Since the only modification of the network necessary to accomplish this purpose is at the local station, in FIG. 4 only this station is shown, the system otherwise being the same as in FIG. 2. Shunted across telephone set 10 is a standard telephone jack 24. A single pole double-throw mode switch 25 is provided to connect local processor 11 |

| '658 Patent | U.S. Patent No. 4,517,412 to Newkirk |
|---|---|
| disabling access at the end of the vending transaction; | either to telephone set 10 for operation of the network in the telephone mode or to jack 24 for operation in the computer mode. Jack 24 is adapted to receive a standard modular plug 26 coupled by an extension cable 27 to a portable computer or data transmission device 28." ('412 patent, col. 10, l. 65 - col. 11, l. 8).<br><br>"Local station $LT_a$ is provided with a standard telephone set 10 activated by a local processor 11 which receives digital signals derived from a credit card reader 12 having a slot 13 adapted to receive a caller's credit card." ('412 patent, col. 6, ll. 64-68).<br><br>"If verification processor 16 finds the calling card to be invalid, this rejection is conveyed back through multiplexer 16 to the local processor 11 at the local station which again activates chip 15 to tell the caller that his card is not valid. If, however, verification processor 16 at the control central finds the calling credit card valid, the local processor 11 linked thereto is advised of this fact and it activates telephone set 10 which then generates a dial tone permitting the caller to dial his number." ('412 patent, col. 7, ll. 52-60). |
| [e] a telecommunications channel access connector connected to said telecommunications channel access circuit for enabling connection to an external telecommunications device of the customer; and | "Jack 24 is adapted to receive a standard modular plug 26 coupled by an extension cable 27 to a portable computer or data transmission device 28." ('412 patent, col. 11, ll. 5-8).<br><br>The Newkirk '412 patent discloses jack 24 and device 28 in Figure 4. |
| [f] a control unit having a storage device for storing payment information received from the customer and for controlling said electronic circuit and said telecommunications channel access circuit. | "In order to provide billing information, a billing processor 22 at control central MCC has access to the log created by the verification processor 18. In addition to the credit card number, this processor places information in the log from the local processors which provide data as to the duration of each call, the destination of the call, and where the call is made." ('412 patent, col. 8, lines 10-14). |

2