# Exhibit 5



# News Release

EDITORS NOTE: Additional information on AT&T Public Phone 2000

and some historical payphone data is attached following the release.
Rachele Rosenberg - AT&T
908-221-6800 (office)
201-533-0127 (home)

Jeanmarie Kantor - AT&T
908-221-5808 (office)
908-685-2051 (home)

FOR RELEASE WEDNESDAY, OCTOBER 2, 1991

NEW ORLEANS, La. -- AT&T today announced the pay phone of tomorrow--a public phone that can function as a "portable office" for travelers on the road.

The AT&T Public Phone 2000, designed by AT&T Bell Laboratories, gives business travelers an array of communication and information services never before available from a pay phone (pending FCC approval).

Equipped with a dataport, the new phone enables travelers to plug in their laptop computers or portable fax machines. In addition, the AT&T Public Phone 2000 features an optional built- in keyboard for travelers to access their electronic mail or any dial-up home or office databases. The keyboard rental fee is $2.50 for the first 10 minutes and $1 for each additional 10 minutes.

The phone's nine-inch color monitor displays high-resolution graphics and text. Both the screens and functions keys work in the same manner as automated teller machines, making the phone easy to operate. A special feature, foreign language screens, provides dialing instructions in French, Spanish and German.

The first information service to be offered on the AT&T Public Phone 2000 is for weather. This on-line service graphically provides current weather information, by state or nationwide. Callers also will receive two-day and five-day forecasts. The cost is $.75 for state information, $.95 for national.

The phone provides speed-dial access to travel and reservation services and to the following AT&T services: o AT&T EasyLink Service, an electronic mail service. o AT&T Language Line Service, a telephone-based language

interpretation service. o AT&T Message Service, which allows callers to record one-

minute messages in their own voice for delivery to any phone within one week. "People walking up to the AT&T Public Phone 2000 will encounter a new era of public telephone communication," said Dennis  orrigan, AT&T National Public Phone Manager. "We're giving our customers the same access to sophisticated services on the road that they have come to expect in their office. And, though it's the pay phone of the future, it's easy for anyone to use today."

The AT&T Public Phone 2000 also offers services for travelers with special needs. It is hearing-aid

compatible and its keyboard can be used, free of charge, as a telecommunications device for the deaf (TDD). In addition, where available, the phone provides speed-dial access to AT&T Dual Party Relay Service, which allows hearing- and speech-impaired TDD users to communicate with hearing callers with the help of an AT&T communications assistant.

All the traditional voice services currently available on public phones are accessible on the new phone, including calling card and operator assisted calls, such as collect and bill to third party. In addition, travelers can insert any of the AT&T Calling Cards, including the AT&T Universal Card, as well as most commercial credit cards, rather than manually key in their card numbers.

These phones are designed to replace existing AT&T Card Caller Public Phones in airports, hotels and convention centers. Initially tested in Newark Airport in New Jersey and John F. Kennedy Airport in New York, the Public Phone 2000 is scheduled to be installed in several additional locations before the end of the year, including: Dallas/Fort Worth International Airport, Orlando International Airport and San Francisco International Airport.

When fully deployed, the new phones are expected to be in 85 of the top 100 airports, in nine of the top 10 hotel chains and in most major convention centers.

---

AT&T PUBLIC PHONE 2000 FACT SHEET

The AT&T Public Phone 2000, designed by AT&T Bell Laboratories, offers an array of communication and information services never before available from a pay phone. These special features and services enable the Public Phone 2000 to operate as a state-of-the-art telephone as well as a temporary "office" for the business traveler.

# FEATURES

o DATA PORT -- Connects laptop computers, portable facsimile

machines or TDD (Telecommunications Device for the Deaf) terminals to the phone. o BUILT-IN KEYBOARD -- Allows access to computer and database

services and acts as a Telecommunications Device for the Deaf. o NINE-INCH COLOR MONITOR -- offers high resolution display of

graphics and text. o ON-SCREEN DIALING INSTRUCTIONS -- available in four languages

(English, French, German, Spanish). o HEARING AID COMPATIBILITY -- the blue grommet on the phone

cord identifies the phone as hearing aid compatible. o MENU-DRIVEN FUNCTION BUTTONS -- enable the Public Phone 2000

to be operated in the same manner as automated teller machines.

# SERVICES

o VOICE SERVICES: Calls can be placed on the AT&T Network

using all AT&T Calling Cards--including the AT&T Universal Card, most major credit cards, local telephone company cards or operator assistance service. o DATA SERVICES: Using either the Public Phone 2000 keyboard

or the data port hook-up for laptop computers, business travelers have the ability to connect to their electronic mail service as well as any dial-up database. o SPECIAL NEEDS SERVICES: The Public Phone 2000 is hearing

aid compatible, provides TDD (Telecommunications Device for the Deaf) access and Dual Party Relay service (not available in all states). o TRAVEL ASSISTANCE SERVICES: Travelers can speed dial

hotels, airlines and rental car reservation numbers. Callers can also access AT&T Language Line* (a telephone- based interpretation service), or use AT&T Message Service to record one-minute messages for delivery to any phone within one week. o INFORMATION SERVICES: Weather information is provided on a

state-by-state or nationwide basis. Additional information services will be implemented periodically.

## PRICING

o 0+ CALLS: Standard AT&T rates apply for Public Phone 2000

0+ calls o KEYBOARD RENTAL: $2.50 for first 10 minutes (in addition to

the cost of the call) and $1.00 each additional 10 minute period (in addition to the cost of the call). Keyboard is free for TDD (Telecommunications Device for the Deaf) users. They will only pay for the phone call. o WEATHER INFORMATION SERVICE: $.75 for each state map; $.95

for a national map; $1.70 for one state and national map combination. For additional information call 1-800-922-0086.

## HIGHLIGHTS IN PAY PHONE HISTORY

o Pay telephone stations preceded the invention of the pay phone and existed as early as 1878. These stations were supervised by telephone company attendants or agents (such as an employee in a hotel where a station might be located) who collected the money due after people made their calls. Some pay stations utilized a fail-safe collection method: After making the connections for customers, attendants would lock them in booths so they couldn't leave without paying. o In 1889, the first public coin telephone was installed by inventor William Gray at a bank in Hartford, Conn. It was a "postpay" machine (coins were deposited after the call was placed). Gray's previous claim to fame was inventing the inflatable chest protector for baseball. o In 1898, the Western Electric No. 5 Coin Collector, the first automatic "prepay" station, went into use in Chicago. The depositing of coins before placing a call would gradually become the norm in pay phones until the introduction of "dial tone first" service in 1966. o By 1902, there were 81,000 pay telephones in the United States. o In 1905, the first outdoor Bell System coin telephone was installed on a Cincinnati street. It wasn't an instant hit; people apparently were reluctant to make private calls on a public thoroughfare. (Moose were not as shy when they first encountered outdoor pay phones. When Bell Laboratories designed a new glass and aluminum outdoor telephone booth in the 1950s, it was a great advancement over the wooden outdoor booths that had been in use for a number of years. And yet several booths ordered by the U.S. National Park Service were found mysteriously broken and battered. Park

rangers soon knew the answer, though: It was mating season for moose. Amorous--but territorial--bulls were charging the booths whenever they saw their reflections in the glass.) o In 1910, Western Electric and Gray Telephone Pay Station Co. signed an agreement for Gray to manufacture coin collectors for the Bell System using both Gray and Western Electric patents. o The result of that agreement, the 50A coin collector, went into production in 1911. By the end of 1912, 25,000 of these coin telephones had been ordered for New York City alone. The 50A model had three coin slots--for nickels, dimes and quarters --and was a "prepay" machine. The basic design, though often modified, was so practical and reliable it remained in production until 1964. In 1965, Western Electric introduced the 50A's successor. Among other things, it had a single coin slot instead of three, and electronic signalling of coins deposited replaced mechanical bells. o The booths that house pay phones have undergone more design changes than the phones themselves. At the turn of the century, indoor booths were constructed of durable hardwood, such as mahogany, with comfort and privacy in mind, and exhibited detailed craftsmanship. They were often carpeted. The "original" telephone booth is credited to Thomas Watson, the man who helped Alexander Graham Bell invent the telephone. Watson's "booth" was made by draping blankets over the furniture in his room and crawling underneath to conduct early telephone experiments. One story says Watson, in order to hear, was insulating himself from street noises. Another story is that his landlady ordered Watson to be quieter; his shouting, albeit for the sake of science, was disturbing other boarders. In 1883 Watson designed a real booth. It was built of expensive wood, had a domed top with a ventilator, windows with screens, and a desk with pen and ink. Over the years, telephone booths have reflected their surroundings as well as the times. There have been phone booths resembling cable cars in San Francisco, and others resembling pagodas in New York City's Chinatown district. In the 1960s, as American architects designed glass-wall office buildings, wooden phone booths looked out of place in lobbies. Bell Laboratories designed an indoor glass and metal phone booth to better fit newer surroundings. Not all of the designs for phone booths have reached the market. An experimental "hands-free" booth in 1972 featured a microphone in front of the caller and a loudspeaker in the booth's ceiling. Observers noted that people readily tried the new arrangement but that, conditioned to speaking in the direction another voice is coming from, they were all shouting into the ceiling. o In 1950, the first coin telephone mobile train service was established on the Pennsylvania Railroad between New York and Washington. o "Calling from your car" was first tested in Mobile Ala., and Chicago in 1957. Drive-up pay telephones proved popular and are still in use today. o In 1960, the Bell System installed its one millionth pay telephone. o In 1964, when the U.S. Treasury Department decided to change the metallic composition of U.S. coins, it consulted with Bell Laboratories to ensure the new coins would still function properly in pay phones. o "Dial tone first" service was introduced in 1966 in Hartford, Conn. This essentially turned coin phones into emergency call stations because such calls could be made without first depositing coins. o In 1977, "automatic coin telephone service" was introduced in Phoenix, Ariz. This allowed most pay telephone calls, including long-distance, to be made without operator assistance. A computer-controlled synthesized voice gave customers the necessary instructions. o AT&T introduced "Charge-a-Call," a "coinless" pay phone, in 1978 (and the term "pay phone" began to replace "coin phone"). o In 1984, AT&T introduced the AT&T Card Caller, which featured a video screen with dialing instructions and allowed customers to charge calls by inserting an AT&T Calling Card. The Card Caller also was the first of AT&T's public phones to feature a "loud" button, which allows callers to control the listening volume. It helps the hearing-impaired as well as those having a hard time hearing because of environmental noise. o In 1990, AT&T introduced the AT&T Public Phone 1000, which features a data port for laptop computer and portable fax use, speed dialing for select AT&T services and travelers assistance. This tabletop phone was designed primarily for airline lounges and hotels. o The latest advance in pay phone technology is the AT&T Public Phone 2000. Introduced in the fall of 1991, the Public Phone 2000 has a built-in keyboard, a data port and a nine-inch color monitor. Besides offering all the traditional voice services, it enables travelers to use an array of services never before available from a pay phone. Public Phone 2000 users can access electronic mail and online databases, connect a portable fax machine or computer, obtain language translation services, speed-dial travel assistance services and even get weather forecasts.

**KEYWORDS:**

News Online | Press Archive | Newsroom | Search Press Archive | Customer Service | FAQs

Search AT&T →

Terms and Conditions. Privacy Policy
Copyright © 1998 AT&T. All rights reserved.