IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-12023 RWZ |
| WAYPORT, INC. | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE MATERIALS UNDER SEAL

Pursuant to Local Rule 7.2 and the Stipulated Protective Order that the Court entered on November 3, 2004 (the "Protective Order"), plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis") request that the Court place the following exhibits to the Declaration of Sibley P. Reppert under seal:

Exhibit A – Portions of the Deposition of Wayport, Inc. by James David Keeler

Exhibit C – Wayport Reference Guide, Wayport Network Overview

Exhibit D – Wayport Reference Guide, Wayport Welcome Page

As grounds for this motion, PowerOasis states as follows:

1. The above-described documents have been designated by the defendant, Wayport, Inc. ("Wayport") as "Confidential – Outside Attorneys' Eyes Only."

2. An unredacted version of the Declaration of Sibley P. Reppert containing the above materials has been filed manually with the Clerk's Office in a sealed envelope.

3. PowerOasis has separately filed an redacted public version of the Declaration of Sibley P. Reppert.

4. Counsel for the parties have conferred, and Wayport has indicated that it does not oppose this motion.

> Respectfully submitted,
> POWEROASIS, INC. and
> POWEROASIS NETWORKS, LLC
> By their attorneys,
>
> /s/ Sibley P. Reppert
> _____
> Sibley P. Reppert, B.B.O. No. 416900
> William A. Scofield, Jr., B.B.O. No. 448940
> LAHIVE & COCKFIELD, LLP
> 28 State Street
> Boston, Massachusetts  02109 - 1784
> (617) 227-7400 (telephone)
> (617) 742-4214 (fax)

Dated:  November 12, 2004

## Certificate of Service

I, Sibley P. Reppert, hereby certify that on November 12, 2004, I caused a copy of the foregoing document to be delivered by hand to counsel of record.

/s/ Sibley P. Reppert
_____
Sibley P. Reppert