# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and | ) | |
| POWEROASIS NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiffs- | ) | Civil Action No.:  04-12023-RWZ |
| Counterclaim Defendants, | ) | |
| | ) | Hon. Rya W. Zobel |
| v. | ) | |
| | ) | |
| WAYPORT, INC., | ) | |
| | ) | |
| Defendant- | ) | |
| Counterclaim Plaintiff. | ) | |

## DEFENDANT WAYPORT INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF EDMOND S. COOLEY AND DECLARATION OF MATTHEW KRENZER

Defendant and counterclaim plaintiff Wayport, Inc. ("Wayport") respectfully seeks leave to file the Supplemental Declaration Of Edmond S. Cooley ("Cooley Suppl. Decl.") and the Declaration Of Matthew Krenzer ("Krenzer Decl.") to address arguments raised for the first time by plaintiffs and counterclaim defendants PowerOasis, Inc. and PowerOasis Networks, LLC (collectively "PowerOasis") in their Reply brief in support of their motion for a preliminary injunction (the "PowerOasis Reply").  A copy of the Cooley Supp. Decl. is attached to this motion as Exhibit A.  A copy of the Krenzer Decl. is attached to this motion as Exhibit B.  In support of its motion, Wayport states as follows:

1.      On September 4, 2004 PowerOasis filed a Motion For A Preliminary Injunction (the "PowerOasis PI Motion").  In support of the PowerOasis PI Motion, PowerOasis filed a memorandum (the "PowerOasis Mem.") and, *inter alia*, an affidavit from Charles C. Schelberg.

2.      The PowerOasis Mem. discusses Wayport's alleged infringement of claim 1 of United States Patent No. 6,466,658 (the "'658 patent") and claim 1 of United States Patent No. 6,721,400 (the "'400 patent"). Mr. Schelberg's affidavit is similarly limited and only offers purported definitions of certain claim limitations in claims 1 of the '658 patent and the '400 patent. None of PowerOasis' filings in support of the PowerOasis PI Motion identify any other claims from either the '658 patent or the '400 patent.

3.      On November 4, 2004 Wayport filed its Opposition to PowerOasis' PI Motion (the "Wayport Opp.") and, *inter alia*, a declaration from Dr. Edmond S. Cooley. Wayport's Opp. and Mr. Cooley's declaration address claims 1 of the '658 patent and the '400 patent, since these were the only two claims identified in PowerOasis' opening brief.

4.      On November 12, 2004 PowerOasis filed the PowerOasis Reply in support of the PI Motion (the "PowerOasis Reply"). In a footnote, the PowerOasis Reply suggests, for the first time, that Wayport infringes dependent claim 18 of the patents-in-suit. (PowerOasis Reply at n.2; *see also id.* at 3 (identifying claims 18, 21, 29, and 35-36 of the patents-in-suit as describing other supposed embodiments).)

5.      The Cooley Suppl. Decl. is directed to PowerOasis' arguments regarding dependent claims 18 of the '658 and the '400 patents that were raised in the PowerOasis Reply.

6.      The Krenzer Decl. is also directed to PowerOasis' arguments raised in the PowerOasis Reply.

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

/s/ David B. Bassett

William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Amr O. Aly (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Dated: November 17, 2004


## <u>CERTIFICATE OF SERVICE</u>

     I, Benjamin M. Stern, hereby certify that on November 17, 2004, I caused a copy of this foregoing document to be delivered to counsel of record by facsimile.


/s/ Benjamin M. Stern
Benjamin M. Stern