# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and ) <br> POWEROASIS NETWORKS, LLC, ) <br>   ) <br> Plaintiffs - ) <br>      Counterclaim Defendants, ) <br>   ) <br> v. ) <br>   ) <br> WAYPORT, INC., ) <br>   ) <br> Defendant - ) <br>      Counterclaim Plaintiff. ) | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

## DECLARATION OF MATTHEW M. KRENZER

I, Matthew M. Krenzer, make oath and state as follows:

1. I am the Team Lead of the Network Management Device ("NMD") Team at Wayport, Inc. ("Wayport"). I have been in this position since February 2001. Prior to that I held the title of Software Engineer. I was in that position since May 2000. Prior to that I worked at Wayport as a software engineer intern from May 1999 through August 1999.

2. I understand that plaintiffs PowerOasis, Inc. and PowerOasis Networks, Inc. (collectively "PowerOasis") have filed a motion with the Court seeking a Preliminary Injunction against Wayport ("PI Motion") for its alleged infringement of United States Patent No. 6,466,658 ("the '658 patent) and United States Patent No. 6,721,400 ("the '400 patent").

3. I understand that, in addition to the '658 and '400 patents, PowerOasis has filed a patent application, designated by Serial No. 09/594,028, on June 15, 2000, which issued as United States Patent No. 6,314,169 ("the '169 patent"). I also understand that the '169 patent is the parent application of the '658 and '400 patents.

4. The basic architecture of the Wayport wired and wireless systems, including the Wayport systems at the Wyndham Boston Hotel and the Wyndham Hotel in Andover, is the same as the architecture of the Wayport systems that were deployed and in use before the June 15, 2000 filing date of the '169 patent.

5. The components that make up the Wayport systems as it exists today, including the NMD and the Wayport Welcome Page, were all part of the Wayport systems that were deployed and in use before the June 15, 2000 filing date of the '169 patent. The Wayport Welcome Page was known as the Forced First Page ("FFP") when it was first deployed.

6. I worked on the development of the FFP and I have first hand knowledge that it was deployed and in use before June 15, 2000.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this _17_ day of November, 2004 in Austin, Texas.

_____
Matthew M. Krenzer