UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC,  Plaintiffs-  Counterclaim Defendants,  v.  WAYPORT, INC.,  Defendant-  Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ  Hon. Rya W. Zobel |

### DEFENDANT WAYPORT INC.'S MOTION FOR LEAVE TO FILE CORRECTED SUPPLEMENTAL DECLARATION OF EDMOND S. COOLEY

Defendant and counterclaim plaintiff Wayport, Inc. ("Wayport") respectfully seeks leave to file the Corrected Supplemental Declaration Of Edmond S. Cooley ("Corrected Cooley Suppl. Decl.") to address arguments raised for the first time by plaintiffs and counterclaim defendants PowerOasis, Inc. and PowerOasis Networks, LLC (collectively "PowerOasis") in their Reply brief in support of their motion for a preliminary injunction. A copy of the Corrected Cooley Supp. Decl. is attached to this motion as Exhibit A. In support of its motion, Wayport states as follows:

1. Earlier today, Wayport filed a motion for leave to file, *inter alia*, the Supplemental Declaration of Edmond S. Cooley (Docket No. 26). Mr. Cooley's supplemental declaration is attached as Exhibit A to that motion.

- 2 -

2. The attached Corrected Cooley Suppl. Decl. should be substituted for Exhibit A to Wayport's motion for leave to file, *inter alia*, Mr. Cooley's supplemental declaration (Docket No. 26).

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

/s/ David B. Bassett
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Amr O. Aly (admitted *pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

Dated: November 17, 2004

**CERTIFICATE OF SERVICE**

I, Benjamin M. Stern, hereby certify that on November 17, 2004, I caused a copy of this foregoing document to be delivered to counsel of record by facsimile.

/s/ Benjamin M. Stern
Benjamin M. Stern