# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **POWEROASIS, INC. and** | ) | |
| **POWEROASIS NETWORKS, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 04-12023 RWZ** |
| | ) | |
| **WAYPORT, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ANSWER OF POWEROASIS, INC. AND POWEROASIS NETWORKS, LLC
## TO THE COUNTERCLAIM OF WAYPORT, INC.

For answer to each numbered paragraph of the Counterclaim of Defendant, Wayport, Inc. ("Wayport"), PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis"), hereby state as follows:

1.      PowerOasis neither admits nor denies the allegations of paragraph 1 that purport to state legal conclusions.

2.      PowerOasis neither admits nor denies the allegations of paragraph 2 that purport to state legal conclusions.

3.      PowerOasis admits the allegations of paragraph 3.

4.      PowerOasis admits the allegations of paragraph 4.

5.      PowerOasis admits the allegations of paragraph 5.

6.      PowerOasis denies the allegations of paragraph 6.

7.      PowerOasis denies the allegations of paragraph 7.

8.      PowerOasis denies the allegations of paragraph 8.

9.      PowerOasis denies the allegations of paragraph 9.

10.     PowerOasis denies the allegations of paragraph 10.

11.     PowerOasis admits the allegations of paragraph 11.

12.     PowerOasis admits the allegations of paragraph 12.

13.     PowerOasis states that the '108 application speaks for itself.

14.     PowerOasis denies the allegations of paragraph 14.

15.     PowerOasis denies the allegations of paragraph 15.

16.     PowerOasis denies the allegations of paragraph 16.

17.     PowerOasis denies the allegations of paragraph 17.

18.     PowerOasis denies the allegations of paragraph 18.

## <u>FIRST AFFIRMATIVE DEFENSE</u>

The Counterclaim fails to state a claim upon which relief may be granted.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC
By its attorneys,

/s/ Sibley P. Reppert

_____
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts  02109-1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

## **Certificate of Service**

I, Sibley P. Reppert, hereby certify that I caused a copy of the foregoing to be delivered by first class mail, postage pre-paid, to counsel of record this 18th day November, 2004.

/s/ Sibley P. Reppert

Sibley P. Reppert