# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>          **Plaintiffs,**<br><br>v.<br><br>WAYPORT, INC.<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   **Civil Action No. 04-12023 RWZ**<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS
### AS TO DEFENDANT'S COUNTERCLAIM
### THAT THE PATENTS IN SUIT ARE UNENFORCEABLE

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, the Plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis"), move for judgment in their favor on the pleadings as to the Counterclaim of Defendant, Wayport, Inc. ("Wayport") that the patents in suit are unenforceable.

The grounds for this motion are as follows:

1.  In this action, PowerOasis alleges that Wayport infringes U.S. Patent No. 6,466,658 (the "'658 patent") and U.S. Patent No. 6,721,400 (the "'400 patent").

2.  In Wayport's Answer and Counterclaims, Wayport asserted a counterclaim for declaratory judgment in which it alleged that the claims of the '658 patent are unenforceable (¶7), that the claims of the '400 patent are unenforceable (¶9), and that the claims of the '400 patent are invalid and unenforceable for inequitable conduct (¶¶10-18).

3. For the reasons set forth in the memorandum attached to this motion, judgment should enter in favor of PowerOasis as to Wayport's counterclaim of unenforceability.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC
By its attorneys,

/s/ Sibley P. Reppert
_____
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts 02109-1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

**Certificate of Service**

I, Sibley P. Reppert, hereby certify that I caused a copy of the foregoing to be delivered by first class mail, postage pre-paid, to counsel of record this 18th day November, 2004.

/s/ Sibley P. Reppert
_____
Sibley P. Reppert