# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12023 RWZ<br>)<br>)<br>)<br>) |

## PLAINTIFFS' SUBMISSION OF ANNOTATED PATENT
## SHOWING SUPPORT FOR ORIGINAL PRIORITY DATE

    Plaintiffs PowerOasis, Inc., and PowerOasis Networks, LLC, pursuant to the Court's suggestion at the hearing on November 18, 2004, on Plaintiffs' Motion for Preliminary Injunction, submit herewith an annotated copy of U.S. Patent No. 5,812,643, filed by Schelberg et al. on February 6, 1997, and issued September 22, 1998, sections of which have been marked to show support under 35 U.S.C. §120 for the later filed claims of U.S. Patent No. 6,466,658 and U.S. Patent No. 6,721,400.

                                        Respectfully submitted,

                                        POWEROASIS, INC. and
                                        POWEROASIS NETWORKS, LLC
                                        By their attorneys,

                                        /s/ William A. Scofield, Jr.
                                        _____
                                        Sibley P. Reppert, B.B.O. No. 416900
                                        William A. Scofield, Jr., B.B.O. No. 448940
                                        LAHIVE & COCKFIELD, LLP
                                        28 State Street
                                        Boston, Massachusetts  02109 – 1784
                                        (617) 227-7400 (telephone)
                                        (617) 742-4214 (fax)

## **CERTIFICATE OF SERVICE**

      I, William A. Scofield, Jr., hereby certify that I caused the foregoing to be served by first class mail, postage pre-paid, on counsel of record this 19th day of November, 2004.

                                       /s/ William A. Scofield, Jr.
                                       _____
                                       William A. Scofield, Jr.