US005812643A

# United States Patent [19]

Schelberg, Jr. et al.

[11] Patent Number: 5,812,643

[45] Date of Patent: Sep. 22, 1998

## [54] POWER AND TELECOMMUNICATIONS ACCESS VENDING MACHINE

[75] Inventors: Charles C. Schelberg, Jr., Milford; Thomas M. Duff, Jr., Nashua; Stephan Condodemetraky, Derry, all of N.H.

[73] Assignee: PowerTel, Inc., Merrimack, N.H.

[21] Appl. No.: 796,562

[22] Filed: Feb. 6, 1997

[51] Int. Cl.$^6$ .................... H04M 11/00

[52] U.S. Cl. .................... 379/93.12; 235/381; 320/111; 902/31; 364/479.01; 379/110.01; 379/143

[58] Field of Search .................... 379/91.01, 91.02, 379/93.02, 93.12, 93.37, 110.01, 111, 114, 143, 144, 100.14, 100.03, 100.04; 348/14; 235/381, 380; 320/109, 111; 902/22, 24, 30, 31; 364/479.01

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 735,505 | 8/1903 | Haskins . | |
| 3,213,994 | 10/1965 | Hohler | 194/1 |
| 4,052,655 | 10/1977 | Vizza | 320/2 |
| 4,184,580 | 1/1980 | Ellis | 194/1 R |
| 4,289,226 | 9/1981 | Wilkinson | 194/84 |
| 4,383,210 | 5/1983 | Wilkinson | 320/2 |
| 4,532,418 | 7/1985 | Meese et al. | 235/381 |
| 4,577,061 | 3/1986 | Katzeff et al. | 179/2 AM |
| 4,667,141 | 5/1987 | Steele | 320/2 |
| 4,777,469 | 10/1988 | Engelke et al. | 379/96 |
| 4,894,717 | 1/1990 | Komei | 348/14 |
| 4,897,868 | 1/1990 | Engelke et al. | 379/96 |
| 5,008,928 | 4/1991 | Cleghorn | 379/100.14 |
| 5,029,094 | 7/1991 | Wong | 364/467 |
| 5,065,156 | 11/1991 | Bernier | 340/932.2 |
| 5,297,664 | 3/1994 | Tseng et al. | 194/217 |
| 5,317,691 | 5/1994 | Traeger | 395/200 |
| 5,327,066 | 7/1994 | Smith | 320/2 |
| 5,386,462 | 1/1995 | Schlamp | 379/93.12 |
| 5,563,491 | 10/1996 | Tseng | 320/2 |
| 5,569,993 | 10/1996 | Keith | 318/560 |

*Primary Examiner*—Wing F. Chan
*Attorney, Agent, or Firm*—Smith Patent Office

[57] ABSTRACT

A vending machine for dispensing power and telecommunications access is disclosed. The vending machine has a switchable power circuit that receives power from a power source and delivers the power to the customer's equipment via a power connector under the control of a central control unit. A customer interested in purchasing power or using the telecommunications access makes a payment into the payment processing unit which forwards the payment information to the central control unit. From time to time the central control unit reports the transaction information to a central computer system via its modem which is connected to a telecommunication channel. Access to the same telecommunication channel or another channel can be made available to the customer via a switchable telecommunications access circuit which is also under the control of the central control unit. The customer connects to the telecommunications channel via the telecommunications access connector. The central control unit provides information on the progress of the vending transaction to the customer via the user interface. The central control unit determines when the transaction is completed by sensing the cessation of power usage via the power usage detection circuit or via customer action at the user interface.

[1a] [1f] [distributed function] [1d] [1f] [1e] [1b] [1b] [1c]

23 Claims, 9 Drawing Sheets





INPUT POWER
TELECOMMUNICATIONS CHANNEL
100
NOISE & SURGE PROTECTION CIRCUIT
102
NOISE & SURGE PROTECTION CIRCUIT
116
118
TELECOMMUNICATIONS ACCESS CIRCUIT
104
106
120
SWITCHABLE POWER CIRCUIT
CENTRAL CONTROL UNIT
SWITCHABLE TELECOMMUNICATIONS CHANNEL ACCESS CIRCUIT
POWER USAGE DETECTION CIRCUIT
114
122
108
110
112
POWER CONNECTOR
USER INTERFACE
PAYMENT PROCESSING UNIT
TELECOMMUNICATIONS CHANNEL ACCESS CONNECTOR
[Components of system and method for vending telecommunications access]

FIG. 1

U.S. Patent Sep. 22, 1998 Sheet 2 of 9 5,812,643

101
Power Oasis
by PowerTel
1 Stripe Down
110
Ready
Please swipe again
In use
114
110
Available
122
108
2
3
When done, thank you.

FIG. 2

**U.S. Patent** Sep. 22, 1998 Sheet 3 of 9 **5,812,643**

TELECOMMUNICATIONS CHANNEL
NOISE & SURGE PROTECTION CIRCUIT
118
116
TELECOMMUNICATIONS ACCESS CIRCUIT
200
114
PAYMENT PROCESSING UNIT
106
CENTRAL CONTROL UNIT
110
USER INTERFACE
INPUT POWER
102
NOISE & SURGE PROTECTION CIRCUIT
104
SWITCHABLE POWER CIRCUIT
POWER USAGE DETECTION CIRCUIT
112
108
POWER CONNECTOR

FIG. 3



TELECOMMUNICATIONS CHANNEL
NOISE & SURGE PROTECTION CIRCUIT
118
120
SWITCHABLE TELECOMMUNICATIONS CHANNEL ACCESS CIRCUIT
122
TELECOMMUNICATIONS CHANNEL ACCESS CONNECTOR
116
TELECOMMUNICATIONS ACCESS CIRCUIT
114
PAYMENT PROCESSING UNIT
300
106
CENTRAL CONTROL UNIT
110
USER INTERFACE
[Components of system and method for vending telecommunications access]

FIG. 4

U.S. Patent Sep. 22, 1998 Sheet 5 of 9 5,812,643

500
501
503
508
510
522
514
504
506
502

FIG. 5



600
601
602
604
606
608
610
614



FIG. 7

U.S. Patent Sep. 22, 1998 Sheet 8 of 9 5,812,643

START FROM POWERUP/RESET
INITIALIZE REGISTERS & MODEM TURN OFF SWITCHABLE CIRCUITS PERFORM INTERNAL DIAGNOSTICS
TURN ON READY READ CARD READER
NEW CARD DATA?
NO
YES
VALID CARD DATA?
NO
BLINK READY (FAST PATTERN)
YES
RECORD START TIME TURN ON SWITCHABLE CIRCUITS TURN ON AVAILABLE
BLINK READY (SLOW PATTERN)
SENSE CONNECTOR USAGE
NO
ALL USAGE IDLE FOR 6 SECONDS?
YES
RECORD STOP TIME TURN OFF SWITCHABLE CIRCUITS TURN OFF AVAILABLE

FIG. 8



U.S. Patent Sep. 22, 1998 Sheet 9 of 9 5,812,643

START FROM INCOMING CALL
ANSWER CALL & RECEIVE 2 CHARACTERS
CHARACTERS = CO?
NO
EXIT
YES
TRANSACTION IN PROGRESS?
YES
WAIT FOR TRANSACTION TO COMPLETE
NO
CALL HOME OFFICE
SEND UNIT NUMBER, SEND ENCODED TRANSACTION DATA WITH CHECKSUM, SEND MACHINE STATUS
YES
ANY ERRORS?
NO
DOWNLOAD NEW DATA AND PROGRAM
YES
ANY ERRORS?
NO
CLEAR TRANSACTION MEMORY TERMINATE CALL
EXIT

FIG. 9

# POWER AND TELECOMMUNICATIONS ACCESS VENDING MACHINE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to the vending of electricity, telecommunications and/or other utilities in public or semi-public places. More specifically, this invention relates to the operation of computers and other electrical and electronic devices while traveling away from home.

2. Discussion of the Related Art

In this era of communications, individuals are increasingly dependent on a variety of electronic devices to receive and send information. This dependency has resulted in a large number of battery-operated devices which allow an individual to stay in touch while traveling. A major limitation in the operation of these devices is battery life. To overcome this limitation, many of these devices can operate on and recharge from an AC power line. However, AC power for this purpose is not readily available in most public and semi-public places including airports, bus terminals, convention centers and restaurants.

Portable computers have become indispensable communications tools that are used to send and receive voice, fax, email and video messages from and to almost any point in the world. These devices access a variety of communication networks via wired, wireless or fiber telecommunications channels. However, computer compatible access to telecommunications channels is also not readily available in public and semi-public places.

[Claim 35]

Malaspina (U.S. Pat. No. 5,544,784) addresses the battery life issue and tries to solve it by vending recharged batteries. This proposed solution to the problem is complicated by the shapes, sizes, and electrical characteristics of the many batteries on the market.

A more general solution to the problem is found in those parking meters which provide AC power for an engine block heater or battery charger. Wilkinson (U.S. Pat. No. 5,263,565) defines a combination meter that can allocate a payment between an electricity account and a parking space account automatically based upon whether electricity is being used or not. However, his invention is fundamentally a parking meter and he does not provide for vending power without the parking space. Further, there is no protection from the weather as it was not contemplated that the electricity would be useful for another purpose. Furthermore, while this invention does provide for credit card payments, it does not provide for a telecommunications link for payment or other information.

Ng et al. (U.S. Pat. No. 5,103,957) defines a microprocessor-based parking meter without any power vending capability or ability to accept credit card payments. This invention includes a wireless communications interface for communications between the microprocessor and an external device. Like Wilkinson, Ng is based upon the concept of renting a parking space. The communications interface is intended to connect to a portable computer that is used to change rates within the meter.

Other combination meters have been defined for the purpose of charging electric vehicles. These meters require specific means for connecting to the vehicle, specific means of charging the vehicles batteries and/or specific means for measuring/metering the power consumed. Most importantly, these combination meters rent space for a vehicle so that the fee charged is for parking space rental and for electricity. Additionally, none of these meters is designed to operate a computer.

Some vending machines have also been defined for the purpose of charging electric vehicles. Like the combination meters, these vending machines require specific means for connecting to the vehicle, specific means for charging the vehicle's batteries, and/or specific means for measuring/metering the power consumed. Most importantly, these machines incorporate battery charging circuitry and are only capable of charging batteries, not operating customer equipment such as computers.

Some telecommunications channels that are accessible in public places may come with a communications instrument such as a payphone or pay TV. Some of these payphones used in conjunction with a telecommunications channel have an RJ11 receptacle that is intended to connect special accessories for the physically impaired and which might be able to be used for a computer connection. However, these payphone installations do not provide AC power to operate an accessory or a computer and are limited to providing access to the telephone network line connected to the payphone. These payphones cannot and do not provide fiber, cable or other types of communications channel access. Further these payphones that do accept credit cards as a means of payment still require the central office to process the transaction before the phone can be used.

## SUMMARY OF THE INVENTION

An object of this invention is to provide access to electrical power, a telecommunications channel or channels and/or other utilities or services for a fee. The customer determines the method of payment, the length of time of access and which of the utilities or services to utilize. The fee is based upon the length of time of access and which utilities or services are accessed. [1c]

This invention provides access to one or more utilities after the customer provides payment in electronic form (e.g. credit card, debit card, smart card) or, optionally, currency. The customer selects which utilities or services he requires, typically by just connecting to the appropriate connector. The transaction then begins when some form of payment is received. The transaction ends when the customer disconnects from all of the connectors or otherwise indicates that he is finished. The microprocessor controls the vending process and records the transaction information in retentive memory. [1a][1f] [1a] [1c]

This microprocessor also communicates with the customer via a user interface to provide details on the progress of the transaction. Periodically, this microprocessor is called by a central computer system over a telecommunication channel and may be requested to call back to the central computer. This vending device then calls the central computer and transfers all transaction data, machine status and related information to the central computer. After the data has been transferred to the central computer, the central computer can download any new data, such as new rates, to the vending device. This device does not need to know the rates in effect unless it is accepting payment in currency form or from pre-paid electronic cards. The central computer summarizes the data and processes the payment information and schedules technicians to visit those units that require maintenance or have full coin/currency boxes. [1b]

When this invention is used to vend power, the power may come from an internal power source (such as a battery) or one or more external power sources. The power may also pass through a noise and surge protection circuit before it is provided to the customer's equipment. Where more than one power source is available, the customer selects the source he requires by plugging his equipment into the appropriate connector.

[claim 18]

Vending telecommunications channel access includes providing access to the high speed data channels that are emerging for computer use as well as the typical telephone networks and cellular lines. These channels include ISDN, T1, T3, cable, SONET and other channels which do not necessarily support credit card or currency based transactions.

Current payphones require central office support to enable a transaction (call). This invention allows the transaction regardless of the capabilities of the central office. In some alternative embodiments of the invention, more than one telecommunications channel will be available to the customer. In such a case, the customer will normally choose the required channel by plugging the equipment into the appropriate connector.

Another object of this invention is to provide a secure area, such as a storage locker, in which a customer can leave their electronic and electrical devices. While the devices are in this secure area, they can recharge their batteries and/or perform autonomous operations such as upload and download messages. In this case, the invention can incorporate a storage locker or other structure with a locking cover.

[claim 35]

Another object of this invention is portability. Using an internal power source and wireless telecommunications channels, this invention is not limited to a fixed location. In this configuration, the invention could be used at fairs, outdoor concerts and similar sites where permanent installations are not cost effective.

The invention is envisioned to have, but not limited to, the following applications:

- Vending electric power at airports and other public places for any electrical device including, but not limited to, computers, cell phones, pagers and vehicles;
- Vending telecommunications channel access at airports and other public places for any communications device including portable computers and special telecommunications devices for the physically impaired;
- Vending the combination of power and telecommunications access onboard moving vehicles such as ships, airplanes and buses;
- Vending power, communications and other utilities at rental properties, public playgrounds and camp sites;
- Vending telecommunications access and electricity or other fuel to vehicles where communications is also useful for vehicle diagnostics or customer communications while refueling or while parked;
- Vending power and optionally telecommunications access to electronic equipment locked in storage lockers to allow batteries to recharge and/or to allow autonomous operations such as upload and download messages while the customer is otherwise occupied.

Other objects, features, and advantages of the invention will be apparent from the following detailed description taken in conjunction with the accompanying drawings wherein preferred embodiments of the invention have been selected for exemplification and from the individual features and relationships of the respective appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and features of the present invention will be clearly understood from the following description with respect to a preferred embodiment thereof when considered in conjunction with the accompanying drawings, wherein the same reference numerals have been used to denote the same or similar parts or elements, and in which:

FIG. 1 is a block diagram of a first embodiment of the present invention for vending both power and telecommunications channel access.

FIG. 2 is a simplified front view of a vending machine operating panel based upon the vending machine of FIG. 1.

FIG. 3 is a block diagram of a second embodiment of the present invention for vending power only.

FIG. 4 is a block diagram of a third embodiment of the present invention for vending telecommunications channel access only.

FIG. 5 is a perspective view of a fourth embodiment of the present invention configured in a telephone booth style structure.

FIG. 6 is a perspective view of a fifth embodiment of the present invention configured in a kiosk structure.

FIG. 7 is a perspective view of a sixth embodiment of the present invention configured as a storage locker.

FIG. 8 is a flowchart of the main program loop within the power and telecommunications vending machine.

FIG. 9 is a flowchart of the program element that supports the transfer of transaction information to the central computer system.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

While this specification concludes with claims defining the features on the invention that are regarded as novel, it is believed that the invention will be better understood from a consideration of the following description in conjunction with the drawing figures, in which like reference numerals are carried forward.

[1f] [1d]

Referring now to FIG. 1, a block diagram of a preferred embodiment of a power and telecommunications vending machine 100 for vending power and telecommunications channel access is illustrated. In this vending machine, a microprocessor-based central control unit 106 controls the state of a switchable power circuit 104 and a switchable telecommunications channel access circuit 120. The switchable power circuit 104 switches power on and off at the power connector 108. The switchable power circuit 104 receives input power from an external source that has been processed by the noise and surge protection circuit 102. Similarly, the switchable telecommunications channel access circuit 120 switches the telecommunications channel on and off at the telecommunications channel access connector 122. The switchable telecommunications channel access circuit 120 provides access to an external telecommunications channel that is protected by the noise and surge protection circuit 118.

[1e]
[1d]

[1a]
[1e]
[1b]

A vending transaction starts when a customer provides payment at the payment processing unit 114 and connects to the power connector 108 and/or the telecommunications channel access connector 122. Once attached and initiated, the customer can monitor the state of the vending machine and the transaction via the user interface 110.

The transaction ends when the customer disconnects from the power connector 108 and the telecommunications channel access connector 122. The central control unit 106 can detect that the customer has disconnected from the power connector 108 when power usage detection circuit 112 senses that power usage has dropped to zero. The central control unit 106 uses a telecommunications access circuit 116 (such as a modem) to determine when the telecommunications channel is no longer in use. Payment information and transaction length information are retained in retentive

memory within the central control unit **106**. This memory retains the data in the event of a power failure.

Periodically, a central computer calls the vending machine **100** over the external telecommunications channel. If the telecommunications channel is not busy, the central control unit **106** answers the call using the modem **116** and hangs up to prevent unauthorized access. After hanging up, the central control unit **106** uses the modem **116** to call a pre-programmed number for the central computer and then transfers all transaction and payment information in retentive memory to the central computer.

The fee charged for the transaction is a function of the convenience of the vending machine **100** and the length of time that the customer uses the machine, not on how much power is consumed. As a result, metering of power is not necessary.

In this preferred embodiment, the payment processing unit **114** can accept payment in currency, coin or electronic form. The electronic forms include, but are not limited to, credit cards, debit cards, smart cards and pre-paid cards. Modifications to this embodiment can include devices that only support electronic forms of payment and still other devices that only support currency/coin payment.

The modem **116** is only available to and used by the central control unit **106**. In a modification of this embodiment, the modem **116** can also be made available to the customer. For this modification, an extra connector is present which allows the customer to connect from his serial, parallel or other I/O port to the modem **116**. This extra connection can also allow high speed communications without forcing the customer to invest in his own expensive or bulky external modem.

It is possible to also have two separate telephone lines connected to his device. One line can be dedicated to the vending device and the other line can be dedicated to the customer. It is possible to provide more than one type of telecommunications channel to the device. For example, if these lines are provided, two lines can be regular phones lines and one can be an ISDN line. In such a situation, the customer would have access to connect their device to an RJ-11 connector or an RJ-45 (ISDN) connector. The remaining phone line could then be dedicated for use by the vending device.

[1f] [distributed functions]

The central control unit **106** is autonomous and controls the operation of the vending machine **100** completely. It typically does not seek preapproval for the transaction to begin. It is possible to modify this and require the central control unit **106** to contact the central computer and obtain payment approval before allowing a transaction to begin.

In FIG. **1**, the vending machine **100** only vends power and telecommunications access. In a modification of this embodiment, the machine can be designed to vend one or more additional utilities or services such as natural gas or steam. This device would be used for vending utilities or services to buildings or vehicles.

In another modification of the power and telecommunications vending machine, the power usage detection circuit **112** can be removed. For this device, the user interface **110** includes a push-button which allows the customer to terminate the transaction.

Other modifications of the power and telecommunications access vending machine eliminate one or both of the noise and surge protection circuits **102** and **118** without effecting the function of the machine. It is also possible to have multiple noise and surge protection circuits **102** and **118**, one for each power source and one for each telecommunication channel. Those preferred embodiments with multiple power sources are provided in markets where the customer may require different voltage/frequency operation such as 115 Vac, 60 Hz and 220 Vac, 50 Hz.

When multiple power sources are provided, multiple power connectors **108** are also provided. Multiple power connectors **108** can also be provided in certain markets where the customer may require different mechanical forms for the same power such as the many European versions of the 220 Vac, 50 Hz connector. In addition, certain preferred embodiments have an internal power source for use in markets where external power is not available. Similarly, multiple telecommunications channels are provided in certain preferred embodiments for markets where the customer may require different performance choices such as ISDN, cable and standard telephone lines. When multiple telecommunications channels are provided, multiple telecommunications channel access connectors **122** are also provided. Multiple telecommunication channel access connectors **122** are also provided in certain preferred embodiments for markets where the customer may require different mechanical forms for the same telecommunications channel such as the many European equivalents of the RJ11 connector.

Referring now to FIG. **2** where there is illustrated a simplified front view of an operating panel of one implementation of the vending machine **100** described in the preceding paragraphs. The customer sees an operating panel **101** with a user interface **110** comprising two lights referred to as READY and AVAILABLE. The operating panel **101** includes a payment processing unit **114** in the form of a credit card swipe reader; a power connector **108** in the form of a standard duplex, 115 Vac outlet; and a telecommunications channel access connector **122** in the form of a standard RJ11 telephone line connector.

When the customer first approaches the vending machine **100**, the READY light is on. The customer swipes his credit card through the credit card reader **114** and plugs his equipment into the appropriate connectors **108** and/or **122**. If the central control unit **106** receives valid card information from the credit card reader **114**, it 1) turns on power to the duplex outlet **108** via the switchable power circuit **104**, 2) turns on telecommunications channel access at the RJ11 connector **122** via the switchable telecommunications channel access circuit **120**, 3) turns on the AVAILABLE light **110**, and 4) and pulses the READY light **110** slowly for the remainder of the transaction.

If the central control unit **106** does not receive valid data from the payment processing unit **114**, it blinks the READY light **110** quickly for several seconds without enabling power or telecommunications channel access this indicates that the customer should swipe the card again or try another card.

When the customer is finished, he merely disconnects from the connectors **108** and **122** and leaves. The central control unit **106** automatically senses this event, records the end of the transaction, turns off the AVAILABLE light **110** and returns the READY light **110** to be on continuously.

In the preferred embodiment of FIG. **2**, the user interface consists of two lights which turn on and off in particular patterns to inform the customer as to how the transaction is progressing. In other preferred embodiments, these lights may be replaced or augmented by a video display unit (VDU) which provides more detailed instruction to the customer on vending machine operation and detailed information on the progress of the transaction including the accumulated charges.

[1b]

[1b]
[1c]

In certain embodiments, the VDU could be combined with a keyboard or other push-buttons that would allow the customer to select the language for the display, the connectors to be activated and, optionally, when to terminate the transaction. In the later case, the customer could push a button which would terminate the transaction and the connection, even though he had not disconnected from the connectors.

In still other preferred embodiments, the user interface includes a printer or similar device to provide the customer with a receipt for the transaction.

The central computer can also download new operating instructions, rate information and advertisements that can be displayed at the user interface thereby removing the need for changing a sign posted next to the device that contains this information.

Referring now to FIG. 3 where there is illustrated a block diagram of a preferred embodiment of a power vending machine 200 for vending power only. This vending machine 200 is similar to the vending machine 100 of FIG. 1 and FIG. 2, except that the switchable telecommunications channel access circuit and telecommunications channel access connector are deleted. All other components of this vending machine 200 operate in the same manner as described above. In large implementations of this vending machine 200, the power connector 108 may be a bus bar or power distribution panel for distributing large quantities of power. The fee charged in this transaction is again a function of the convenience of the vending machine 200 and the length of the transaction, not the amount of power consumed.

In this embodiment, the payment processing unit 114 can also accept payment in currency, coin or electronic form. The electronic forms include, but are not limited to, credit cards, debit cards, smart cards and pre-paid cards. Certain preferred embodiments only support electronic forms of payment and still others only support currency/coin payment.

As in FIG. 1, the central control unit 106 is autonomous and controls the operation of the vending machine 200 completely. It can also be modified so that the central control unit 106 must contact the central computer for approval before allowing the transaction to continue and receive power.

In FIG. 3, the vending machine 200 only vends power. It can also be modified so that the machine vends one or more additional utilities or services such as natural gas or steam. This would allow for vending utilities or services to buildings or vehicles.

The power usage detection circuit 112 can also be removed from the vending machine. In this modification, the user interface 110 includes a push-button which allows the customer to terminate the transaction.

Like the first embodiment, the noise and surge protection circuit 102 can be eliminated without effecting the function of the machine.

It is also possible to have multiple noise and surge protection circuits 102, one for each power source. Multiple power sources are provided in markets where the customer may require different voltage/frequency operation such as 115 Vac, 60 Hz and 220 Vac, 50 Hz. When multiple power sources are provided, multiple power connectors 108 are also provided. Multiple power connectors 108 are also provided for markets where the customer may require different mechanical forms for the same power such as the many European versions of the 220 Vac, 50 Hz connector. In addition, it is possible to provide an internal power source for use in markets where external power is not available.

Referring now to FIG. 4 where there is illustrated therein a block diagram of a preferred embodiment of a telecommunications vending machine 300 for vending telecommunications channel access. This embodiment eliminates the power vending components and is particularly useful for connecting computers and other high speed telecommunications equipment to high performance telecommunications channels. All other components operate as described above.

In this preferred embodiment, the payment processing unit 114 can accept payment in currency, coin or electronic form. The electronic forms include, but are not limited to, credit cards, debit cards, smart cards and pre-paid cards. Certain embodiments only support electronic forms of payment and still others only support currency/coin payment.

In the embodiment of FIG. 4, the modem 116 is only available to and used by the central control unit 106. In a modification of this embodiment, the modem 116 is also available to the customer. For this modification, an extra connector is present which allows the customer to connect his serial, parallel or other I/O port to the modem 116. This embodiment is typically used to make high speed communications available without forcing the customer to invest in his own expensive or bulky external modem.

[Claims 18, 20, 35]

In one version of the device, the central control unit 106 is autonomous and controls the operation of the vending machine 300 completely. In another version, the central control unit 106 must contact a central computer for approval before allowing a transaction to begin.

[1f] [distributed functions]

Like the other embodiments, it is also possible that the machine vends one or more additional utilities or services such a natural gas or steam. This modification is used for vending utilities or services to buildings or vehicles.

It is also possible to modify this embodiment of FIG. 4 to provide power at no charge for equipment that is connected to the machine.

Other possible modifications include elimination of the noise and surge protection circuit 118 providing multiple noise and surge protection circuits 118 and providing multiple telecommunications channel access connectors 122.

FIGS. 1 through 4 show the basic components of the vending machine. A preferred embodiment for the structure of a vending machine 100 includes a work surface or other place to set up a portable computer and related items, optionally a place to sit and optionally a lockable cover to allow the customer to leave their equipment unattended.

Referring now to FIG. 5 where there is illustrated a perspective view of a preferred embodiment of a standard telephone booth style structure 500 for vending power and telecommunications access. In this embodiment, the operating panel 501 is located on the side wall 503 of a vending unit 502. Panel 501 contains electrical receptacles 508, video display unit 510, telecommunications access connectors 522, and card swipe 514. This structure 500, provides a working surface 506 and a seat 504 in each unit. All other components of the vending machine are hidden within the physical structure.

In this embodiment, no payphone or telephone is present. In other embodiments, a telephone or payphone may be present for the customer's use while the vending machine is in use. This would require that the telecommunications channel used by the vending machine be separate from that of the payphone. Still another modification is to have the vending machine and the payphone share the same telecommunications channel.

Referring now to FIG. 6 there is illustrated a perspective view of a preferred embodiment of a kiosk shaped telephone

booth style structure **600** for vending power and telecommunications access. In this embodiment, the operating panel **601** is located on the side wall of a vending unit **602**. Panel **601** contains electrical receptacles **608**, video display unit **610**, telecommunications access connectors **622** and card swipe **614**. This embodiment provides a working surface **606** and an adjustable seat **604** in each unit. All other components of the vending machine are hidden within the physical structure. In this embodiment, like FIG. **5**, no payphone or telephone is present. In other embodiments, a telephone or payphone may be present for the customer's use while the vending machine is in use. This embodiment requires that the telecommunications channel used by the vending machine is separate from that of the payphone. It is also possible to have the vending machine and the payphone share the same telecommunications channel.

In another preferred embodiment of the vending machine in a kiosk or standard telephone booth type structure, a lockable door or locking pull-down or pull-out cover is provided which covers the equipment on the work surface **506/606** and the connections to the operating panel **501/601**. This cover mechanism allows the customer to leave their equipment operating while they are otherwise occupied. In this modification, the cover can be unlocked by a key that comes with the cover or unlocked by the same credit card that is paying for the transaction.

Referring now to FIG. **7** there is illustrated a perspective view of a preferred embodiment of a storage locker **700** for vending power and telecommunications access. In this embodiment the power connectors **708** and the telecommunications channel access connectors **722** are located on the back wall of an individual storage unit **702**. The payment processing unit **714** and the user interface **110** are located at the door to the unit or can otherwise be external to the storage area. All other components are hidden within the physical structure. In this embodiment, the credit card used to pay for the transaction is also used as the key to the storage unit, while another embodiment uses a standard key lock. Other embodiments of the storage locker delete the telecommunications channel access connectors and related circuits.

[Claims 18, 20, 31, 35]

An additional modification contemplated for all embodiments is a direct Internet connection that would allow the customer full, high speed Internet access without going through his Internet access provider or on-line service and without the limitations of a dial-up connection. In this case, one of the telecommunication channels available at the vending machine is connected to an Internet router, terminal server or similar function and cannot be used for other communication purposes. The customer's connection to this channel is via an ethernet or other high speed port on his computer using standard Internet software such as, but not limited to, Netscape, Microsoft Explorer, or Mosaic.

In another modification of the device it is possible that, the vending machine **100** is incorporated within the mechanical structure of a telephone or payphone. In this embodiment, the payment processing unit **114** may be used to pay for the vending of power, telecommunications channel access and phone calls. The vending machine can use the telephone line connected to the telephone as the telecommunications channel. In another embodiment the vending machine has at least one telecommunications channel separate from that of the telephone. In these embodiments, the telephone and the vending machine may share the payment processing unit and, optionally, the central control unit and user interface. Furthermore, these embodiments may function autonomously and authorize the transactions themselves, or they may require approval from a central computer or central office, or a combination thereof.

[distributed functions]

All the preferred embodiments have a telecommunications access circuit **116**. When the telecommunications channel is part of the POTS (plain old telephone system) network, this circuit is generally a modem with its own intelligence and interface circuitry. Computer technology is currently changing to reduce the cost and complexity of the modem by moving the intelligence into the central control unit **106** and its program. In the future, the telecommunications access circuit may further evolve to the point where it is a built-in function within the central control unit **106**.

In the preferred embodiment depicted in FIG. **2**, the power provided to the customer is 115 Vac. Most of the preferred embodiments of the power and telecommunications access vending machine **100**, as depicted in FIG. **1**, provide at least one AC power connection and no DC power connection. However, there are some embodiments that provide at least one DC power connection without an AC power connection and still others with at least one AC power connection.

All of the embodiments of the power vending machine **200**, as depicted in FIG. **3**, provide at least one AC power connection. Some of these embodiments also provide at least one DC power connection.

Most of the preferred embodiments of the storage locker **700**, as depicted in FIG. **7**, provide at least one AC power connection and no DC power connection. However, there are some embodiments that provide at least one DC power connection without an AC power connection and still others with at least one AC power connection.

In certain embodiments of the power and telecommunications access vending machine **100** and the telecommunications vending machine **300**, it is necessary for the central control unit **106** to monitor the customer's use of the telecommunications channel to determine how much to charge for the usage or to limit usage to a certain cost level. In these embodiments, the telecommunications access circuit includes circuitry that monitors the routing and address related data at the beginning of a connection. For example, if the telecommunications channel is a POTS line, the central control unit **106** monitors the call to determine the area code or country code to determine that the connection is allowed by the particular installation and, if not, to block the call by turning off the switchable telecommunications channel access circuit. Alternatively, the customer may be charged more for a call to certain locations.

Referring now to FIG. **8**, which provides the flowchart for the main program that is executed by the central control unit **106**, program execution starts when the vending machine of FIG. **2** is initially turned on. Upon power up, the program:

1. Initializes its internal registers and the telecommunications access circuit **116** so that that circuit is capable of answering incoming calls.
2. Turns off each of the switchable circuits.
3. Performs internal diagnostics to determine vending machine status.
4. Turns on the Ready light and waits for a customer to swipe a payment card at the card reader.

When the program receives new card data, it performs a series of validity checks to determine that the read operation was correct and that the card is one that the vending machine is programmed to accept. If the new card data is not acceptable, the program blinks the Ready light in the fast pattern to indicate to the customer that he should swipe the

card again or try a different card. If the new card data is acceptable, the program starts the transaction by recording the transaction start time and turning on the switchable power circuit, the switchable telecommunications channel access circuit and the Available light.

Throughout the transaction, the program blinks the Ready light in the slow pattern and monitors the power usage and telecommunications channel usage. When the customer has stopped using both power and the telecommunications channel for six seconds, the program terminates the transaction by recording the stop time and turning off the switchable power circuit, the switchable telecommunications channel access circuit and the Available light.

When the program has completed all its steps, its returns to a waiting mode for the next customer to swipe his card.

Referring now the FIG. 9, which illustrates a flowchart for the program element that services periodic calls from a central computer, the program is activated by an interrupt generated by the modem when an incoming call is detected. The modem can only detect an incoming call if the telecommunications channel is not in use. The modem, by its nature automatically answers the call and establishes a carrier with the calling computer. The program terminates the connections as soon as it receives two characters from the caller without exchanging any information. If the two characters are not CO (Call Office) the program ignores the call and waits for another incoming call. Otherwise, if a transaction is currently in progress, the program waits for the transaction to be completed.

When the transaction ends or if no transaction is in progress, the program initiates a call to the home office computer using a phone number that is resident within the program. When the home office computer answers and the modems establish a link, the program uploads its identification number, its transaction data and its status. For security, the transaction data is encoded and a checksum is appended to the message. If any errors are indicated by the home office computer, the data is repeated. After the upload is completed, the home office computer downloads any new data or program changes that it has for the vending machine. If any errors are encountered, the information is repeated.

When the download is complete, the program clears the transaction memory and reports the successful completion of this task to the home office computer. Finally this program element terminates the call and waits for the next incoming call.

It is to be understood that although the present invention has been described with regard to preferred embodiments thereof, various other embodiments and variants may occur to those skilled in the art, which are within the scope and spirit of the invention, and such other embodiments and variants are intended to be covered by the following claims.

What is claimed is:

1. A vending machine for vending telecommunications channel access and electrical power to a customer, said vending machine comprising:

[1a] an electronic payment mechanism for receiving payment information from the customer;

[1b] a display for indicating the status of said vending machine;

[1c] an electronic circuit for determining when the vending transaction is completed;

a switchable power circuit for turning power on at the beginning of a vending transaction and off at the end of the vending transaction;

a power connector receiving power from said switchable power circuit so as to supply power to at least one external electronic device of the customer;

[1d] a switchable telecommunications channel access circuit adapted to be connected to at least one external telecommunications channel for enabling access to the at least one external telecommunications channel at the beginning of the vending transaction and disabling access at the end of the vending transaction;

[1e] a telecommunications channel access connector connected to said switchable telecommunications channel access circuit for enabling connection to an external telecommunications device of the customer; and

[1f] a control unit having a storage device for storing the payment information received from the customer and for controlling said electronic circuit, said switchable power circuit and said switchable telecommunications channel access circuit.

[distributed functions] 2. A vending machine as claimed in claim 1, wherein said vending machine further includes a telecommunications access circuit responsive to said control unit and connected to the at least one external telecommunications channel for reporting the payment information to a central computer.

3. A vending machine as claimed in claim 1, wherein said vending machine further includes a telecommunications access circuit responsive to said control unit and connected to a separate external telecommunications channel for reporting the payment information to a central computer.

4. A vending machine as claimed in claim 1, wherein said electronic circuit for determining when the vending transaction is completed detects removal of the external electronic device of the customer and the external telecommunications device of the customer.

5. A vending machine as claimed in claim 1, wherein said electronic circuit for determining when the vending transaction is completed detects a signal from a disconnection button pushed by the customer.

6. A vending machine as claimed in claim 1, wherein said display for indicating the status of said vending machine includes a plurality of indicator lights.

7. A vending machine as claimed in claim 1, wherein said display for indicating the status of said vending machine includes a video display unit.

8. A vending machine as claimed in claim 1, wherein said switchable power circuit receives power from a noise and surge protection circuit which conditions power to be supplied and said switchable telecommunications channel access circuit connects to the external telecommunications channel through another noise and surge protection circuit.

9. A vending machine as claimed in claim 1, wherein said switchable power circuit receives power from a power source within said vending machine.

10. A vending machine as claimed in claim 1, wherein said switchable power circuit has an external power source.

11. A vending machine as claimed in claim 1, wherein said vending machine includes more than one type of power connector.

12. A vending machine as claimed in claim 1, wherein said vending machine is disposed within a storage locker.

13. A vending machine as claimed in claim 12, wherein the beginning of the vending transaction is determined by the opening of said storage locker.

14. A vending machine as claimed in claim 12, wherein a customer's electronic funds card serves as a means of payment and as a key to said storage locker.

15. A vending machine as claimed in claim 1, wherein said control unit also controls vending of at least one additional utility or service within the vending transaction.

16. A vending machine as claimed in claim 1, further comprising at least two different telecommunications chan-

nel access connectors to provide access to more than one type of telecommunications channel.

17. A vending machine as claimed in claim 1, wherein said vending machine is disposed within a phone booth type structure having a telephone and said vending machine is connectable to a telephone line of said telephone as the at least one external telecommunications channel.

18. A vending machine as claimed in claim 1, wherein said vending machine is disposed within a phone booth type structure.

19. A vending machine as claimed in claim 18, wherein said phone booth type structure incorporates a mechanism to enclose the electronic device of the customer and lock them in the phone booth type structure.

20. A vending machine as claimed in claim 1, wherein said vending machine is part of a phone.

21. A vending machine as claimed in claim 1, wherein said control unit seeks payment approval from a central computer before the vending transaction can begin.

22. A storage locker for storing an electronic device for a customer, said storage locker comprising:

- a housing having a lockable door so as to protect the electronic device;
- a vending machine attached to said housing, said vending machine comprising:
- an electronic payment mechanism for receiving payment information from the customer;
- a display for indicating the status of said vending machine;
- an electronic circuit for determining when the vending transaction is completed;
- a switchable power circuit for turning power on at the beginning of a vending transaction;
- a power connector receiving power from said switchable power circuit so as to supply power to at least one external electronic device of the customer, said power connector being disposed inside said storage locker;
- a switchable telecommunications channel access circuit adapted to be connected to at least one external telecommunications channel for enabling access to the at least one external telecommunications channel at the beginning of the vending transaction and disabling access at the end of the vending transaction;
- a telecommunications channel access connector connected to said switchable telecommunications channel access circuit for enabling connection to an external telecommunications device of the customer, said telecommunications channel access connector being disposed inside said storage locker; and
- a control unit having a storage device for storing the payment information received from the customer and for controlling said electronic circuit, said switchable power circuit and said switchable telecommunications channel access circuit.

23. A vending machine for vending telecommunications channel access to a customer, said vending machine comprising:

- an electronic payment mechanism for receiving payment information from the customer; [1a]
- a display for indicating the status of said vending machine; [1b]
- an electronic circuit for determining when the vending transaction is completed; [1c]
- a switchable telecommunications channel access circuit adapted to be connected to at least one external telecommunications channel for enabling access to the at least one external telecommunications channel at the beginning of the vending transaction and disabling access at the end of the vending transaction; [1d]
- a telecommunications channel access connector connected to said switchable telecommunications channel access circuit for enabling connection to an external telecommunications device of the customer; and

- a control unit having a storage device for storing the payment information received from the customer and for controlling said electronic circuit and said switchable telecommunications channel access circuit.

* * * * *