UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs- <br> Counterclaim Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant- <br> Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

**WAYPORT'S UNOPPOSED MOTION FOR EXTENSION TO FILE
AN OPPOSITION TO POWEROASIS' MOTION
FOR JUDGMENT ON THE PLEADINGS AS TO DEFENDANT'S
COUNTERCLAIM FOR UNENFORCEABILITY OF THE PATENTS IN SUIT**

WayPort, Inc. ("WayPort") respectfully requests that the Court issue an Order granting it an extension until December 10, 2004, to file its memorandum in opposition to PowerOasis, Inc. and PowerOasis Networks, LLC's (collectively "PowerOasis") Motion for Judgment on the Pleadings as to Defendant's Counterclaim for Unenforceability of the Patents In Suit. Wayport's Opposition is currently due on December 2, 2004.

Pursuant to Local Rule 7.1(a)(2), Wayport states that the parties have conferred and that counsel for PowerOasis has indicated that it does not oppose this Motion.

          **WAYPORT, INC.**

          By its attorneys,

          /s/ David B. Bassett
          William F. Lee (BBO #291960)
          David B. Bassett (BBO #551148)
          Dominic E. Massa (BBO #564694)
          Amr O. Aly (admitted *pro hac vice*)
          WILMER CUTLER PICKERING
            HALE AND DORR LLP
          60 State Street
          Boston, MA 02109
          Tel.: (617) 526-6000
          Fax: (617) 526-5000

Dated: November 30, 2004

## CERTIFICATE OF SERVICE

    I, Lauren B. Fletcher, hereby certify that on November 30, 2004, I caused a copy of this foregoing document to be delivered to counsel of record via facsimile and first class mail.

          /s/ Lauren B. Fletcher
          Lauren B. Fletcher