IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-12023 RWZ |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO WAYPORT OPPOSITION TO POWEROASIS' MOTION FOR JUDGMENT ON THE PLEADINGS

PowerOasis moves pursuant to Local Rule 7.1(B)(3) for leave to file a short reply brief in response to Wayport's Opposition to PowerOasis' Motion for Judgment on the Pleadings. The reply brief addresses specific errors raised in Wayport's opposition memorandum. A copy of the proposed reply brief is attached hereto.

Counsel for the parties have conferred, and Wayport has indicated that it does not oppose this motion.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC
By their attorneys,

/s/ Sibley P. Reppert
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts 02109 – 1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

**CERTIFICATE OF SERVICE**

    I, Sibley P. Reppert, hereby certify that I caused the foregoing to be served by first class mail, postage pre-paid, on counsel of record this 17th day of December, 2004.

                                        /s/ Sibley P. Reppert  
                                        Sibley P. Reppert