IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC,<br><br>   Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>   Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

**JOINT PROPOSED PRETRIAL SCHEDULE**

Pursuant to the Court's instructions during the February 17, 2005 Status Conference, PowerOasis, Inc., PowerOasis Networks, LLC (jointly "PowerOasis") and Wayport, Inc. ("Wayport") have conferred and jointly submit the following Proposed Pretrial Schedule for the Court's consideration:

| Event | Date |
|---|---|
| Exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. 26.1(b), 26.2. | March 8, 2005 |
| File all motions to amend the pleadings or add parties. | June 1, 2005 |
| Close of fact discovery. | August 10, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof. | September 7, 2005 |
| Serve rebuttal expert reports. | October 7, 2005 |
| Close of expert discovery. | November 4, 2005 |
| Each party shall simultaneously exchange a list of claim terms, phrases or clauses which that party contends should | November 18, 2005 |

-2-

| Event | Date |
|---|---|
| be construed by the Court. | |
| File briefs for proposed claim construction. | December 23, 2005 |
| File opposition briefs for proposed claim construction. | January 25, 2006 |
| Technology tutorial, *Markman* hearing. | February __, 2006 |
| File any dispositive motions. | 14 days after the Court's construction of the claims, but not later than March 1, 2006 |
| Final pretrial conference. | April 10, 2006 |
| Trial. | April 2006 |

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLP | WAYPORT, INC. |
| By its attorneys | By its attorneys |
| /s/ Sibley P. Reppert | /s/ David B. Bassett |
| Sibley P. Reppert (BBO #416900) | William F. Lee (BBO #291960) |
| William A. Scofield, Jr. (BBO #448940) | David B. Bassett (BBO #551148) |
| Lahive & Cockfield, LLP | Dominic E. Massa (BBO #564694) |
| 28 State Street | Amr O. Aly (*pro hac vice*) |
| Boston, Massachusetts 02109 | Wilmer Cutler Pickering |
| Tel.: (617) 227-7400 |     Hale and Dorr LLP |
| Fax:  (617) 742-4214 | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Tel: (617) 526-6000 |
| | Fax: (617) 526-5000 |
| | Email: david.bassett@wilmerhale.com |

Dated: February 23, 2005

SO ORDERED

_____    _____
Zobel, J                                    Date