IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to the Court's instructions during the February 17, 2005 Status Conference, PowerOasis, Inc., PowerOasis Networks, LLC (jointly "PowerOasis") and Wayport, Inc. ("Wayport") have conferred and jointly submit the following Proposed Pretrial Schedule for the Court's consideration:

| Event | Date |
|---|---|
| Exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. 26.1(b), 26.2. | March 8, 2005 |
| File all motions to amend the pleadings or add parties. | June 1, 2005 |
| Close of fact discovery. | August 10, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof. | September 7, 2005 |
| Serve rebuttal expert reports. | October 7, 2005 |
| Close of expert discovery. | November 4, 2005 |
| Each party shall simultaneously exchange a list of claim terms, phrases or clauses which that party contends should | November 18, 2005 |

| Event | Date |
|---|---|
| be construed by the Court. | |
| File briefs for proposed claim construction. | December 23, 2005 |
| File opposition briefs for proposed claim construction. | January 25, 2006 |
| Technology tutorial, *Markman* hearing. | February 8, 2006 2:00 p.m. *(rwz)* |
| File any dispositive motions. | 14 days after the Court's construction of the claims, but not later than March 1, 2006 |
| Final pretrial conference. | April 10, 2006 |
| Trial. | April 2006 |

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLP

By its attorneys

/s/ Sibley P. Reppert
Sibley P. Reppert (BBO #416900)
William A. Scofield, Jr. (BBO #448940)
Lahive & Cockfield, LLP
28 State Street
Boston, Massachusetts 02109
Tel.: (617) 227-7400
Fax: (617) 742-4214

Respectfully submitted,

WAYPORT, INC.

By its attorneys

/s/ David B. Bassett
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Amr O. Aly (*pro hac vice*)
Wilmer Cutler Pickering
 Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: david.bassett@wilmerhale.com

Dated: February 23, 2005

SO ORDERED

_____Ryan Zobel_____      __3/7/05__
Zobel, J                   Date

-2-