UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | ) | Civil Action No. 04-12023 RWZ |
| WAYPORT, INC. | )<br>)<br>) | |
| Defendant. | ) | |

## ANSWER OF POWEROASIS TO WAYPORT'S
## FIRST AMENDED COUNTERCLAIMS

For answer to each numbered paragraph of the Counterclaim for Declaratory Judgment of Wayport, Inc., PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis"), state as follows:

1. PowerOasis neither admits nor denies the allegations of paragraph 1 that purport to state legal conclusions

2. PowerOasis neither admits nor denies the allegations of paragraph 2 that purport to state legal conclusions.

3. PowerOasis admits the allegations of paragraph 3.

4. PowerOasis admits the allegations of paragraph 4.

5. PowerOasis admits the allegations of paragraph 5.

6. PowerOasis denies the allegations of paragraph 6.

7. PowerOasis denies the allegations of paragraph 7.

8. PowerOasis denies the allegations of paragraph 8.

9. PowerOasis denies the allegations of paragraph 9.

10. PowerOasis denies the allegations of paragraph 10.

11. PowerOasis admits the allegations of paragraph 11.

12. PowerOasis admits the allegations of paragraph 12.

13. PowerOasis states that the '108 application speaks for itself, and therefore denies the allegations of paragraph 13.

14. PowerOasis denies the allegations of paragraph 14.

15. PowerOasis denies the allegations of paragraph 15.

16. PowerOasis denies the allegations of paragraph 16.

17. PowerOasis denies the allegations of paragraph 17.

18. PowerOasis denies the allegations of paragraph 18.

WHEREFORE, the Counterclaim should be dismissed.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC

By their attorneys,

*/s/ William A. Scofield, Jr.*
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts  02109-1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

### CERTIFICATE OF SERVICE

I, William A. Scofield, Jr., hereby certify that on March 11, 2005, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

*/s/ William A. Scofield, Jr.*
William A. Scofield, Jr.