UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs- Counterclaim Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant- Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

### LR 16.1 (D)(3) CERTIFICATION

Pursuant to L.R. 16.1(d)(3), defendant and counterclaim plaintiff Wayport, Inc. ("Wayport") and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

Respectfully submitted,

Bob Kroll
Vice President and General Counsel,
WAYPORT, INC.
4509 Freidrich Lane
Building III, Suite 300
Austin, TX 78744

Tel.: (512) 519-6000
Fax: ~~(617) 519-6444~~
512 519 6316
March 18, 2005

Respectfully submitted,

William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Amr O. Aly (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
March 18, 2005

USIDOCS 5014973v1

## CERTIFICATE OF SERVICE

I, Benjamin M. Stern, hereby certify that on March 18, 2005, I caused a copy of this foregoing document to be delivered to counsel of record by facsimile.

/s/ Benjamin M. Stern
Benjamin M. Stern

USIDOCS 5014973v1