## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| POWEROASIS, INC. and | ) | |
| POWEROASIS NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12023 RWZ |
| | ) | |
| WAYPORT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff PowerOasis, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Plaintiff PowerOasis Networks, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC

By their attorneys,

*/s/ William A. Scofield, Jr.*
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts  02109-1784
(617) 227-7400 (telephone)
Dated:  March 21, 2005                                    (617) 742-4214 (fax)

### CERTIFICATE OF SERVICE

I, William A. Scofield, Jr., hereby certify that on March 21, 2005, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

*/s/ William A. Scofield, Jr.*
William A. Scofield, Jr.