IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 31  P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04-12023 RWZ

## PLAINTIFFS' CERTIFICATION OF CONFERENCE

Pursuant to Local Rule 16.1(D)(3), plaintiffs, PowerOasis, Inc. and PowerOasis

Networks, LLC, and their counsel, certify that each party and its counsel have conferred (a) with

a view to establishing a budget for the cost of conducting the full course/and various alternative

courses/of the litigation; and (b) to consider the resolution of the litigation through the use of

alternate dispute resolution programs such as those outlined in L.R. 16.4.

POWEROASIS, INC.

By _____

Thomas Duff, President

POWEROASIS NETWORKS, LLC

By _____

William S. Joransen, Manager

_____

Sibley P. Reppert, B.B.O. No. 416900
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, MA 02109-1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

Dated: March 24, 2005

## **CERTIFICATE OF SERVICE**

     I, Sibley P. Reppert, hereby certify that I caused the foregoing to be served by first class mail, postage pre-paid, on counsel of record this 29th day of March, 2005.

Sibley P. Reppert