UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs- Counterclaim Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant- Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

### LR 16.1 JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.1(D), plaintiffs and counterclaim defendants PowerOasis, Inc. and PowerOasis Networks, LLC, ("PowerOasis") and defendant and counterclaim plaintiff Wayport, Inc. ("Wayport") respectfully submit the following Joint Statement.

**I.   PROPOSED PRETRIAL SCHEDULE**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for PowerOasis and counsel for Wayport have conferred and agreed on the following pretrial schedule, which the Court endorsed and Ordered on March 7, 2005:

| Event | Date |
|---|---|
| Exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. 26.1(b), 26.2. | March 8, 2005 |
| File all motions to amend the pleadings or add parties. | June 1, 2005 |
| Close of fact discovery. | August 10, 2005 |
| Serve initial expert reports on issues for which each party | September 7, 2005 |

- 2 -

| Event | Date |
|---|---|
| bears the burden of proof. | |
| Serve rebuttal expert reports. | October 7, 2005 |
| Close of expert discovery. | November 4, 2005 |
| Each party shall simultaneously exchange a list of claim terms, phrases, or clauses which that party contends should be construed by the Court. | November 18, 2005 |
| File briefs for proposed claim construction. | December 23, 2005 |
| File opposition briefs for proposed claim construction. | January 25, 2006 |
| Technology tutorial, *Markman* hearing. | February 8, 2006 at 2:00 p.m. |
| File any dispositive motions. | 14 days after the Court's construction of the claims, but not later than March 1, 2006 |
| Final pretrial conference. | April 10, 2006 |
| Trial. | April 2006 |

The parties further agree to the discovery limitations set forth in Local Rule 26.1(C), except that they agree that each party shall have the right to take the deposition of each inventor identified in all patents-in-suit, plus ten (10) additional depositions, plus depositions of all designated experts. All depositions shall be completed within the time period set forth in Fed. R. Civ. P. 30(d)(2), unless otherwise ordered by the Court, except that a period of twenty-one hours shall be permitted for a single deposition of each party taken pursuant to Fed. R. Civ. P. 30(b)(6).

**II.  SETTLEMENT**

Pursuant to L.R. 16.1(c), PowerOasis has presented a written settlement offer to Wayport. Counsel for Wayport has conferred with Wayport regarding the subject of settlement. The parties have not reached a settlement agreement.

**III.  TRIAL BY MAGISTRATE JUDGE.**

At the present time, neither party consents to trial by a United States Magistrate Judge.

**IV.  CERTIFICATION.**

The parties have filed certifications pursuant L.R. 16.1(d)(3) separately with the Court.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **POWEROASIS, INC. AND POWEROASIS NETWORKS, LLC** | **WAYPORT, INC.** |
| By their attorneys, | By its attorneys, |
| /s/ Sibley P. Reppert | /s/ David B. Bassett |
| Sibley P. Reppert (BBO #416900) | William F. Lee (BBO #291960) |
| William A. Scofield, Jr., (BBO #448940) | David B. Bassett (BBO #551148) |
| LAHIVE & COCKFIELD, LLP | Dominic E. Massa (BBO #564694) |
| 28 State Street | Amr O. Aly (admitted *pro hac vice*) |
| Boston, MA 02109 | Benjamin M. Stern (BBO #646778) |
| Tel.: (617) 227-7400 | WILMER CUTLER PICKERING |
| Fax: (617) 742-4214 |   HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | Tel.: (617) 526-6000 |
| | Fax: (617) 526-5000 |

Dated: March 31, 2005

- 4 -

## CERTIFICATE OF SERVICE

    I, Benjamin M. Stern, hereby certify that on March 31, 2005, I caused a copy of this foregoing document to be delivered to counsel of record by facsimile.

                                                  /s/ Benjamin M. Stern_____
                                                  Benjamin M. Stern