UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and ) <br> POWEROASIS NETWORKS, LLC, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> WAYPORT, INC. ) <br>  ) <br> Defendant. ) | Civil Action No. 04-12023 RWZ |

**POWEROASIS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ITS ANSWER TO DEFENDANT WAYPORT'S
SECOND AMENDED COUNTERCLAIMS**

PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis"), respectfully request that the Court issue an Order granting it an extension of time until July 1, 2005, to file its answer to Defendant Wayport's Second Amended Counterclaim, filed on June 1, 2005. The additional time requested is needed in order to respond to the new allegations raised by Wayport, and is not interposed for purposes of delay. No prejudice to either party will result from the brief extension requested.

Pursuant to Local Rule 7.1(a)(2), PowerOasis states that the parties have conferred and that counsel for Wayport has indicated that it does not oppose this Motion.

- 2 -

        Respectfully submitted,

        POWEROASIS, INC. and
        POWEROASIS NETWORKS, LLC

        By their attorneys,

        /s/ William A. Scofield, Jr.
        Sibley P. Reppert, B.B.O. No. 416900
        William A. Scofield, Jr., B.B.O. No. 448940
        LAHIVE & COCKFIELD, LLP
        28 State Street
        Boston, MA  02109-1784
        (617) 227-7400 (telephone)
        (617) 742-4214 (fax)

Dated:  June 22, 2005

## CERTIFICATE OF SERVICE

I, William A. Scofield, Jr., hereby certify that on June 22, 2005, I caused a copy of the foregoing document to be served upon counsel of record by facsimile and first class mail.

        /s/ William A. Scofield, Jr.
        William A. Scofield, Jr.

So ordered:

_____
Rya W. Zobel
District Judge