UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-12023 RWZ |
| WAYPORT, INC. | ) ) ) | |
| Defendant. | ) | |

**ANSWER OF POWEROASIS TO WAYPORT'S
SECOND AMENDED COUNTERCLAIMS**

For answer to each numbered paragraph of the Counterclaim for Declaratory Judgment of Wayport, Inc., PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis") state as follows:

1. PowerOasis neither admits nor denies the allegations of paragraph 1 that purport to state legal conclusions.

2. PowerOasis neither admits nor denies the allegations of paragraph 2 that purport to state legal conclusions.

3. PowerOasis admits the allegations of paragraph 3.

4. PowerOasis admits the allegations of paragraph 4.

5. PowerOasis admits the allegations of paragraph 5.

6. PowerOasis denies the allegations of paragraph 6.

7. PowerOasis denies the allegations of paragraph 7.

8. PowerOasis denies the allegations of paragraph 8.

9. PowerOasis denies the allegations of paragraph 9.

10. PowerOasis denies the allegations of paragraph 10.

11. PowerOasis denies the allegations of paragraph 11.

12. PowerOasis admits the allegations of paragraph 12.

13. PowerOasis admits the allegations of paragraph 13.

14. PowerOasis admits that Messrs. Duff and Schelberg are named as inventors on the '658 patent and the '400 patent, and that Messrs. Duff, Schelberg and Condodemetraky are named as inventors on the original parent patent, U.S. Patent No. 5,812,643, issued September 22, 1998, and otherwise denies the allegations of paragraph 14.

15. PowerOasis states that the application for the '400 patent is a public document that speaks for itself, and otherwise denies the allegations of paragraph 15.

16. PowerOasis denies the allegations of paragraph 16.

17. PowerOasis denies the allegations of paragraph 17.

18. PowerOasis denies the allegations of paragraph 18.

19. PowerOasis denies the allegations of paragraph 19.

20. PowerOasis denies the allegations of paragraph 20.

21. PowerOasis admits the allegations of paragraph 21.

22. PowerOasis admits that it received a copy of a Communication from the European Patent Office dated November 4, 1999, enclosing a copy of a European search report, states that the search report is a public document that speaks for itself, and otherwise denies the allegations of paragraph 22.

23. PowerOasis admits that the EPO issued a Communication dated November 7, 2002, states that the Communication is a public document that speaks for itself, and otherwise denies the allegations of paragraph 23.

24. PowerOasis states that the Communication from the EPO is a public document that speaks for itself, and otherwise denies the allegations of paragraph 24.

25. PowerOasis admits that it filed a response to the Communication from the EPO, states that the response is a public document that speaks for itself, and otherwise denies the allegations of paragraph 25.

26. PowerOasis states that prosecution of the '400 is a public record that speaks for itself, and otherwise denies the allegations of paragraph 26.

27. PowerOasis denies the allegations of paragraph 27.

28. PowerOasis admits the allegations of paragraph 28.

29. PowerOasis denies the allegations of paragraph 29.

30. PowerOasis denies the allegations of paragraph 30.

31. PowerOasis denies the allegations of paragraph 31.

32. PowerOasis states that the referenced applications are public documents that speak for themselves, and otherwise denies the allegations of paragraph 32.

33. PowerOasis denies the allegations of paragraph 33.

34. PowerOasis denies the allegations of paragraph 34.

WHEREFORE, PowerOasis submits that the Counterclaim should be dismissed.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC

By their attorneys,

*/s/ William A. Scofield, Jr.*
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts  02109-1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)

**CERTIFICATE OF SERVICE**

I, William A. Scofield, Jr., hereby certify that on July 1, 2005, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

*/s/ William A. Scofield, Jr.*
William A. Scofield, Jr.