# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

### DEFENDANT WAYPORT, INC.'S ASSENTED-TO MOTION TO EXTEND DEADLINES FOR FACT DISCOVERY, EXPERT REPORTS AND DISCOVERY, AND EXCHANGE OF CLAIM TERMS

Defendant Wayport Inc. ("Wayport") respectfully requests that the Court extend by one month the deadlines for fact discovery, expert reports and discovery, and the exchange of claim terms that were set by the Court in the March 7, 2005 Scheduling Order. This extension will not affect the scheduled dates for filing claim construction briefs, the technology tutorial/*Markman* hearing, the filing of dispositive motions, the pretrial conference, or the trial date. Wayport requests that the Court modify the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery | August 10, 2005 | September 12, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | September 7, 2005 | October 7, 2005 |
| Serve rebuttal expert reports | October 7, 2005 | November 7, 2005 |
| Close of expert discovery | November 4, 2005 | December 5, 2005 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Simultaneous exchange of claim terms | November 18, 2005 | December 9, 2005 |
| File briefs for proposed claim construction | December 23, 2005 | Unchanged |
| File opposition briefs for proposed claim construction | January 25, 2006 | Unchanged |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. | Unchanged |
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 | Unchanged |
| Final pretrial conference | April 10, 2006 | Unchanged |
| Trial | April 2006 | Unchanged |

In support of its assented-to motion, Wayport states as follows:

1.   The parties have been engaged in the exchange of documents and written discovery. Wayport has completed its production of documents in response to all timely served document requests.

2.   PowerOasis has not completed its production of documents in response to Wayport's first set of document requests, which were served on March 22, 2005. Wayport seeks to avoid having to retake depositions of PowerOasis witnesses and therefore must wait for PowerOasis to complete its production before proceeding with depositions.

3.   On June 27, 2005, Wayport served third-party subpoenas for documents and depositions on the Smith Patent Office and Randolph Smith, Esq., the firm and the attorney who prosecuted the patents-in-suit for PowerOasis, requesting production of responsive documents by July 19, 2005. The depositions of the Smith Patent Office and Mr. Smith are important to Wayport's charge of inequitable conduct. The Smith Patent Office and Mr. Smith are

represented by PowerOasis' counsel, Lahive and Cockfield LLP. Although the subpoenas requested privilege logs of responsive documents that are being withheld from production, no privilege logs have yet been produced, thereby preventing Wayport from proceeding with the depositions of the Smith Patent Office and Mr. Smith.

4. On July 25, 2005, PowerOasis served a second set of document requests seeking, among other things, additional financial documents. This second set of document requests is not timely under the current August 10, 2005 fact discovery cut-off because Wayport's response is not due until August 25, 2005. Wayport has informed PowerOasis that it will respond to the requests, within the allowed time under the Federal Rules, if the Court extends the fact discovery deadline.

5. Counsel for PowerOasis assents to the extension of the aforementioned deadlines.

WHEREFORE, Wayport respectfully requests that the Court alter schedule in this case to be:

| Event | Deadline |
| --- | --- |
| Close of fact discovery | September 12, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | October 7, 2005 |
| Serve rebuttal expert reports | November 7, 2005 |
| Close of expert discovery | December 5, 2005 |
| Simultaneous exchange of claim terms | December 9, 2005 |
| File briefs for proposed claim construction | December 23, 2005 |
| File opposition briefs for proposed claim construction | January 25, 2006 |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. |
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 |
| Final pretrial conference | April 10, 2006 |
| Trial | April 2006 |

- 5 -

        Respectfully submitted,

        **WAYPORT, INC.**

        By its attorneys

        /s/ Benjamin M. Stern
        William F. Lee (BBO #291960)
        David B. Bassett (BBO #551148)
        Dominic E. Massa (BBO #564694)
        Benjamin M. Stern (BBO #646778)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        Email: benjamin.stern@wilmerhale.com

        Amr O. Aly (admitted *pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        399 Park Avenue
        New York, NY 10022
        Tel: (212) 230-8800
        Fax: (212) 230-8888

Dated: August 4, 2005

**SO ORDERED**

_____          _____
Zobel, J                                                    Date

## Certificate of Service

I, Benjamin M. Stern, hereby certify that on August 4, 2005, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

/s/ Benjamin M. Stern
Benjamin M. Stern
