IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>　　　　　Plaintiffs-Counterclaim Defendants,<br><br>　v.<br><br>WAYPORT, INC.,<br><br>　　　　　Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

**DEFENDANT WAYPORT, INC.'S ASSENTED-TO MOTION TO EXTEND
DEADLINES FOR FACT AND EXPERT DISCOVERY, AND
SEQUENCING OF CLAIM CONSTRUCTION BRIEFING**

Defendant and Counterclaim Plaintiff Wayport, Inc. ("Wayport") respectfully requests that the Court extend the deadline for fact and expert discovery that were set by the Court in the August 8, 2005 Scheduling Order.  This extension will not affect the scheduled dates for filing claim construction briefs, the technology tutorial/*Markman* hearing, the filing of dispositive motions, the pretrial conference, or the trial date.  Wayport also requests that the Court amend the sequencing of claim construction briefing so that Plaintiffs and Counterclaim Defendants PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis") file an opening brief and Wayport files a rebuttal brief, instead of the simultaneous filing contemplated by the current Scheduling Order.  The reason for these requested changes is to allow the parties to coordinate fact and expert discovery with a substantially similar action currently pending in the District of New Hampshire.

Wayport requests that the Court modify the pretrial schedule as follows:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Close of fact discovery | September 12, 2005 | October 24, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | October 7, 2005 | November 1, 2005 |
| Serve rebuttal expert reports | November 7, 2005 | December 1, 2005 |
| Close of expert discovery | December 5, 2005 | December 23, 2005 |
| Simultaneous exchange of claim terms | December 9, 2005 | Unchanged |
| File briefs for proposed claim construction | December 23, 2005 (both parties) | Date is unchanged; PowerOasis files opening brief |
| File opposition briefs for proposed claim construction | January 25, 2006 (both parties) | Date is unchanged; Wayport files rebuttal brief |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. | Unchanged |
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 | Unchanged |
| Final pretrial conference | April 10, 2006 | Unchanged |
| Trial | April 2006 | Unchanged |

In support of its assented-to motion, Wayport states as follows:

1.      The parties have been engaged in the exchange of documents and written discovery.  Further document production is anticipated and depositions have been discussed but not yet scheduled.

2.      After the Court granted an extension of the deadlines for fact discovery, expert reports and discovery, and exchange of claim terms on August 8, 2005, Wilmer Cutler Pickering

Hale and Dorr LLP, counsel for Wayport, took over the representation of T-Mobile USA, Inc. ("T-Mobile") in a substantially similar action brought against T-Mobile by PowerOasis in the District of New Hampshire, Civil Action No. 05-CV-42-B, alleging infringement of the same patents at issue in this case. The pretrial schedule in the New Hampshire case is slightly different than that entered by this Court, with fact and expert discovery deadlines coming later in time.

3. The requested extension of the deadlines for fact and expert discovery in this case would align the pretrial schedules of the two cases, thereby allowing the parties (and their counsel who are the same in both actions) to better coordinate discovery in the two cases.

4. Counsel for PowerOasis assents to the extension of the aforementioned deadlines.

**WHEREFORE**, Wayport respectfully requests that the Court alter schedule in this case to be:

| **Event** | **Deadline** |
|---|---|
| Close of fact discovery | October 24, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | November 1, 2005 |
| Serve rebuttal expert reports | December 1, 2005 |
| Close of expert discovery | December 23, 2005 |
| Simultaneous exchange of claim terms | December 9, 2005 |
| PowerOasis files opening brief for proposed claim construction | December 23, 2005 |
| Wayport files rebuttal brief for proposed claim construction | January 25, 2006 |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. |

| **Event** | **Deadline** |
|---|---|
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 |
| Final pretrial conference | To be determined by the Court |
| Trial | To be determined by the Court |

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Benjamin M. Stern
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Benjamin M. Stern (BBO #646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: benjamin.stern@wilmerhale.com

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Dated: September 2, 2005

**SO ORDERED**

_____        _____
Zobel, J                                                  Date

- 5 -

## Certificate of Service

I, Benjamin M. Stern, hereby certify that on September 2, 2005, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

/s/ Benjamin M. Stern
Benjamin M. Stern
