IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>      Plaintiffs -<br>         Counterclaim Defendants,<br>v.<br><br>WAYPORT, INC.,<br><br>      Defendant -<br>         Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of the defendant/counterclaim plaintiff in the above-captioned case.

Respectfully submitted,

WAYPORT, INC.

By its attorneys,

/s/ John S. Rhee
John S. Rhee (BBO #650139)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

Date:  September 8, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, John S. Rhee, hereby certify that on September 8, 2003, I served a copy of the above Notice of Appearance on the following by first class mail, postage prepaid:

> Sibley Reppert, Esq.
> William Scofield, Esq.
> LaHive & Cockfield
> 28 State Street
> Boston, MA 02109

_____
John S. Rhee