IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## JOINT MOTION TO EXTEND DEADLINE FOR FACT DISCOVERY AND INITIAL EXPERT REPORTS

Plaintiffs and Counterclaim Defendants PowerOasis, Inc. and PowerOasis Networks, LLC (collectively "PowerOasis") and Defendant and Counterclaim Plaintiff Wayport, Inc. ("Wayport") respectfully request that the Court extend by one week, to October 31, 2005, the deadline for fact discovery and by one week, to November 8, 2005, the deadline for initial expert reports that were set by the Court by its allowance of the parties' September 2, 2005 assented-to motion to extend certain deadlines. This extension will not affect the scheduled dates for completing expert discovery, filing claim construction briefs, the technology tutorial/*Markman* hearing, the filing of dispositive motions, the pretrial conference, or the trial date. The parties request that fact discovery be extended by one week so that Wayport can depose a previously subpoenaed third-party and that the deadline for initial expert reports be extended by one week to allow sufficient time for all parties to complete them. The parties request that the Court modify the deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery | October 24, 2005 | October 31, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | November 1, 2005 | November 8, 2005 |
| Serve rebuttal expert reports | December 1, 2005 | Unchanged |
| Close of expert discovery | December 23, 2005 | Unchanged |
| Simultaneous exchange of claim terms | December 9, 2005 | Unchanged |
| File briefs for proposed claim construction | December 23, 2005; PowerOasis files opening brief | Unchanged |
| File opposition briefs for proposed claim construction | January 25, 2006; Wayport files rebuttal brief | Unchanged |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. | Unchanged |
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 | Unchanged |
| Final pretrial conference | April 10, 2006 | Unchanged |
| Trial | April 2006 | Unchanged |

In support of their motion, the parties state as follows:

1.      The parties have been engaged in the exchange of documents and written discovery. The parties have also taken numerous depositions.

2.      On or about October 11, 2005 Wayport served a subpoena on Wayne Gregori, a third-party, seeking documents and testimony in Oakland, CA on October 18, 2005. Although Mr. Gregori was available for a deposition on the 18th, counsel for PowerOasis advised that they were unavailable until after October 24, 2005, in part because of several other previously scheduled depositions in this matter. Mr. Gregori and counsel for PowerOasis have advised

counsel for Wayport that they are both available for a deposition between October 25 and October 28, 2005.

3.      An extension of one week for the parties' initial expert reports will allow the parties sufficient time to complete them.

4.      The requested extension for fact discovery and initial expert reports will not alter any of the other deadlines in this case.

**WHEREFORE**, the parties respectfully request that the Court amend the schedule in this case to be:

| Event | Deadline |
| --- | --- |
| Close of fact discovery | October 31, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | November 8, 2005 |
| Serve rebuttal expert reports | December 1, 2005 |
| Close of expert discovery | December 23, 2005 |
| Simultaneous exchange of claim terms | December 9, 2005 |
| File briefs for proposed claim construction | December 23, 2005; PowerOasis files opening brief |
| File opposition briefs for proposed claim construction | January 25, 2006; Wayport files rebuttal brief |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. |
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 |
| Final pretrial conference | April 10, 2006 |
| Trial | April 2006 |

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

/s/ Benjamin M. Stern
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Dominic E. Massa (BBO #564694)
Benjamin M. Stern (BBO #646778)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: benjamin.stern@wilmerhale.com

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

**POWEROASIS INC. and POWEROASIS, NETWORKS LLC**

By its attorneys,

/s/ William A. Scofield
Sibley P. Reppert (BBO # 416900)
William A. Scofield, Jr. (BBO # 448940)
LAHIVE & COCKFIELD LLP
28 State Street
Boston, Massachusetts 02109-1784
Tel: (617) 227-7400
Fax: (617) 742-4214

Dated: October 20, 2005

**SO ORDERED**

_____          _____
Zobel, J                                        Date

## Certificate of Service

I, Benjamin M. Stern, hereby certify that on October 20, 2005, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

/s/ Benjamin M. Stern
Benjamin M. Stern