IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12023 RWZ<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND TIME
FOR EXPERT DISCOVERY**

Plaintiffs PowerOasis, Inc., and PowerOasis Networks, LLC, ("PowerOasis"), and Defendant Wayport, Inc. ("Wayport"), jointly move the Court to extend the time for the parties to complete expert discovery from December 23, 2005, to and including January 20, 2006. This request is made in order to permit the parties to defer discovery of their respective expert witnesses until after the anticipated claim construction order in the parallel case presently pending before Judge Paul Barbadoro in the United States District Court for the District of New Hampshire, entitled PowerOasis et al. v. T-Mobile USA, Inc., Civil Action No. 05-CV-42-B ("the T-Mobile litigation"). The T-Mobile litigation involves claims of patent infringement under the identical patent claims that have been asserted in the present case.

The parties anticipate that the same respective expert witnesses will testify in both the present case and in the T-Mobile litigation. The parties also anticipate that Judge Barbadoro, who conducted a Markman hearing on December 2, 2005, will likely issue a claim construction order within the next few weeks, and prior to January 20, 2006. The

parties believe that the anticipated testimony of their respective experts, particularly on the issues of infringement and validity, will be determined to a significant degree by the rulings on claim construction issues. Accordingly, the parties believe that it would be in the interest of judicial economy to grant this brief extension of time in order to defer discovery of their respective expert witnesses from the present date of December 23, 2005, until January 20, 2006.

The parties do not at this time request any other changes in the Court's scheduling order.

Respectfully submitted,

POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC
By their attorneys,

/s/ William A. Scofield, Jr.
_____
Sibley P. Reppert, B.B.O. No. 416900
William A. Scofield, Jr., B.B.O. No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts  02109 – 1784
(617) 227-7400 (telephone)
(617) 742-4214 (fax)


WAYPORT, INC.
By its attorneys

/s/Amr O. Aly
_____
Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800 (telephone)
(212) 230-8888 (fax)

        William F. Lee (BBO #291960)
        David B. Bassett (BBO #551148)
        Dominic E. Massa (BBO #564694)
        Benjamin M. Stern (BBO #646778)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000 (telephone)
        (617 526-5000 (fax)

**CERTIFICATE OF SERVICE**

I, William A. Scofield, Jr., hereby certify that I caused the foregoing to be served by via the Court's electronic filing system on counsel of record this 12th day of December, 2005.

        /s/ William A. Scofield, Jr.
        _____
        William A. Scofield, Jr.

SO ORDERED

_____    _____

Zobel, J.                 Date