IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>      Plaintiffs -<br>      Counterclaim Defendants,<br>v.<br><br>WAYPORT, INC.,<br><br>      Defendant -<br>      Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of the defendant/counterclaim plaintiff in the above-captioned case.

            Respectfully submitted,

            WAYPORT, INC.

            By its attorneys,


            /s/ Gregory F. Noonan
            Gregory F. Noonan (BBO #651035)
            WILMER CUTLER PICKERING HALE AND DORR LLP
            399 Park Avenue
            New York, NY 10022
            Tel:   (212) 295-6310
            Fax:  (212) 230-8888

Date:   January 4, 2006

- 2 -

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that on January 4, 2006, I served a copy of the above Notice of Appearance on the following by first class mail, postage prepaid:

Sibley Reppert, Esq.
William Scofield, Esq.
LaHive & Cockfield
28 State Street
Boston, MA  02109

/s/ Gregory F. Noonan
Gregory F. Noonan

US1DOCS 5454012v1