IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and ) <br> POWEROASIS NETWORKS, LLC, ) <br> ) <br> Plaintiffs- ) <br>     Counterclaim Defendants, ) <br> ) <br> v. ) <br> ) <br> WAYPORT, INC., ) <br> ) <br> Defendant- ) <br>     Counterclaim Plaintiff. ) <br> ) | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

**JOINT MOTION FOR LEAVE TO FILE CLAIM
CONSTRUCTION BRIEFS IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), defendant and counterclaim-plaintiff Wayport, Inc. ("Wayport") and plaintiffs and counterclaim-defendants PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis") hereby move for leave to file claim construction briefs in excess of the twenty-page limit. As grounds for this motion, Wayport and PowerOasis state as follows:

    1.    In its Complaint, PowerOasis alleged that Wayport is infringing two patents, U.S. 6,466,658 ("the '658 patent) and U.S. 6,721,400 ("the '400 patent). In particular, PowerOasis has identified seven (7) dependent claims in each patent that it alleges Wayport is infringing. (The claims of the two patents are generally similar, although not entirely identical. Independent claim 1 of each patent is no longer asserted, but still must be construed in order to construe the dependent claims.)

2.      The parties have identified nine separate claim limitations requiring construction, including the preamble and elements of independent claim 1, and the elements of asserted dependent claims 15, 31, and 38, in each patent

3.      On December 23, 2005, PowerOasis filed a twenty-three page Memorandum on Claim Construction laying out its proposed constructions of the claim limitations in dispute.

4.      Wayport requires a twenty-six page Rebuttal Claim Construction Brief both to present its own constructions of the claim limitations in dispute and to address PowerOasis' proposed constructions.

5.      Although the parties have in good faith attempted to reduce the number of disputed terms, the remaining disputed terms are sufficiently complex as to require additional pages in order to address them adequately.

WHEREFORE, Wayport and PowerOasis respectfully request that the Court grant them leave to file their respective claim construction briefs in excess of the twenty-page limit.

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

 /s/ Gregory F. Noonan
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (*pro hac vice*)
Gregory F. Noonan ((BBO # 651035)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: gregory.noonan@wilmerhale.com


**POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC**

By their attorneys,

 /s/ William A. Scofield, Jr. (by perm. GFN)
Sibley P. Reppert (BBO# 416900)
William A. Scofield, Jr. (BBO# 448940)
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, MA 02109
Tel.: (617) 227-7400

Dated: January 20, 2006

## CERTIFICATE OF SERVICE

      I, Gregory F. Noonan, attorney for defendant Wayport, Inc., hereby certify that I caused to be served by ECF a true copy of the above document upon Sibley P. Reppert, Lahive & Cockfield LLP, 28 State Street, Boston, Massachusetts, 02109.

                                                    /s/ Gregory F. Noonan
                                                    Gregory F. Noonan

DATED: January 20, 2006

US1DOCS 5477639v1