## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, )<br><br>Plaintiffs )<br><br>v. )<br><br>WAYPORT, INC. )<br><br>Defendant ) | Civil Action No.:  04-12023 RWZ<br><br>Hon. Rya Zobel |

## DECLARATION OF AMR O. ALY IN SUPPORT OF
## WAYPORT'S REBUTTAL CLAIM CONSTRUCTION BRIEF

I, Amr O. Aly, declare as follows:

1. I am a junior partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am admitted *pro hac vice* to practice before this Court. I am one of the attorneys representing the defendant Wayport, Inc. ("Wayport") in this action, and I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,466,658.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,721,400.

4. Attached as Exhibit 3 is a true and correct copy of the July 26, 2005 letter from Mr. Reppert to Mr. Hadden.

5. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,544,784 ("Malaspina patent").

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the Prosecution History of U.S. Patent No. 5,812,643.

- 2 -

7.     Attached as Exhibit 6 is a true and correct copy of excerpts from the Prosecution History of U.S. Patent Application Serial No. 09/156,487.

8.     Attached as Exhibit 7 is a true and correct copy of excerpts from the Prosecution History of U.S. Patent Application Serial No. 10/819,168.

9.     Attached as Exhibit 8 is a true and correct copy of an excerpt from The American Heritage College Dictionary (Houghton Mifflin Company at 1496 (3rd ed. 1997) for the term "vending machine."

10.    Attached as Exhibit 9 is a true and correct copy of an excerpt from The New IEEE Standard Dictionary of Electrical and Electronics Terms at 795 (5th ed. 1993) for the term "mechanism".

11.    Attached as Exhibit 10 is a true and correct copy of the Curriculum Vitae of Dr. Edmond S. Cooley.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 25th day of January, 2006.

/s/ Amr O. Aly
Amr O. Aly

- 3 -

**CERTIFICATE OF SERVICE**

    I, Gregory F. Noonan, hereby certify that on January 25 , 2006, I caused a copy of the foregoing document to be delivered by ECF to Sibley P. Reppert, Esq., Lahive & Cockfield LLP, 28 State St., Boston, MA 02109.

                                            /s/ Gregory F. Noonan
                                            Gregory F. Noonan

US1DOCS 5458583v1