# Exhibit 3

Case 1:04-cv-12023-RWZ   Document 66-4   Filed 01/25/2006   Page 1 of 2



# LAHIVE & COCKFIELD
L L P

COUNSELLORS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109-1784
TELEPHONE (617) 227-7400
FAX (617) 742-4214
www.lahive.com

JOHN A. LAHIVE, JR. (1928-1997)
JAMES E. COCKFIELD (1930-2005)
THOMAS V. SMURZYNSKI
GIULIO A. DeCONTI, JR.
ELIZABETH A. HANLEY
AMY BAKER MANDRAGOURAS
ANTHONY A. LAURENTANO
KEVIN J. CANNING
JANE E. REMILLARD
DEBRA J. MILASINCIC, Ph.D.
MEGAN E. WILLIAMS, Ph.D.
WILLIAM A. SCOFIELD, JR.
SIBLEY P. REPPERT
JOHN D. LANZA
DAVID R. BURNS
JOHN S. CURRAN
SEAN D. DETWEILER
HATHAWAY P. RUSSELL *
MARIA LACCOTRIPE ZACHARAKIS, Ph.D.

DANIELLE L. HERRITT
EUIHOON LEE **
MANEESH GULATI
CYNTHIA M. SOROOS
PETER W. DINI, Ph.D.
MICHAEL J. BASTIAN, Ph.D.
CHRISTOPHER J. McKENNA
VINCENT P. LOCCISANO
JAMES M. McKENZIE
CYNTHIA M. GILBERT
LEIGH J. MARTINSON
JILL R. GORNY

OF COUNSEL
JEREMIAH LYNCH
JEANNE M. DiGIORGIO
CYNTHIA L. KANIK, Ph.D.

PATENT AGENTS
JONATHAN M. SPARKS, Ph.D.
CRISTIN E. HOWLEY, Ph.D.
JILL ANN MELLO, Ph.D.
CHRISTOPHER E. DRABIK
JAMES H. VELEMA
JACOB G. WEINTRAUB
BRIAN C. TRINQUE, Ph.D.
SAPNA MEHTANI, Ph.D.

TECHNICAL SPECIALISTS
CATHERINE M. BISHOP
DEBORAH L. NAGLE, Ph.D.
ANNE JACQUELINE WIZEMAN, Ph.D.
CHRISTOPHER R. COWLES, Ph.D.
W. ELANA WANG
MEAGHAN L. RICHMOND, Ph.D.
SHARON M. WALKER, Ph.D.

* Admitted in TX only
** Admitted in CT only

July 26, 2005

**Via First Class Mail**

David B. Bassett, Esq.
Wilmer Cutler Pickering Hale
 and Dorr LLP
60 State Street
Boston, MA 02109

Re:   **PowerOasis, Inc. and PowerOasis Networks, LLC v. Wayport, Inc.**
      **Civil Action No. 04-12023-RWZ**

Dear David:

By way of amendment of our answers to Wayport's first set of interrogatories, I am writing to inform you that the plaintiffs hereby amend their answer to Wayport's Interrogatory No. 1 as follows:

> The claims asserted by plaintiffs against Wayport are as follows:
> Claims 15, 18, 31, 35, 38, 40, and 49 of U.S. Patents Nos.
> 6,466,658 and 6,721,400.
>
> The plaintiffs no longer assert claims 1, 3, 4, 5, 9, 17, and 20
> against Wayport.

Sincerely yours,

Sibley P. Reppert

SPR:lml