# Exhibit 5

| Notice of Allowability | Application No. 08/786,582 | Applicant(s) Charles C. Schelberg Jr. et al |
|---|---|---|
| | Examiner Wing F. Chan | Group Art Unit 2743 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _telephone interview on 3/20/98_.

☒ The allowed claim(s) is/are _1-21, 23, and 24_.

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).
   ☐ All ☐ Some* ☐ None   of the CERTIFIED copies of the priority documents have been
      ☐ received.
      ☐ received in Application No. (Series Code/Serial Number) _____.
      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS
   ☐ because the originally filed drawings were declared by applicant to be informal.
   ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____.
   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.
   ☐ including changes required by the attached Examiner's Amendment/Comment.
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)
   ☒ Notice of References Cited, PTO-892
   ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). __2__
   ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948
   ☐ Notice of Informal Patent Application, PTO-152
   ☒ Interview Summary, PTO-413
   ☒ Examiner's Amendment/Comment
   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
   ☒ Examiner's Statement of Reasons for Allowance

U. S. Patent and Trademark Office
PTO-37 (Rev. 9-95)                              Notice of Allowability                           Part of Paper No. __4__

Serial Number: 08/796,562                                                                                         Page 2

Art Unit: 2743

1.  An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

In the abstract:

Line 22, deleted "The vending machine may be incorporated"

Deleted lines 23-27 in its entirety.

In the claims:

Canceled claim 22.

2.  Authorization for this Examiner's Amendment was given in a telephone interview with applicant's attorney, Mr. Randolph A. Smith (Reg. No. 232, 548 ) on Friday, March 20, 1998.

3.  The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Komei (US PAT. 4,894,717) discloses a delivered article storage control system comprising storage lockers with a control box (having card reader, display, etc.) for storing articles. Komei fails to disclose or suggest vending a communication channel access connector, power connector inside

Serial Number: 08/796,562                                                                                          Page 3

Art Unit: 2743

the locker, or separate from a locker for the purpose of vending power and communication channel access.

Schlamp (US PAT. 5,386,462) discloses a vending system for renting lockers with a control box (having card reader, display, etc.) for storing articles. Schlamp fails to disclose or suggest vending a communication channel access connector, power connector inside the locker, or separate from a locker for the purpose of vending power and communication channel access.

Cleghorn (US PAT. 5,008,928) discloses a public access facsimile system in which a credit card number is given to the operator in order to use the facsimile machine in a manner similar to a public pay phone. Cleghorn fails to suggest or disclose vending of a power connector, communication channel access connector for connecting to a customer's own equipment.

4.      The following is an Examiner's Statement of Reasons for Allowance: none of the art of record suggest nor teach the system and method of vending telecommunications channel access and power to a customer having the physical combination of elements and steps as set forth in independent claims 1, 23, and 24.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

5.      Any response to this action should be mailed to:

Serial Number: 08/796,562 Page 4

Art Unit: 2743

        Commissioner of Patents and Trademarks
        Washington, D.C. 20231

**or faxed to:**

        (703) 308-9051, (for formal communications intended for entry)

**Or:**

        (703) 305-9508 (for informal or draft communications, please label "PROPOSED" or "DRAFT")

        Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive, Arlington, VA., Sixth Floor (Receptionist).

6.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Examiner **W. F. Chan** whose telephone number is (703) 305-4732.
      Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3900.

                                                WING F. CHAN
                                               PRIMARY EXAMINER
                                               ART UNI 2743

WFC

PTO COPY

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE NOTICE OF REFERENCES CITED | SERIAL NO. 08/796,562 | GROUP ART UNIT 2743 | ATTACHMENT TO PAPER NUMBER 2 |
|---|---|---|---|---|
| | | APPLICANT(S) Charles C. Schelberg Jr. et al | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| * | A | 4,894,717 | 1/1993 | Komel | 348 | 14 | |
| * | B | 5,386,462 | 1/1995 | Schlamp | 379 | 93.12 | |
| * | C | 5,008,928 | 4/1991 | Cleghorn | 379 | 100.14 | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. PP. DWG. SPEC. |
|---|---|---|---|---|---|---|---|
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |

### OTHER REFERENCES (Including Author, Title, pertinent Pages, Etc.)

| M | |
|---|---|
| N | |
| O | |

| EXAMINER Wing F. Chan | DATE March 20, 1998 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action. (See MPEP §707.05(a).)