# Exhibit 6

8/C
12-10-99
PATENT T.R.R.
ATTORNEY DOCKET NO. 0043/002002

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: Charles C. Schelberg, Jr. et al.   Examiner: Chan, W.
Serial No.: 09/156,487                          Art Unit: 2743
Filed     : September 18, 1998
Title     : POWER AND TELECOMMUNICATIONS ACCESS VENDING MACHINE

Commissioner of Patents and Trademarks
Washington, D.C. 20231

AMENDMENT UNDER 37 CFR 1.111

Sir:

In response to the Office Action dated July 1, 1999, please amend the application as follows:

IN THE CLAIMS

Please amend claim 22 as follows:

-- 22. (Amended) A vending machine for vending electrical power to a customer, said vending machine comprising:

an electronic payment mechanism for receiving payment information from the customer;

a display for indicating the status of said vending machine;

AMENDMENT UNDER 37 CFR 1.111
Serial No. 09/156,487
December 1, 1999



an electronic circuit for determining when the vending transaction is completed;

a switchable power circuit for turning power on at the beginning of a vending transaction and off at the end of the vending transaction;

C1

a power connector receiving power from said switchable power circuit so as to supply power to at least one external electronic device of the customer;

a control unit having a storage device for storing the payment information received from the customer and for controlling said electronic circuit and said switchable power circuit, said control unit including means for detecting when the customer has disconnected from said power connector. --

Please add new claim 25 as follows:

C2

--25. A vending machine as claimed in claim 22, further comprising a power usage detection circuit operatively connected to said control unit, said power usage detection circuit detecting a drop in power usage. --

- 2 -

AMENDMENT UNDER 37 CFR 1.111
Serial No. 09/156,487
December 1, 1999

REMARKS

By this amendment, claim 22 had been amended and new claim 23 has been added to the application. Currently, claim 22 is pending in the application.

Claim 22 was rejected under the judicially created doctrine of double patenting over at least claim 1 of U.S. Patent No. 5,812,643 since the claims, if allowed, would improperly extend the "right to exclude" already granted in the patent, and may cause possible harassment by multiple assignees. In order to overcome this rejection, submitted herewith is a terminal disclaimer. In view of this terminal disclaimer, it is submitted that the rejection under the doctrine of double patenting should be withdrawn.

Claim 22 was also rejected under 35 U.S.C. 102(b) as being clearly anticipated by Messe et al (USP 4,532,418) or Smith (USP 5,327,066) or Tseng (USP 5,563,491) or Wilkinson (USP 4,383,210).

The present invention is directed to a power vending machine that allows customers to recharge electronic devices, such as laptop computers, in locations that do not have freely available

- 3 -

AMENDMENT UNDER 37 CFR 1.111
Serial No. 09/156,487
December 1, 1999

power sources. These locations include restaurants, car dealerships, airports, train stations, etc.

One of the main features of this invention is that the central control unit can detect that the customer has disconnected from the power connector when the power usage detection circuit senses that the power usage has dropped to zero. This allows the vending transaction to be open-ended. In other words, once a customer swipes their credit card, the unit dispenses power until the customer disconnects from the unit and the transaction is terminated. These features are specifically described in the specification including on page 11.

Claim 22 has been amended to recite "said control unit including means for detecting when the customer has disconnected from said power connector". Also, new claim 23 recites "a power usage detection circuit operatively connected to said control unit, said power usage detection circuit detecting a drop in power usage". These features are not shown or suggested in the prior art of record.

Meese et al. relates to a charging meter for electric vehicles that includes a lock that prevents removal of the plug during the charging operation. Therefore, the customer can not

- 4 -

AMENDMENT UNDER 37 CFR 1.111
Serial No. 09/156,487
December 1, 1999

disconnect from the receptacle during charging as opposed to the present invention.

Smith relates to an apparatus for dispensing a consumable energy source, such as electrical power or liquid fuel, to a vehicle. As in Meese et al., Smith does not want the user to disconnect from the apparatus. Smith does not want the user to disconnect since data is being communicated either uni-directionally or bi-directionally between the vehicle and the station.

Tseng relates to a combined parking meter/battery charger station. Once payment or credit is received, the operator may use the keypad 127 to enter desired functions such as the upper limit of money to be spent, the desired amount of time to remain at the station, plus other options. However, Tseng does not want the users to disconnect from the charging circuit before the process is complete and therefore there is no reason why Tseng would have a control unit with a way of monitoring when the customer has disconnected from the power connector.

Wilkinson relates to an apparatus for providing a device with a pre-purchased, selectable quantity of power from a primary power source. Wilkinson specifically relates to an apparatus for

- 5 -

AMENDMENT UNDER 37 CFR 1.111
Serial No. 09/156,487
December 1, 1999

recharging electric vehicles. This apparatus, like those discussed above, is a prepaid method so that when the fixed amount of value has been used, the unit stops dispensing power. This type of system is not an open-ended transaction as that set forth in the present invention.

The present invention is also different from these devices in that they all monitor how much power is used whereas the present invention is directed to selling a service of convenient power access that is not based on monitoring the amount of power.

It is therefore submitted that Meese et al., Smith, Tseng and Wilkinson, individually or in combination, do not teach or suggest the presently claimed invention. Specifically, they do not have a control unit that can detect when the customer has disconnected from the power connector thus ending the vending transaction.

It is therefore submitted that this application is now in condition for allowance and an action to that effect is respectfully requested.

- 6 -

AMENDMENT UNDER 37 CFR 1.111
Serial No. 09/156,487
December 1, 1999

    If there are any questions or concerns regarding the amendments or these remarks, the Examiner is requested to telephone the undersigned at the telephone number listed below.

Date: December 1, 1999

Respectfully submitted,

Randolph A. Smith
Reg. No. 32,548

SMITH PATENT OFFICE
1901 Pennsylvania Ave., N.W.,
Suite 200
Washington, DC  20006
Telephone: 202/530-5900
Facsimile: 202/530-5902
Duff120199

- 7 -