# Exhibit 8

# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

## THIRD EDITION





HOUGHTON MIFFLIN COMPANY
*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
   p.   cm.
   ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
   1. English language—Dictionaries.   2. Americanisms.
PE1628.A6227   1993
423—dc20                                                      92-42124
                                                                     CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

1496

veined
———
venereal



velocipede
1869 Pickering velocipede



vendor

cleft. **7.** A pervading character or quality; a streak. **8.a.** A transient attitude or mood. **b.** A particular turn of mind: *in a serious vein.* — *tr.v.* **veined, vein·ing, veins. 1.** To supply or fill with veins. **2.** To mark or decorate with veins. [ME *veine* < OFr. < Lat. *vēna.*] — **vein′al** *adj.*
**veined** (vānd) *adj.* Having veins or showing veinlike markings.
**vein·ing** (vā′nĭng) *n.* Distribution or arrangement of veins or veinlike markings.
**vein·let** (vān′lĭt) *n.* A small or secondary vein, as on the wing of an insect.
**vein·stone** (vān′stōn′) *n.* Mineral matter in a vein exclusive of the ore; gangue.
**vein·ule** (vān′yōōl) *n.* A small vein.
**vein·y** (vā′nē) *adj.* **-i·er, -i·est.** Full of or exhibiting veins; veined.
**vel.** *abbr.* **1.** Vellum. **2.** Velocity.
**ve·la** (vē′lə) *n. Biol., Anat., & Zool.* Pl. of **velum.**
**Ve·la** (vē′lə, yā′-) *n.* A Southern constellation near Pyxis and Carina. [Lat. *vēla,* pl. of *vēlum,* a covering.]
**ve·la·men** (və-lā′mən) *n., pl.* **-lam·i·na** (-lăm′ə-nə). **1.** *Anat.* A membranous covering or partition; velum. **2.** *Bot.* The spongy multiple epidermis that covers the aerial roots of certain plants and is capable of absorbing atmospheric moisture. [Lat., covering < *vēlāre,* to cover < *vēlum,* a covering.] — **vel′a·men′tous** (vĕl′ə-mĕn′təs) *adj.*
**ve·lar** (vē′lər) *adj.* **1.a.** Of or relating to a velum. **b.** Of or using the soft palate. **2.** *Ling.* Articulated with the back of the tongue touching or near the velum, as (g) in *good.* — *n. Ling.* A velar sound. — **ve′bar·ize′** *v.* — **ve′lar·i·za′tion** *n.*
**ve·late** (vē′lāt′, -lĭt) *adj. Biol.* Having or covered by a velum or veil.
**Ve·láz·quez** (və-läs′kĕs, bĕ-läth′kĕth), **Diego Rodríguez de Silva y.** 1599–1660. Spanish painter whose works include *The Surrender of Breda* (1635).
**Vel·bert** (fĕl′bərt). A city of W-central Germany in the Ruhr Valley NE of Düsseldorf. Pop. 89,261.
**Vel·cro** (vĕl′krō). A trademark used for a fastening tape consisting of a strip of nylon with a surface of minute hooks that fasten to a corresponding strip with a surface of uncut pile, used esp. on cloth products.
**veldt** also **veld** (vĕlt, fĕlt) *n.* Any of the open grazing areas of southern Africa. [Afr. *veld* < MDu., field. See **pele-**.]
**Ve·li·a** (vē′lē-ə). See **Elea.**
**ve·li·ger** (vē′li-jər, vĕl′ə-) *n.* A larval stage of a mollusk characterized by the presence of a velum. [NLat. *vēliger* : vēlum, velum; see **velum** + Lat. *gerere,* to bear.]
**vel·le·i·ty** (və-lē′i-tē, vĕ-) *n., pl.* **-ties. 1.** Volition at its lowest level. **2.** A mere wish or inclination. [NLat. *velleitās* < Lat. *velle,* to wish. See **wel-¹.**]
**vel·lum** (vĕl′əm) *n.* **1.a.** A fine parchment made from calfskin, lambskin, or kidskin and used for the pages and binding of books. **b.** A work written or printed on this parchment. **2.** A heavy off-white fine-quality paper resembling this parchment. [ME *velim* < OFr. *vēlin* < *veel,* calf. See **veal.**]
**ve·lo·ce** (və-lō′chā) *adv. Mus.* Rapidly. [Ital. < Lat. *vēlōx, vēlōc-,* rapid. See **velocity.**]
**ve·loc·i·me·ter** (vē′lō-sĭm′ĭ-tər, vĕl′ō-) *n.* A device for measuring the speed of sound in water. [velocity + -meter.]
**ve·loc·i·pede** (və-lŏs′ə-pēd′) *n.* **1.** A tricycle. **2.a.** Any of several early bicycles with pedals on the front wheel. **b.** An early bicycle propelled by the feet. [Fr. *vélocipède* : Lat. *vēlōx, vēlōc-,* fast; see **velocity** + Lat. *pēs, ped-,* foot; see **-ous.**]
**ve·loc·i·ty** (və-lŏs′ĭ-tē) *n., pl.* **-ties. 1.** Rapidity or speed of motion; swiftness. **2.** *Phys.* A vector quantity whose magnitude is a body's speed and whose direction is the body's direction of motion. **3.** The rate of speed of action or occurrence. [ME *velocite* < OFr. < Lat. *vēlōcitās* < *vēlōx, vēlōc-,* fast. See **weg-².**]
**ve·lour** or **ve·lours** (və-lōōr′) *n., pl.* **-lours** (-lōōrz′). **1.** A closely napped fabric resembling velvet. **2.** A felt resembling velvet, used in making hats. [Alteration of Fr. *velours,* velvet < OFr. *velour,* alteration of *velous* < OProv. *velos* < Lat. *villōsus,* hairy < *villus,* shaggy hair. See **wel-³.**]
**ve·lou·té** (və-lōō-tā′) *n.* A white sauce made of chicken, veal, or fish stock thickened with a roux of flour and butter. [Fr. < OFr. *vellute,* velvety < *velous,* velvet. See **velour.**]
**ve·lum** (vē′ləm) *n., pl.* **-la** (-lə). **1.** *Biol.* A covering or partition of thin membranous tissue, such as the veil of a mushroom or a membrane of the brain. **2.** *Anat.* The soft palate. **3.** *Zool.* A ciliated swimming organ that develops in certain larval stages of most marine gastropod mollusks. [Lat., veil.]
**ve·lure** (və-lōōr′, vĕl′yər) *n. Obsolete.* Velvet or a velvetlike fabric. [Alteration of Fr. *velours.* See **velour.**]
**ve·lu·ti·nous** (və-lōōt′n-əs) *adj.* Covered with dense soft silky hairs. [< NLat. *velūtinus* < Med.Lat. *velūtum,* velvet < VLat. *villūtus.* See **velvet.**]
**vel·vet** (vĕl′vĭt) *n.* **1.** A soft fabric, such as silk, rayon, or nylon, having a smooth dense pile and a plain underside. **2.** Something suggesting the smooth surface of velvet. **3.** The soft furry covering on the developing antlers of deer. **4.** *Informal.* **a.** The winnings of a gambler. **b.** A profit or gain beyond what is expected or due. **5.** *New England.* See **milk**

**shake 1.** See Regional Note at **milk shake.** [ME *velvet,* prob. < OProv. < VLat. *villūtittus,* dim. of *villūtus* < Lat. *villus,* shaggy hair, nap.]
**velvet ant** *n.* Any of various wasps of the family Mutillidae, the females of which are wingless and have a coat of velvety hair.
**vel·vet·een** (vĕl′vĭ-tēn′) *n.* A cotton pile fabric resembling velvet. [< **velvet.**]
**velvet plant** *n.* See **mullein.** [< its dense, velvety hairs.]
**vel·vet·y** (vĕl′vĭ-tē) *adj.* **-i·er, -i·est. 1.** Suggestive of the texture of velvet; soft and smooth: *velvety skin.* **2.** Smooth-tasting; mellow: *a velvety sherry.*
**Ven.** *abbr.* **1.** Venerable. **2.** Venezuela.
**ven-** *pref.* Var. of **veno-.**
**ve·na** (vē′nə) *n., pl.* **-nae** (-nē). *Anat.* A vein. [ME < Lat. *vēna.*]
**vena ca·va** (kā′və) *n., pl.* **venae ca·vae** (kā′vē). Either of two large veins that drain blood from the upper body and the lower body and empty into the right atrium of the heart. [NLat. *vēna cava* : Lat. *vēna,* vein + Lat. *cava,* hollow.]
**ve·nal** (vē′nəl) *adj.* **1.a.** Open to bribery; mercenary: *a venal police officer.* **b.** Capable of betraying honor, duty, or scruples for a price; corruptible. **2.** Marked by corrupt dealings, esp. bribery: *a venal administration.* **3.** Obtainable for a price. [Lat. *vēnālis* < *vēnum,* sale. See **was-².**] — **ve′nal·ly** *adv.*
**ve·nal·i·ty** (vē-nāl′ĭ-tē) *n., pl.* **-ties.** Susceptibility to bribery or corruption.
**ve·na·tion** (vē-nā′shən, vĕ-) *n.* **1.** Distribution or arrangement of a system of veins, as in a leaf blade. **2.** The veins of such a system considered as a group. — **ve·na′tion·al** *adj.*
**vend** (vĕnd) *v.* **vend·ed, vend·ing, vends.** — *tr.* **1.a.** To sell by means of a vending machine. **b.** To sell, esp. by peddling. **2.** To offer (an idea, for example) for public consideration. — *intr.* To sell. [Lat. *vendere,* alteration of *vēnumdare, vēnum,* sale; see **was-²** + *dare,* to give; see **dō-.**]
**Ven·da** (vĕn′də). An internally self-governing Black African homeland in NE South Africa; granted nominal independence in 1979. Cap. Thohoyandou. Pop. 374,000.
**vend·ee** (vĕn-dē′) *n.* One to whom something is sold; a buyer.
**vend·er** or **ven·dor** (vĕn′dər) *n.* **1.** One that sells or vends; a street vendor. **2.** A vending machine.
**ven·det·ta** (vĕn-dĕt′ə) *n.* **1.** A feud between two families or clans that arises out of a slaying and is perpetuated by retaliatory acts of revenge; a blood feud. **2.** A bitter, destructive feud. [Ital. < Lat. *vindicta,* revenge. See **venencran.**]
**vend·i·ble** also **vend·a·ble** (vĕn′də-bəl) — *adj.* **1.** Suitable or fit for sale; salable: *vendible items of food.* **2.** *Obsolete.* Venal. — *n.* Something that can be sold.
**vend·ing machine** (vĕn′ding) *n.* A coin-operated machine that dispenses merchandise.
**Ven·dôme** (vän-dōm′), **Duc de.** Louis Joseph de Bourbon. 1654–1712. French general who commanded Spanish troops in Italy (1710) during the War of the Spanish Succession.
**ven·due** (vĕn′dōō, -dyōō, vĕn-dōō′, -dyōō′) *n.* A public sale; an auction. [Du. *vendu* < obsolete Fr. *vendue,* sale < OFr., fem. p.part. of *vendre,* to sell < Lat. *vendere.* See **vend.**]
**ve·neer** (və-nîr′) *n.* **1.** A thin surface layer, as of wood, glued to a base of inferior material. **2.** Any of the thin layers glued together to make plywood. **3.** A decorative facing, as of brick. **4.** A deceptive superficial show; a façade. — *tr.v.* **-neered, -neer·ing, -neers. 1.** To overlay (a surface) with a thin layer of a fine or decorative material. **2.** To glue together (layers of wood) to make plywood. **3.** To conceal, as something crude, with a deceptively attractive outward show. [Alteration of obsolete *faneering* < Ger. *Furnierung* < *furnieren,* to furnish, veneer < Fr. *fournir,* to furnish < OFr. *furnir,* of Gmc. orig. See **per¹.**] — **ve·neer′er** *n.*
**ven·e·na·tion** (vĕn′ə-nā′shən) *n.* **1.** Introduction of a venom into animal tissue. **2.** The poisoned condition produced by a venom. [< Lat. *venēnātus,* p.part. of *venēnāre,* to poison < *venēnum,* venom. See **venom.**]
**ve·nene** (və-nēn′, vĕn′ēn) *n.* **1.** A preparation of snake venoms used in medicine, esp. in the treatment of epilepsy. **2.** Var. of **venin.** [< Lat. *venēnum,* venom. See **venom.**]
**ve·ne·punc·ture** (vē′nĭ-pŭngk′chər, vĕn′ĭ-) *n.* Var. of **venipuncture.**
**ven·er·a·ble** (vĕn′ər-ə-bəl) *adj.* **1.** Commanding respect by virtue of age, dignity, character, or position. **2.** Worthy of reverence, esp. by religious or historical association. **3.** Venerable. **a.** *Rom. Cath. Ch.* Used as a form of address for a person who has reached the first stage of canonization. **b.** Used as a form of address for an archdeacon in the Anglican Church or the Episcopal Church. — **ven′er·a·ble·ness, ven′er·a·bil′i·ty** *n.* — **ven′er·a·bly** *adv.*
**ven·er·ate** (vĕn′ə-rāt′) *tr.v.* **-at·ed, -at·ing, -ates.** To regard with respect, reverence, or heartfelt deference. See Syns at **revere¹.** [Lat. *venerārī, venerāt-,* to venerate < *venus, vener-,* love, desire. See **wen-¹.**] — **ven′er·a′tor** *n.*
**ven·er·a·tion** (vĕn′ə-rā′shən) *n.* **1.** The act of venerating. **2.** Profound respect or reverence. **3.** The condition or state of one who is venerated. — **ven′er·a′tion·al** *adj.*
**ve·ne·re·al** (və-nîr′ē-əl) *adj.* **1.a.** Transmitted by sexual intercourse. **b.** Of or relating to a sexually transmitted disease.