# Exhibit 9

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms

**Fifth Edition**
**Newly Revised and Expanded**




Published by the Institute of Electrical and Electronics Engineers, Inc.

IEEE Std 100-1992

# The New IEEE Standard Dictionary of Electrical and Electronics Terms
[Including Abstracts of All Current IEEE Standards]

Fifth Edition



Gediminas P. Kurpis, Chair

Christopher J. Booth, Editor





The Institute of Electrical and Electronics Engineers, Inc.
345 East 47th Street, New York, NY 10017-2394, USA

Copyright © 1993 by the
Institute of Electrical and Electronics Engineers, Inc.
All rights reserved. Published 1993
Printed in the United States of America

ISBN 1-55937-240-0

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*January 15, 1993* *SH15594*

**mechanical wave filter (mechanical filter).** A filter designed to separate mechanical waves of different frequencies. *Note:* Through electromechanical transducers, such a filter may be associated with electric circuits. *See:* **filter.** [119]

**mechanical wrap or connection (soldered connections).** The securing of a wire or lead prior to soldering. [105]

**mechanism (1) (indicating instrument).** The arrangement of parts for producing and controlling the motion of the indicating means. *Note:* It includes all the essential parts necessary to produce these results but does not include the base, cover, dial, or any parts, such as series resistors or shunts, whose function is to adapt the instrument to the quantity to be measured. *See:* **instrument; moving element (instrument).** [102]
**(2) (recording instrument).** Includes (A) the arrangement for producing and controlling the motion of the marking device; (B) the marking device; (C) the device (clockwork, constant-speed motor, or equivalent) for driving the chart; (D) the parts necessary to carry the chart. *Note:* It includes all the essential parts necessary to produce these results but does not include the base, cover, indicating scale, chart, or any parts, such as series resistors or shunts, whose function is to make the recorded value of the measured quantity correspond to the actual value. *See:* **moving element (instrument).** [119]
**(3) (of a switching device) (power switchgear).** The complete assembly of levers and other parts that actuates the moving contacts of a switching device. C37.100-1981
**(4) (overhead power lines).** In the context of biological effects, the process(es) by which an agent (physical or chemical) causes the effect; e.g., causing a change in hormone production or in the function of cell membranes. 539-1990

**media-independent information transfer (information transfer).** Used as a general term to refer to any volume conforming to IEEE Trial-Use Std 949-1985w. 949-1985w

**median ($L_{50}$).** The level exceeded 50% of the time over a specified time period with a specified weather condition. 539-1990

**median water conditions (power operations).** Precipitation and runoff conditions which provide water for hydroelectric energy development approximating the median amount and distribution available over a long time period, usually the period of record. 858-1987

**medical information system (MIS).** *See:* **hospital information system.** 610.2-1987

**medium (1) (computing systems).** The material, or configuration thereof, on which data are recorded, for example, paper tape, cards, magnetic tape. [20], [85]
**(2) (information transfer).** A vehicle capable of transferring data. 949-1985w
**(3) (token ring access method).** The material on which the data may be represented. Twisted pairs, coaxial cables, and optical fibers are examples of media. 802.5-1989
**(4) (broadband local area networks).** The physical layer utilized to allow transmission of signals to communicate to various devices connected to it. For example, the medium of a CATV system is a broadband coaxial cable. 802.7-1989
**(5) (data management).** *See:* **data medium; empty medium; machine-readable medium; virgin medium.** 610.5-1990

**medium access control (MAC) (1) (logical link control).** That part of a data station that supports the medium access control functions that reside just below the logical link control sublayer. The MAC procedures included framing/deframing data units, performing error checking, and acquiring the right to use the underlying physical medium. 799-1987
**(2) (token ring access method).** The portion of the IEEE 802 data station that controls and mediates the access to the ring. 802.5-1985
**(3).** *See:* **medium access control (MAC) procedure; medium access control (MAC) sublayer.** 802.6-1990

**medium access control (MAC) procedure.** In a local area network (LAN) or metropolitan area network (MAN), the part of the protocol that governs access to the transmission medium independently of the physical characteristics of the medium, but taking into account the topological aspects of the subnetwork, in order to enable the exchange of data between nodes. The MAC procedures include framing, error protection, and acquiring the right to use the underlying transmission medium. 802.6-1990

**medium access control (MAC) sublayer (1) (local and metropolitan area networks).** In a local area network (LAN), the part of the data link layer that supports topology-dependent functions and uses the services of the physical layer to provide service to the logical link control (LLC) sublayer. In IEEE Std 802.6-1990, the combined set of functions in the DQDB Layer that support the MAC Sublayer service to the logical link control (LLC) sublayer. 802.6-1990
**(2) (token ring access method).** The portion of the IEEE 802 data station that controls and mediates the access to the ring. 802.5-1989

**medium attachment unit (MAU) (1) (medium attachment units and repeater units).** The portion of the physical layer between the medium dependent interface (MDI) and attachment unit interface (AUI) that interconnects the trunk coaxial cable to the branch cable and contains the electronics which send, receive, and manage the encoded signals impressed on,