## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC<br><br>     **Plaintiffs,**<br><br>v.<br><br>WAYPORT, INC.<br><br>     **Defendant.** | Civil Action No. 04-12023-RWZ |

### DECLARATION OF WILLIAM A. SCOFIELD, JR. IN SUPPORT OF PLAINTIFFS' MEMORANDUM ON CLAIM CONSTRUCTION

I, William A. Scofield, Jr., declare as follows:

1. I am a partner in the law firm of Lahive & Cockfield, LLP and am one of the attorneys representing the plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis"), in this action. I have personal knowledge of the facts set forth in this Declaration.

2. On December 23, 2005, PowerOasis filed its Memorandum on Claim Construction. The exhibits referenced in the Memorandum were inadvertently omitted at the time of filing.

3. Attached as Exhibit A to this Declaration is a true and correct copy of U.S. Patent No. 6,466,658 (cited as Exhibit A to PowerOasis' Memorandum, p. 1).

4. Attached as Exhibit B to this Declaration is a true and correct copy of U.S. Patent No. 6,721,400 (cited as Exhibit B to PowerOasis' Memorandum, p. 1).

5. Attached as Exhibit C to this Declaration is a true and correct copy of U.S. Patent 5,812,643 (cited as Exhibit C to PowerOasis' Memorandum, p. 9).

6. Attached as Exhibit D to this Declaration is a true and correct copy of the Notice of Allowability issued March 31, 1998 (cited as Exhibit D to PowerOasis' Memorandum, p. 9).

7. Attached as Exhibit E to this Declaration is a true and correct copy of the article entitled "Cyber Vending Machine," published in *Time Magazine*, October 7, 1996 (cited as Exhibit E to PowerOasis' Memorandum, p. 12).

Signed under the pains and penalties of perjury this 30th day of January, 2006.

/s/William A. Scofield, Jr.
William A. Scofield, Jr.
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109-1784
(617) 227-7400

Dated: January 30, 2006

## CERTIFICATE OF SERVICE

I, William A. Scofield, Jr., hereby certify that I caused the foregoing to be served by the Court's ECF, on counsel of record this 30th day of January, 2006.

/s/William A. Scofield, Jr.
William A. Scofield, Jr.