**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| POWEROASIS, INC. and  )<br>POWEROASIS NETWORKS, LLC  )<br>                                                        )<br>           **Plaintiffs,**              )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>WAYPORT, INC.                          )<br>                                                        )<br>           **Defendant.**              ) | Civil Action No. 04-12023-RWZ |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A
REPLY BRIEF REGARDING CLAIM CONSTRUCTION**

Pursuant to Local Rule 7.1(B)(3), the plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis"), hereby move for leave to file a brief replying to Wayport's Rebuttal Claim Construction Brief. A copy of PowerOasis' Reply Brief is being submitted with this motion. The grounds for this motion are as follows:

1. In accordance with the Scheduling Order in this action, PowerOasis filed its Opening Claim Construction Brief on December 23, 2005, and Wayport filed its Rebuttal Brief on January 25, 2006. The Markman hearing in this action is scheduled to be held on February 8, 2006.

2. Wayport's Rebuttal Brief makes extensive citation to the Declaration of its expert, Dr. Edmond S. Cooley. Dr. Cooley's Declaration was submitted by Wayport with its Rebuttal Brief.

3. In support of its Rebuttal Brief, Wayport also includes certain portions of the file history concerning a previous patent application filed (the "'487 application").

4.     In its Rebuttal Brief, Wayport fails to advise the Court that Dr. Cooley, in his deposition, agreed with the positions asserted by PowerOasis in many material respects. PowerOasis' Reply Brief attaches Dr. Cooley's deposition testimony and explains how it bears on key limitations of the patents-in-suit.

5.     Wayport also fails to advise the Court that the portions of the applicants' argument to the patent examiner in the '487 application concerned a claim for a different invention that had been amended to contain language not found in the patents-in-suit in the present action. PowerOasis' Reply Brief explains the circumstances of the '487 application.

6.     PowerOasis believes that its Reply Brief will be of assistance to this Court in construing the asserted claims of the patents-in-suit.

7.     It is in the interest of justice that PowerOasis be permitted to file its Reply Brief.

## CERTIFICATE OF CONFERENCE

The undersigned counsel for PowerOasis conferred with counsel with Wayport pursuant to Local Rule 7.1(A)(2), and has been advised that Wayport does not assent to this motion.

Respectfully submitted,

POWEROASIS, INC. and
POWER OASIS NETWORKS, LLC
By their attorneys,

/s/ William A. Scofield, Jr.
Sibley P. Reppert, BBO No. 416900
William A. Scofield, Jr., BBO No. 448940
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, Massachusetts 02109-1784
Tel. (617) 227-7400

Dated: February 2, 2006

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

     I, William A. Scofield, Jr. hereby certify that I caused the foregoing to be served via the Court's electronic filing system on counsel of record this 2d day of February, 2006.

                                          <u>/s/ William A. Scofield, Jr.</u>
                                           William A. Scofield, Jr.