# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>  Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>  Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

### DEFENDANT WAYPORT, INC.'S ASSENTED-TO MOTION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND TRIAL

Defendant Wayport Inc. ("Wayport") respectfully requests that the Court extend the deadlines for the filing of dispositive motions and trial that were set by the Court in the March 7, 2005 Scheduling Order. Wayport requests that the Court modify the following three deadlines:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| File any dispositive motions | 14 days after the Court's construction of the claims, but no later than March 1, 2006 | 30 days after claim construction order |
| Final pretrial conference | April 10, 2006 | Set by the Court |
| Trial | April 2006 | Set by the Court |

In support of its assented-to motion, Wayport states as follows:

1. The parties have completed fact and expert discovery, and the Court held a claim construction hearing on February 8, 2006.

2. The parties are awaiting the Court's claim construction order, but it does not appear likely that the order will be rendered prior to the March 1, 2006 deadline for the filing of dispositive motions.

3. The March 1, 2006 deadline for filing dispositive motions was agreed to by the parties early in the case, prior to the uncovering of several issues during the discovery phase.

4. The filing of dispositive motions prior to a claim construction order would require the parties to argue alternative positions, at least for dispositive motions relating to infringement and non-infringement. This would result in the expenditure of judicial resources that would otherwise not be necessary in the instance where the dispositive motions are filed after the claim construction order.

5. Counsel for PowerOasis assents to the extension of the aforementioned deadlines.

WHEREFORE, Wayport respectfully requests that the Court alter the schedule in this case to be:

| Event | Deadline |
|---|---|
| Close of fact discovery | September 12, 2005 |
| Serve initial expert reports on issues for which each party bears the burden of proof | October 7, 2005 |
| Serve rebuttal expert reports | November 7, 2005 |
| Close of expert discovery | December 5, 2005 |
| Simultaneous exchange of claim terms | December 9, 2005 |
| File briefs for proposed claim construction | December 23, 2005 |
| File opposition briefs for proposed claim construction | January 25, 2006 |
| Technology tutorial, *Markman* hearing | February 8, 2006 at 2:00 p.m. |

| Event | Deadline |
|---|---|
| File any dispositive motions | 30 days after claim construction order |
| Final pretrial conference | Set by the Court |
| Trial | Set by the Court |

        Respectfully submitted,

        **WAYPORT, INC.**

        By its attorneys


        /s/ Amr O. Aly
        William F. Lee (BBO #291960)
        David B. Bassett (BBO #551148)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        Email: benjamin.stern@wilmerhale.com

        Amr O. Aly (admitted *pro hac vice*)
        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        399 Park Avenue
        New York, NY 10022
        Tel: (212) 230-8800
        Fax: (212) 230-8888

Dated: February 24, 2006

**SO ORDERED**

_____     _____
Zobel, J                                                       Date

- 4 -

## CERTIFICATE OF SERVICE

    I, Amr O. Aly, hereby certify that on February 24, 2006, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

                                        /s/ Amr O. Aly
                                        Amr O. Aly