**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, | ) ) ) ) |
| Plaintiffs-Counterclaim Defendants, | ) ) ) Civil Action No.: 04-12023-RWZ |
| v. | ) ) Hon. Rya W. Zobel |
| WAYPORT, INC., | ) ) |
| Defendant-Counterclaim Plaintiff. | ) ) ) |

### JOINT NOTICE REGARDING CLAIM CONSTRUCTION IN RELATED CASE

Regarding Wayport, Inc.'s ("Wayport") Notice of Claim Construction Order in Related Case and PowerOasis, Inc. and PowerOasis Networks, LLC's (collectively, "PowerOasis") Objection thereto, the parties wish to inform the Court that Judge Barbadoro held a status conference on March 27, 2006 and clarified certain portions of the claim constructions rendered in his March 22, 2006 Memorandum and Order ("Order").

Judge Barbadoro stated that, contrary to Wayport's original understanding as set forth in its Notice, he concluded that the term "vending machine" in the preamble of claim 1 is not a limitation, and that the claims do not contain any other limitation restricting the claimed invention to a unitary machine. Accordingly, he construed the claims to cover an apparatus with distributed components. Judge Barbadoro also stated that his description of the claimed invention as a "device or unit" was intended as a statement that the claims were apparatus claims, rather than method claims. Judge Barbadoro did not intend to suggest in his construction that claim 1 precludes a distributed system.

**WAYPORT, INC.**

By its attorneys,


/s/ Gregory F. Noonan
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (admitted pro hac vice)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax:    617-526-5000


**POWEROASIS, INC and
POWEROASIS NETWORKS, LLC**

By its attorneys,

/s/ William A. Scofield (by perm. GFN)
Sibley P. Reppert (BBO #416900)
William A. Scofield, Jr. (BBO #448940)
Lahive & Cockfield, LLP
28 State Street
Boston, MA 02109
Phone:  617-227-7400
Fax:    617-742-4214


Dated: March 28, 2006

## Certificate of Service

I, Gregory F. Noonan, hereby certify that on March 28, 2006, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

/s/ Gregory F. Noonan
Gregory F. Noonan