**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| POWEROASIS, INC. AND <br> POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs/ <br> Counterclaim-Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant/ <br> Counterclaim-Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

**MOTION FOR STATUS CONFERENCE REGARDING**
**CLAIM CONSTRUCTION IN RELATED CASE**

On March 27, 2006, Judge Barbadoro conducted a status conference in the matter of *PowerOasis, Inc. and PowerOasis Networks, LLC v. T-Mobile USA, Inc.*, No. 05-cv-42-PB (D.N.H.) ("*PowerOasis v. T-Mobile*"), during which he clarified certain portions of the claim constructions rendered in his Memorandum and Order dated March 22, 2006 ("Order").

During that status conference, Judge Barbadoro repeatedly stated his uncertainty about whether he had "done the right thing" in the Order and expressly invited the parties to seek reconsideration of his claim construction conclusions. In light of Judge Barbadoro's expressed lack of confidence in certain of the conclusions set forth in his Order, Wayport, Inc. ("Wayport") hereby requests that the Court schedule a status conference in this matter to discuss in more detail Judge Barbadoro's claim constructions, as well as related clarifications and cautions expressed by him during the March 27 *PowerOasis v. T-Mobile* status conference.

PowerOasis refused to assent to this request for a status conference.

Date:  March 28, 2006                                          Respectfully submitted,

**WAYPORT, INC.**

By its attorneys:

/s/ Gregory F. Noonan__
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (admitted pro hac vice)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax:    617-526-5000

**SO ORDERED**:

_____                    _____
     Zobel, J.                                                         Date

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that counsel for the parties conferred in an attempt to narrow or resolve the issues presented in this motion, and could not narrow or resolve the issues.

                                                  /s/ Gregory F. Noonan

## Certificate of Service

      I hereby certify that on the 28th day of March, 2006, a copy of the within pleading was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire

                                            /s/ Gregory F. Noonan
                                            Gregory F. Noonan