# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. AND ) | |
| POWEROASIS NETWORKS, LLC, ) | |
| ) | |
| Plaintiffs/ ) | |
| Counterclaim-Defendants, ) | Civil Action No.: 04-12023-RWZ |
| ) | |
| v. ) | Hon. Rya W. Zobel |
| ) | |
| WAYPORT, INC., ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim-Plaintiff. ) | |
| ) | |

## MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

The defendant and counterclaim-plaintiff Wayport, Inc. ("Wayport") hereby moves for leave to file a Notice of Supplemental Authority to bring to the Court's attention the following case issued after the close of briefing on Wayport's Rebuttal Claim Construction Brief:

1. <u>On Demand Machine Corp. v. Ingram Indus., Inc., et al.</u>, -- F. Supp. 3d--, 2006 WL 827302 at 10 (Fed. Cir. March 31, 2006) (reversing district court's finding that preamble phrase did not serve as claim limitation and ruling that, "[t]he preamble serves to focus the reader on the invention that is being claimed… the preamble in this case necessarily limits the claims, in that it states the framework of the invention.")  (<u>See</u> Wayport's Rebuttal Claim Construction Brief at 9-12).

PowerOasis neither joins nor opposes this motion.

A copy of the case is attached hereto for the Court's convenience.

Date:  April 18, 2006                                                            Respectfully submitted,

**WAYPORT, INC.**

By its attorneys:

/s/ Gregory F. Noonan\_\_
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (admitted pro hac vice)
Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax:     617-526-5000

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that counsel for the parties conferred in an attempt to narrow or resolve the issues presented in this motion. PowerOasis's counsel has informed me that PowerOasis neither joins nor opposes this motion.

      /s/ Gregory F. Noonan

## Certificate of Service

I hereby certify that on the 18th day of April, 2006, a copy of this pleading was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire

                                                /s/ Gregory F. Noonan
                                                Gregory F. Noonan