IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## ASSENTED-TO MOTION TO IMPOUND

Pursuant to the Stipulated Protective Order entered by the Court on November 2, 2004, Wayport, Inc. hereby moves to impound, until further order of the Court, the following documents:

1. Memorandum Of Law In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400;

2. Declaration of James D. Keeler, Ph.D., In Support Of Wayport Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 and 6,721,400;

3. Exhibt 3 to Declaration of Amr O. Aly In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400 ("Aly Decl."), document titled "Wayport Network Overview";

4. Exhibit 5 to the Aly Decl., Expert Report of Richard Morley, dated November 8, 2005;

5. Exhibit 6 to the Aly Decl., excerpts from the October 12, 2005 deposition transcript of Randolph Smith;

6. Exhibit 7 to the Aly Decl., Smith Deposition Exhibit No. 13;

7. Exhibit 8 to the Aly Decl., excerpts from the October 20, 2005 deposition transcript of Dr. James Keeler; and

8. Exhibit 10 to the Aly Decl., excerpts from the January 9, 2006 deposition transcript of Mr. Richard Morley.

In support of the instant Motion to Impound, Wayport states:

1.  The above-listed papers refer to or contain confidential technical information concerning Wayport's High-Speed Internet Access Service and have been designated "Confidential" or "Confidential – Attorney's Eyes Only" under the Court's Stipulated Protective Order.

2.  Under paragraph 11 of the Stipulated Protective Order, PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis") have consented "to any motion seeking impoundment of Confidential Information."

3.  Counsel for PowerOasis has assented to this Motion.

WHEREFORE, Wayport requests that the Court impound, until further order of the Court, the above-listed documents, filed today.

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys


/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: benjamin.stern@wilmerhale.com

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

Dated: July 26, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that on the 26th day of July, 2006, a copy of the foregoing was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire
William F. Lee, Esquire
David B. Bassett, Esquire
Gregory F. Noonan, Esquire

                                        /s/ Amr O. Aly
                                    Amr O. Aly

US1DOCS 5759941v1