IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## WAYPORT, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,466,658 AND 6,721,400

Wayport, Inc. hereby moves for summary judgment of non-infringement under Fed. R. Civ. P. 56 for reasons articulated in the accompanying memorandum of law regarding the non-infringement of U.S. Patent Nos. 6,466,658 and 6,721,400.

WHEREFORE, Wayport, Inc. respectfully requests that the Court:

A. Enter judgment in its favor; and

B. Order any other just and appropriate relief.

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

Dated: July 26, 2006

## Certificate of Service

    I, Amr O. Aly, hereby certify that on July 26, 2006, I caused a copy of this foregoing document to be delivered to the following counsel through the ECF system:

Sibley P. Reppert, Esquire
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109

                                              /s/ Amr O. Aly
                                         Amr O. Aly