IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, .LLC,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>WAYPORT, INC.<br><br>　　　　　Defendant | Civil Action No.: 04-12023 RWZ<br><br>Hon. Rya W. Zobel |

**DECLARATION OF DR. EDMOND S. COOLEY
IN SUPPORT OF WAYPORT INC.'S MOTION FOR SUMMARY JUDGMENT OF
<u>NON-INFRINGEMENT OF U.S. PATENT NOS. 6,466,658 AND 6,721,400</u>**

I, Edmond S. Cooley, make oath and state as follows:

**I.　　Introduction**

1.　　I have been retained as a technical expert in this case by counsel for defendant Wayport, Inc. ("Wayport").

2.　　I understand that plaintiffs PowerOasis, Inc. and PowerOasis Networks, Inc. (collectively "PowerOasis") have filed suit against Wayport for its alleged infringement of claims 15, 18, 31, 35, 38, 40 and 49 of United States Patent No. 6,466,658 (the "'658 patent") and United States Patent No. 6,721,400 (the "'400 patent") (collectively the "PowerOasis patents").

3.　　I am an Associate Professor at Dartmouth College in the Department of Engineering specializing in Electrical and Computer Engineering for more than 13 years. I have been on the faculty for more than 14 years. I have been teaching classes at Dartmouth College for over 17 years.

4.  I hold a Bachelors of Science in Electrical Engineering (with a concentration in Computer Science) from the University of Vermont, Burlington, and Masters of Engineering and Doctor of Engineering degrees from Dartmouth College. My degrees were awarded in 1980, 1982, and 1988 respectively. My doctoral work was in the area of computer-aided design automation of digital signal processing systems (hardware and software).

5.  My present research areas include custom integrated circuit design and test, communications theory and systems, wireless networking, digital systems design, and multimedia-based content delivery for engineering instruction.

6.  I teach undergraduate and graduate level course at Dartmouth College on topics including Introduction to VLSI Systems, VLSI Systems Design (Optimization), Hardware Description Languages, Communications Theory and Systems, Digital Electronics, and Engineering Design Methodology. Other courses I have taught include Digital Signal Processing, Computer Architecture, Microprocessor-Based Systems Design, and Programming in Prolog. In 1999, I was awarded the Outstanding Service Award for Faculty by Thayer School of Engineering, Dartmouth College.

7.  In addition to my teaching and research activities, I am the Chief Information Technology (IT) Strategist for Thayer School of Engineering at Dartmouth College. In this role, I oversee all strategic aspects of IT at the school, including emerging technologies, needs assessment, evaluation, procurement and contract negotiation, technology adoption, and deployment. Further, I am involved with hardware and software training and support. I oversee a team of full-time and part-time researchers and students.

8.  I am active in the Institute of Electrical and Electronics Engineers, Inc. ("IEEE") and have received an IEEE Computer Society Outstanding Contribution Award. In 2003, I was

elected to the IEEE Computer Society's Golden Core. I am also a member of other professional societies, including the AAAI, ACM, and ASEE. Attached as Exhibit 11 is a copy of my *curriculum vitae*.[1]

## II.    The Wayport HSIA Service and Network

9.    I have gained an understanding of the Wayport High Speed Internet Access ("HSIA") Service through my involvement as a technical expert in this litigation, and review of Wayport technical documentation and the Declaration of James D. Keeler, Ph.D., In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400.

10.    It is my understanding that Wayport, Inc. is a wired and wireless high-speed Internet Service Provider (ISP) in hotels, conference centers, airports and retail venues.

11.    It is my opinion that the web interface that is part of the customer's laptop provides information about the status of the Internet connection session of the user. That information is different and distinct from information about the Wayport HSIA network.

12.    It is my understanding that Claim 31 requires that the "telecommunications channel access circuit" recited in claim 1 is "adapted to be connected to a direct Internet connection via an Internet Service Provider selected by the vending machine." It is my opinion that the Wayport HSIA service does not select an ISP because it is an ISP. There is nothing for the network to "select."

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

[1] Exhibit 11 is attached to the Declaration of Amr O. Aly, Esq. In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400.

Dated this 26th day of July, 2006, in Hanover, New Hampshire.

                                                                  */s/ Edmond S. Cooley*
                                                                  Edmond S. Cooley, D.Eng.

US1DOCS 5760468v1

## Certificate of Service

I, Amr O. Aly, hereby certify that on July 26, 2006, I caused a copy of this foregoing document to be delivered to the following counsel through the ECF system:

Sibley P. Reppert, Esquire
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109

/s/ Amr O. Aly
Amr O. Aly

USIDOCS 5760468v1