IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>   Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>   Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

**DECLARATION OF AMR O. ALY, ESQ., IN SUPPORT OF WAYPORT, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,466,658 AND 6,721,400**

I, Amr O. Aly, Esq., declare as follows:

1. I am a junior partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am admitted *pro hac vice* to practice before this Court. I am one of the attorneys representing the defendant Wayport, Inc. ("Wayport") in this action, and I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,466,658.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 6,721,400.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from document titled "Wayport Network Overview."

5. Attached as Exhibit 4 is a true and correct copy of the Court's Memorandum and Order dated June 26, 2006.

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Richard Morley, dated November 8, 2005 ("Morley Expert Report").

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the October 12, 2005 deposition transcript of Randolph Smith ("Smith Dep. Tr.").

8. Attached as Exhibit 7 is a true and correct copy of Smith Deposition Exhibit No. 13.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the October 20, 2005 deposition transcript of Dr. James Keeler ("Keeler Dep. Tr.").

10. Attached as Exhibit 9 is a true and correct copy of Appendix A to Wayport's claim construction brief.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the January 9, 2006 deposition transcript of Richard Morley ("Morley Dep. Tr.").

12. Attached as Exhibit 11 is a true and correct copy of the *curriculum vitae* of Dr. Theodore Edmond S. Cooley.

13. Attached as Exhibit 12 is a true and correct copy of the webpage: https://membership.wayport.net.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 26th day of July, 2006.

        Respectfully submitted,

        /s/Amr O. Aly
        Amr O. Aly

## Certificate of Service

I, Amr O. Aly, hereby certify that on July 26, 2006, I caused a copy of this foregoing document to be delivered to the following counsel through the ECF system:

Sibley P. Reppert, Esquire
LAHIVE & COCKFIELD
28 State Street
Boston, MA 02109

/s/ Amr O. Aly
Amr O. Aly