# Exhibit 9

## Appendix A

## Claim Terms No Longer In Dispute

| TERM | AGREED-UPON CONSTRUCTION |
|---|---|
| "electronic circuit" ('658 and '400 claim 1[c]) | An interconnection of electrical elements and electronic devices. |
| "when the vending transaction is complete" ('658 and '400 claim 1[c]) | When the customer's connection to the vending machine has been terminated or the customer's payment has been exhausted. |
| "telecommunications channel" ('658 and '400 claim 1[d]) | The physical means of connecting one location or device to another for the purpose of transmitting and receiving data over a distance. Coaxial cables, fiber optics, microwave signals, telephone lines, and satellite communications all serve as telecommunications channels. |
| "External telecommunications channel" ('658 and '400 claim 1[d]) | An outside channel such as a T1 line, telephone line, or other channel on which a telecommunications signal is carried. |
| "Adapted to be connected" ('658 and '400 claim 1[d]) | Having a physical configuration enabling connection to be made. |
| "Access circuit" ('658 and '400 claim 1[d] | A circuit providing access. |
| "External telecommunications device of the customer" ('658 and '400 claim 1[e] | A device of the user used for telecommunicating, such as a telephone or computer. |
| "Control unit" ('658 and '400 claim 1[f] | An electronic device that controls a system. |
| "Storage device" ('658 and '400 claim 1[f] | Computer memory. |
| "Payment information" ('658 and '400 claim 1[f] | Information relating to payment. |
| "Controlling said electronic circuit and said telecommunications channel access circuit" ('658 and '400 claim 1[f] | Electronically controlling the circuit. |

| TERM | AGREED-UPON CONSTRUCTION |
|---|---|
| "High bandwidth channel connector" ('658 and '400 claim 18) | *A connector that provides access to high speed data channels, such as found in ISDN, T1, T3, and cable.* |
| "Adapted to be connected to a direct Internet connection" ('658 and '400 claim 31) | *Able to connect directly to the Internet.* |
| "Internet Service Provider" ('658 and '400 claim 31) | *An entity that provides access to the Internet.* |
| "transceiver to connect wirelessly" ('658 and '400 patent, claim 35) | *A device that sends and receives signals to and from the customer's device without a direct wired connection.* |
| "mechanism that interfaces with software resident on equipment of the customer" ('658 and '400 patent, claim 49) | *A process or technique that involves interacting with software that is located on the customer's computer.* |