# Exhibit 12



**Products And Services**

**Pricing**

**Membership**

**Locations**

**Manage Your Account**

**Support**

**Our Strategic Partners**

HOME
NEWS / PRESS
ABOUT US
CONTACT US

search site:

◉ entire site
○ support

[GO!]

# Membership
## Fast Net For People on the Move



Get the most out of Wayport's high-speed Internet access in hotels and airports with a **Wayport Membership**, keeping you connected while saving you money. With a Wayport Membership, you'll get unlimited high-speed access to the Internet, email, and your company's network at major hotels and airports nationwide.

You'll also get 25% off workstation charges at Wayport's full-service Laptop Lane airport business centers.

 Annual Membership: $29.95 per month, with a one-year agreement

 Month-to-Month Membership: $49.95 per month **(Your credit card will be charged automatically each month until you suspend your account.)**

 Prepaid Connection Cards $25, $50 and $100 cards. Purchase at any of Wayport's full-service Laptop Lane airport business centers or by calling toll-free 877-929-3277.

Corporate Membership: Substantial savings for organizations with 50 or more users

Wayport EMEA: Membership and subscription options for Europe, Middle East and Africa.

Copyright © 1998-2006 Wayport, Inc., All rights reserved.
WAYPORT®, LAPTOP LANE®, WAYPORT & Design®, and
LAPTOP LANE & Design® are registered trademarks of Wayport, Inc.
Terms and Conditions   Acceptable Use   Privacy Statement
Security Information and Liability Disclaimer