IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, .LLC,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>WAYPORT, INC.<br><br>　　　　Defendant | Civil Action No.: 04-12023 RWZ<br><br>Hon. Rya W. Zobel |

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following documents, filed this 26th day of July, 2006 by Wayport, Inc. ("Wayport"), will be served on all parties:

1. Assented-to Motion to Impound;

2. Motion for Summary Judgment of Non-Infringement of Non-Infringement Of U.S. Patent Nos. 6,466,658 and 6,721,400;

3. Memorandum in Support of Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400;

4. Statement of Material Facts Not In Dispute In Support of Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400;

5. Declaration of Dr. James D. Keeler In Support of Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400;

6. Declaration of Dr. Edmond S. Cooley In Support of Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400;

7. Declaration of Amr O. Aly In Support of Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400, and attached exhibits.

-2-

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

Dated: July 26, 2006

US1DOCS 5764545v1