UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

V.                                        CASE NO. _____

_____

<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

The original documents are maintained in the case file in the Clerk's Office.

_____           _____
Date                              Attorney for

(Notice of Filing.wpd  - 7/03)