IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, ) ) ) ) Plaintiffs-Counterclaim Defendants, ) ) v. ) ) WAYPORT, INC., ) ) Defendant-Counterclaim Plaintiff. ) ) | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Memorandum Of Law In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400;

2. Declaration of James D. Keeler, Ph.D., In Support Of Wayport Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 and 6,721,400;

3. Exhibit 3 to Declaration of Amr O. Aly In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400 ("Aly Decl."), document titled "Wayport Network Overview";

4. Exhibit 5 to Aly Decl., Expert Report of Richard Morley, dated November 8, 2005;

5. Exhibit 6 to Aly Decl., excerpts from the October 12, 2005 deposition transcript of Randolph Smith;

6. Exhibit 7 to Aly Decl., Smith Deposition Exhibit No. 13; and

7. Exhibit 8 to Aly Decl., excerpts from the October 20, 2005 deposition transcript of Dr. James Keeler.

8. Exhibit 10 to Aly Decl., excerpts from the January 9, 2006 deposition transcript of Mr. Richard Morley.

The original documents are maintained in the case file in the Clerk's office.

Respectfully submitted this the 26th day of July, 2006.

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: benjamin.stern@wilmerhale.com

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2006, a copy of the foregoing was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire
William F. Lee, Esquire
David B. Bassett, Esquire
Gregory F. Noonan, Esquire

/s/ Amr O. Aly
Amr O. Aly