Case 1:04-cv-12023-RWZ    Document 91    Filed 07/27/2006    Page 1 of 1

# SEALED DOCUMENT