# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>      Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>      Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## JOINT MOTION TO EXTEND DEADLINE
## FOR FILING OPPOSITIONS TO SUMMARY JUDGMENT MOTIONS

Defendant Wayport Inc. ("Wayport") and Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis") respectfully request that the Court extend the August 9, 2006 deadline for filing summary judgment oppositions to August 25, 2006. This short extension will not affect the scheduled date for trial as no date has yet been set by the Court.

In support of the joint motion, the parties state as follows:

1.      The parties have each filed one summary judgment motion on July 26, 2006. Wayport has filed a summary judgment motion of non-infringement and PowerOasis has filed a summary judgment motion of infringement.

2.      Oppositions to the summary judgment motions are currently due August 9, 2006.

3.      Each summary judgment motion involves arguments relating to several issues and the parties therefore require more than the allotted two weeks to oppose the respective motion.

- 2 -

WHEREFORE, the parties respectfully request that the Court alter the deadline for the filing of summary judgment oppositions to August 25, 2006.

    Respectfully submitted,

    **WAYPORT, INC.**

    By its attorneys

    /s/ Amr O. Aly
    William F. Lee (BBO #291960)
    David B. Bassett (BBO #551148)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel: (617) 526-6000
    Fax: (617) 526-5000
    Email: amr.aly@wilmerhale.com

    Amr O. Aly (admitted *pro hac vice*)
    Wilmer Cutler Pickering Hale and Dorr LLP
    399 Park Avenue
    New York, NY 10022
    Tel: (212) 230-8800
    Fax: (212) 230-8888

    **POWEROASIS, INC. and**
    **POWER OASIS NETWORKS, LLC**

    By their attorneys,

    /s/ Sibley P. Reppert
    Sibley P. Reppert (BBO #416900)
    William A. Scofield, Jr. (BBO # 448940)
    LAHIVE & COCKFIELD, LLP
    28 State Street
    Boston, Massachusetts 02109-1784
    Tel. (617) 227-7400
    Email: was@lahive.com

Dated: August 3, 2006

- 3 -

**SO ORDERED**

_____          _____
Zobel, J                                                Date

- 4 -

**Certificate of Service**

    I, Amr O. Aly, hereby certify that on August 3, 2006, I caused a copy of the foregoing document to be delivered to counsel of record via the Court's electronic filing system.

                                              /s/ Amr O. Aly
                                              Amr O. Aly

US1DOCS 5778366v1