# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

1. Wayport, Inc.'s Memorandum in Opposition to PowerOasis' Motion for Summary Judgment of Infringement;

2. Supplemental Declaration of Dr. Edmond S. Cooley in Support of Wayport's Motion for Summary Judgment of Non-Infringement and Opposition to PowerOasis' Motion for Summary Judgment of Infringement;

3. Supplemental Declaration of Dr. James D. Keeler in Support of Wayport's Motion for Summary Judgment of Non-Infringement and Opposition to PowerOasis' Motion for Summary Judgment of Infringement; and

4. Wayport's Response to Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC's Statement of Material Undisputed Facts.

-2-

The original documents are maintained in the case file in the Clerk's office.

Respectfully submitted this the 25th day of August, 2006.

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: benjamin.stern@wilmerhale.com

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of August, 2006, a copy of the foregoing was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire
William F. Lee, Esquire
David B. Bassett, Esquire
Gregory F. Noonan, Esquire

      /s/ Amr O. Aly
      Amr O. Aly

US1DOCS 5803405v1