**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>      Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>      Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## ASSENTED-TO MOTION TO IMPOUND

Pursuant to the Stipulated Protective Order entered by the Court on November 2, 2004, Wayport, Inc. hereby moves to impound, until further order of the Court, the following documents:

1. Wayport, Inc.'s Memorandum in Opposition to PowerOasis' Motion for Summary Judgment of Infringement;

2. Supplemental Declaration of Dr. Edmond S. Cooley in Support of Wayport's Motion for Summary Judgment of Non-Infringement and Opposition to PowerOasis' Motion for Summary Judgment of Infringement;

3. Supplemental Declaration of Dr. James D. Keeler in Support of Wayport's Motion for Summary Judgment of Non-Infringement and Opposition to PowerOasis' Motion for Summary Judgment of Infringement; and

4. Wayport's Response to Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC's Statement of Material Undisputed Facts.

In support of the instant Motion to Impound, Wayport states:

1. The above-listed papers refer to or contain confidential technical information concerning Wayport's High-Speed Internet Access Service and have been designated

"Confidential" or "Confidential – Attorney's Eyes Only" under the Court's Stipulated Protective Order.

2.  Under paragraph 11 of the Stipulated Protective Order, PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis") have consented "to any motion seeking impoundment of Confidential Information."

3.  Counsel for PowerOasis has assented to this Motion.

WHEREFORE, Wayport requests that the Court impound, until further order of the Court, the above-listed documents, filed today.

        Respectfully submitted,

        **WAYPORT, INC.**

        By its attorneys


        /s/ Amr O. Aly
        William F. Lee (BBO #291960)
        David B. Bassett (BBO #551148)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        Email: benjamin.stern@wilmerhale.com

        Amr O. Aly (admitted *pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        399 Park Avenue
        New York, NY 10022
        Tel: (212) 230-8800
        Fax: (212) 230-8888

        Gregory F. Noonan (BBO #651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        1117 S. California Avenue
        Palo Alto, CA 94304
        Tel: (650) 858 6034
        Fax: (650) 858 6100

Dated: August 25, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of August, 2006, a copy of the foregoing was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire
William F. Lee, Esquire
David B. Bassett, Esquire
Gregory F. Noonan, Esquire


                                            /s/ Amr O. Aly
                                         Amr O. Aly

US1DOCS 5803442v1