**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, .LLC, <br><br> Plaintiffs <br><br> v. <br><br> WAYPORT, INC. <br><br> Defendant | Civil Action No.: 04-12023 RWZ <br><br> Hon. Rya W. Zobel |

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the following documents, filed this 25th day of August, 2006 by Wayport, Inc. ("Wayport"), will be served on all parties:

1. Assented-to Motion to Impound;

2. Wayport, Inc.'s Memorandum in Opposition to PowerOasis' Motion for Summary Judgment of Infringement;

3. Supplemental Declaration of Dr. Edmond S. Cooley in Support of Wayport's Motion for Summary Judgment of Non-Infringement and Opposition to PowerOasis' Motion for Summary Judgment of Infringement;

4. Supplemental Declaration of Dr. James D. Keeler in Support of Wayport's Motion for Summary Judgment of Non-Infringement and Opposition to PowerOasis' Motion for Summary Judgment of Infringement; and

5. Wayport's Response to Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC's Statement of Material Undisputed Facts.

-2-

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

Dated: August 25, 2006