### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-<br>      Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-<br>      Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

### WAYPORT INC.'S ASSENTED-TO MOTION
### FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF WAYPORT, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,466,658 AND 6,721,400

Pursuant to Local Rule 7.1(b)(3), defendant Wayport, Inc. ("Wayport") respectfully requests leave to file a Reply Brief in Response to plaintiffs' Opposition to Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patents Nos. 6,466,658 and 6,721,400 attached hereto as Exhibit A.

As grounds for its motion, Wayport states as follows:

1. On August 25, 2006, plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis") filed an Opposition to Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400.

2. In its Opposition, PowerOasis improperly asserts *for the first time* that Wayport's HSIA service infringes the asserted claims under the doctrine of equivalents.

3.     The doctrine of equivalents is a fundamental principle in patent law that should have been raised during discovery, and not after months of discovery, two rounds of expert reports, and an opening round of summary judgment briefing.

WHEREFORE, Wayport respectfully request that the Court grant Wayport leave to file a reply memorandum in support of Wayport, Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 AND 6,721,400.

Dated: September 8, 2006                    Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

 /s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (*pro hac vice*)
Gregory F. Noonan ((BBO # 651035)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: gregory.noonan@wilmerhale.com

**POWEROASIS, INC. and
POWEROASIS NETWORKS, LLC**

By their attorneys,

 /s/ William A. Scofield, Jr. (by perm. GFN)
Sibley P. Reppert (BBO# 416900)
William A. Scofield, Jr. (BBO# 448940)
LAHIVE & COCKFIELD, LLP
28 State Street
Boston, MA 02109
Tel.: (617) 227-7400