IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. AND POWEROASIS NETWORKS, LLC, <br><br> Plaintiffs/ Counterclaim-Defendants, <br><br> v. <br><br> WAYPORT, INC., <br><br> Defendant/ Counterclaim-Plaintiff. | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

### WAYPORT INC.'S MOTION TO PRECLUDE THE SECOND DECLARATION OF RICHARD E. MORLEY

Wayport hereby moves to preclude PowerOasis' Second Declaration of Richard E. Morley, pursuant to Fed. R. Civ. P. 37(c)(1) and the Court's Scheduling Order, dated February 23, 2005, as amended on October 21, 2005 and January 25, 2006.

Long after the end of fact and expert discovery, and opening round of summary judgment briefing, PowerOasis asserts *for the first time* in its opposition to Wayport's summary judgment motion that the Wayport HSIA service infringes under the doctrine of equivalents. PowerOasis had ample opportunities to make this allegation in a timely manner and to allow orderly discovery on the subject. Instead, PowerOasis tries to ambush Wayport by asserting this fundamental premise of patent law at the last possible moment, depriving Wayport of any discovery, in the hope of generating the appearance of a factual dispute to avoid summary judgment. The sole support for PowerOasis' belated doctrine of equivalents argument is a declaration by its paid expert, Mr. Richard Morley. Mr. Morley's second declaration is deficient in that it fails to provide the required "particularized testimony and linking arguments" needed to

-2-

make out a case of infringement under the doctrine of equivalents. Instead, the declaration amounts to nothing more than generalized statements that have been newly minted as demonstrated by the fact that Mr. Morley just recently testified in this matter that he never heard of the doctrine of equivalents and had *no opinion* on the subject. Therefore, Mr. Morley's second declaration should be precluded in its entirety.

In further support of this motion, Wayport refers the Court to its Reply Memorandum In Support of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 4,466,658 And 6,721,400 And Memorandum In Support Of Wayport, Inc.'s Motion To Preclude The Second Declaration Of Richard E. Morley being filed herewith.

WHEREFORE, Wayport requests that the Court exclude in its entirety the Second Declaration Of Richard E. Morley.

**L.R. 7.1 Certification**

Counsel for Wayport has conferred with counsel for PowerOasis and attempted in good faith to resolve or narrow the issues of this motion.

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

Dated: September 8, 2006