IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

### SUPPLEMENTAL DECLARATION OF AMR O. ALY, ESQ. IN SUPPORT OF WAYPORT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND IN OPPOSITION TO POWEROASIS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

I, Amr O. Aly, Esq., declare as follows:

1. I am a junior partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am admitted *pro hac vice* to practice before this Court. I am one of the attorneys representing the defendant Wayport, Inc. ("Wayport") in this action, and I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit 13 is a true and correct copy of excerpts from the Rebuttal Expert Report of Edmond S. Cooley, dated November 8, 2005.

3. Attached as Exhibit 14 is a true and correct copy of excerpts from Plaintiffs' Answers To Wayport, Inc.'s First Set Of Interrogatories (Nos. 1-15).

4. Attached as Exhibit 15 is a true and correct copy of Judge Woodlock's Memorandum And Order dated June 21, 2005.

     5.     Attached as Exhibit 16 is a true and correct copy of excerpts from January 9, 2006 deposition transcript of Mr. Richard Morley ("Morley Dep. Tr.").

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 8th day of September, 2006.

                                Respectfully submitted,

                                /s/Amr O. Aly
                                Amr O. Aly