# Exhibit 16

RICHARD E. MORLEY

Page 1

```
 1                              Volume:      I
 2                              Pages:    1 to 328
 3                              Exhibits: 1 to 14
 4
 5           UNITED STATES DISTRICT COURT
 6             DISTRICT OF MASSACHUSETTS
 7   Civil Action No. 04-12023 RWZ         COPY
 8   - - - - - - - - - - - - - - - - - - - - - - x
 9   POWEROASIS, INC., and POWEROASIS NETWORKS, LLC,
10             Plaintiffs,
11       v.
12   WAYPORT, INC.,
13             Defendant.
14   - - - - - - - - - - - - - - - - - - - - - - x
15
16       VIDEOTAPED DEPOSITION OF RICHARD E. MORLEY
17                Monday, January 9, 2006
18                      9:15 a.m.
19                     Wilmer Hale
20                   60 State Street
21                 Boston, Massachusetts
22
23        Reporter:  Lisa A. Moreira, RMR/CRR
24
```



LEGALINK® — A WORDWAVE COMPANY

LegaLink Manhattan
420 Lexington Avenue, Suite 2108
New York, NY 10170

tel (212) 557-7400
tel (800) 325-3376
fax (212) 692-9171

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

RICHARD E. MORLEY

Page 221

1   Q. All right.
2   MR. BASSETT: Why don't we take a short
3   break to change the tape.
4   THE WITNESS: Okay.
5   THE VIDEOGRAPHER: Here ends Videotape
6   No. 2. Off the record. 3:02 p.m.
7   (Recess taken)
8   THE VIDEOGRAPHER: Here begins Videotape
9   No. 3 in today's deposition of Richard Morley. Back
10  on the record. 3:03 p.m.
11  BY MR. BASSETT:
12  Q. Dr. Morley, just as a point of information,
13  earlier we were talking about that Hampton Inns
14  hypothetical, and you suggested that in your view
15  the customer in that hypothetical was the Hampton
16  Inn, the hotel itself. Do you remember that?
17  A. Yes.
18  Q. As you recall the PowerOasis patents, is
19  there any description anywhere in the PowerOasis
20  patents of a customer that is anything other than a
21  person with a laptop, an individual person with a
22  laptop?
23  A. I don't remember any.
24  Q. Okay. Mr. Morley, have you ever heard of

RICHARD E. MORLEY

Page 222

1  something called the doctrine of equivalents?
2      A.  Multisyllables again.  No.  Yes, I have, I
3  don't -- you'd have to --
4      Q.  Have you ever heard of the concept of
5  infringement under the doctrine of equivalents,
6  infringement of a patent under the doctrine of
7  equivalents?
8      A.  No, I have not.
9      Q.  Okay.  Is it fair to say, then, that you
10 have no opinion and do not intend to offer any
11 opinion as to whether or not the Wayport -- the
12 PowerOasis patents are infringed by Wayport under
13 the doctrine of equivalents?
14     A.  I offer no opinion.
15     Q.  Okay.  And you have no intention, as you sit
16 here today, to offer such opinion?
17     A.  Not today.
18     Q.  Okay.  Do you think that's going to change?
19     A.  I will certainly look it up.
20     Q.  Okay.  Well, we'll talk more about that
21 later then.
22          Now, the Wayport system that you accuse
23 or suggest infringes the PowerOasis patents are not
24 new products, correct?