# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, .LLC, ) ) ) ) Plaintiffs ) ) v. ) ) WAYPORT, INC. ) ) Defendant ) ) ) | Civil Action No.: 04-12023 RWZ<br><br>Hon. Rya W. Zobel |

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following documents, filed this 8th day of September, 2006 by Wayport, Inc. ("Wayport"), will be served on all parties:

1. Wayport Inc.'s Assented-To Motion For Leave To File A Reply Memorandum In Support Of Wayport, Inc.'s Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,466,658 And 6,721,400;

2. Reply Memorandum in Support of Wayport Inc.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400, And Memorandum In Support Of Wayport Inc.'s Motion To Preclude The Second Declaration Of Richard E. Morley;

3. Wayport Inc.'s Motion To Preclude The Second Declaration Of Richard E. Morley; and

4. Supplemental Declaration Of Amr O. Aly, Esq. In Support Of Wayport's Motion For Summary Judgment Of Non-Infringement And In Opposition To PowerOasis' Motion For Summary Judgment Of Infringement and attached exhibits.

-2-

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Gregory F. Noonan (BBO #651035)
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 858 6034
Fax: (650) 858 6100

Dated: September 8, 2006