# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, | ) ) ) |
| Plaintiffs- Counterclaim Defendants, | ) ) ) Civil Action No.: 04-12023-RWZ |
| v. | ) ) Hon. Rya W. Zobel |
| WAYPORT, INC., | ) ) ) |
| Defendant- Counterclaim Plaintiff. | ) ) ) |

## WAYPORT INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF WAYPORT, INC.'S MOTION TO PRECLUDE THE SECOND DECLARATION OF RICHARD E. MORLEY

Pursuant to Local Rule 7.1(b)(3), defendant Wayport, Inc. ("Wayport") respectfully requests leave to file a reply memorandum in response to plaintiffs' Opposition to Wayport's Motion To Preclude The Second Declaration Of Richard E. Morley, attached hereto as Exhibit A.

As grounds for its motion, Wayport states as follows:

1. On August 25, 2006, plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC (collectively, "PowerOasis") filed an Opposition to Wayport's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,466,658 and 6,721,400.

2. In its opposition to Wayport's summary judgment motion, PowerOasis improperly asserted *for the first time* that Wayport's HSIA service infringes the asserted claims

- 2 -

under the doctrine of equivalents and submitted a second declaration by its paid expert, Mr. Richard E. Morley, in support.

3.  Mr. Morley's second declaration contained opinion regarding PowerOasis' allegation of infringement under the doctrine of equivalents although such opinion was never disclosed in his expert report or during his deposition that followed the expert report.

4.  On September 8, 2006, Wayport filed a motion to preclude Mr. Morley's second declaration.

5.  On September 22, 2006, PowerOasis submitted an opposition to Wayport's motion to preclude Mr. Morley's second declaration, which mischaracterizes the record.

WHEREFORE, Wayport respectfully requests that the Court grant Wayport leave to file a brief reply memorandum in support of Wayport, Inc.'s Motion To Preclude The Second Declaration Of Richard E. Morley, to respond to PowerOasis' opposition brief.

Dated: September 29, 2006
Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

 /s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (*pro hac vice*)
Gregory F. Noonan ((BBO # 651035)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email: gregory.noonan@wilmerhale.com

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of September, 2006, a copy of the within pleading was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire

                                               /s/ Amr O. Aly
                                               Amr O. Aly