## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No. 04-12023-RWZ |
| WAYPORT, INC. | )<br>)<br>) | |
| Defendant. | ) | |

### NOTICE OF CHANGE OF ADDRESS FOR
### PLAINTIFFS' COUNSEL

The plaintiffs, PowerOasis, Inc. and PowerOasis Networks, LLC in the above-entitled matter, file this Notice of Change of Address for their attorney of record as follows:

>Sibley P. Reppert
>William A. Scofield, Jr.
>Lahive & Cockfield, LLP
>One Post Office Square
>Boston, MA  02109-2127
>Tel:  (617) 227-7400
>Fax:  (617) 742-4214

>Respectfully submitted,
>
>POWEROASIS, INC. and
>POWEROASIS NETWORKS, LLC
>By their attorneys,
>
>
> /s/ William A. Scofield, Jr.
>_____
>Sibley P. Reppert, B.B.O. #416900
>William A. Scofield, Jr., B.B.O. #448940
>LAHIVE & COCKFIELD, LLP
>One Post Office Square
>Boston, MA  02109-2127
>(617) 227-7400
>(617) 742-4214

Dated:  October 25, 2006

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

    I, William A. Scofield, Jr., hereby certify that I caused the foregoing to be served via the Court's ECF system, on counsel of record this 25th day of October, 2006.

                                             /s/ William A. Scofield, Jr.
                                             _____
                                             William A. Scofield, Jr.