IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. AND<br>POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs/<br>    Counterclaim-Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant/<br>    Counterclaim-Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## NOTICE OF SUMMARY JUDGMENT ORDER IN RELATED CASE

Defendant Wayport, Inc. ("Wayport") hereby provides notice of the summary judgment order entered on March 30, 2007 in *PowerOasis, Inc. and PowerOasis Networks LLC v. T-Mobile USA, Inc.*, No. 05-cv-42-PB (D. N.H.), by the Hon. Paul Barbadoro ("Order") granting T-Mobile's motion for summary judgment of invalidity of the same PowerOasis patents that are at issue in this litigation. Attached as Exhibit A is a copy of the Order.

Wayport in particular brings to the Court's attention footnote 6 at page 22 of the Order, which references this Court's claim construction.

Date: April 2, 2007

Respectfully submitted,

By:  /s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax:    617-526-5000

## Certificate of Service

I hereby certify that on the 2nd day of April, 2007, a copy of the within pleading was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire

/s/ Amr O. Aly
Amr O. Aly