UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| <u>POWEROASIS, INC.</u> | **Plaintiff** | |
| | | **CIVIL ACTION** |
| V. | | |
| | | NO. <u>04CV12023-RWZ</u> |
| <u>WAYPORT, INC.</u> | **Defendant** | |

## JUDGMENT

<u>ZOBEL, D. J.</u>

   In accordance with the MEMORANDUM OF DECISION ORDER entered on 5/10/07;

JUDGMENT is entered for defendant WAYPORT, INC..

By the Court,

<u>  5/10/07  </u>                                                          <u>s/ Lisa A. Urso</u>
Date                                                                              Deputy Clerk