**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| POWEROASIS, INC. and | ) | |
| POWEROASIS NETWORKS, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12023-RWZ |
| | ) | |
| WAYPORT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, plaintiffs PowerOasis,

Inc. and PowerOasis Networks, LLC hereby appeal to the United States Court of Appeals for the

Federal Circuit from the Judgment entered by the Court in this action by Order dated May 10,

2007.

> Respectfully submitted,
>
> POWEROASIS, INC. and
> POWEROASIS NETWORKS, LLC
> By their attorneys,
>
>
> ____/s/Sibley P. Reppert_____
> Sibley P. Reppert, B.B.O. #416900
> William A. Scofield, Jr., B.B.O. #448940
> LAHIVE & COCKFIELD, LLP
> One Post Office Square
> Boston, MA  02109-1784
> (617) 227-7400
> (617) 742-4214

Dated:  May 14, 2007

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I, William A. Scofield, Jr., hereby certify that I caused the foregoing to be served by the Court's ECF system, on counsel of record this 14th day of May, 2007.

_____

William A. Scofield, Jr.