- 2 -

## CERTIFICATE OF SERVICE

      I, Sibley P. Reppert., hereby certify that I caused the foregoing to be served by the Court's ECF system, on counsel of record this 14th day of May, 2007.


                                                                                       /s/Sibley P. Reppert_____
                                                                                    Sibley P. Reppert