AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _Cause: 28: 1338 Patent Infringement_

v.

Plaintiff(s) _Poweroasis, Inc_     Defendant(s) _Wayport, Inc_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _04-CV-12023_     Date of Judgment or Order _5/10/2007_

Cross or related appeal? _____     Date of Notice of Appeal _5/14/2007_

Appellant is: ✓ Plaintiff  ___ Defendant  ___ Other (explain) _____

FEES:  Court of Appeals Docket Fee Paid? ✓ Yes  ___ No
       U.S. Appeal?  ___ Yes  ✓ No
       In forma pauperis?  ___ Granted  ___ Denied
                           ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_Poweroasis, Inc and Poweroasis_
_  Networks, LLC_
_Silly C. Report Jr._
_Laline & Cochfield, LLP_
_One Post Office Square_
_Boston, MA 02109-1784 617-227-7400_

_Wayport, Inc_
_Carl O. Aly_
_Wilmer Cutler Pickering Hale and Dorr LLP_
_399 Park Avenue_
_New York NY 10022 212-937-7226_

COURT REPORTER (Name and telephone): _Catherine Handel_  _617-261-0555_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.