**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| POWEROASIS, INC. and <br> POWEROASIS NETWORKS, LLC <br><br> Plaintiffs, <br><br> v. <br><br> WAYPORT, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-12023-RWZ <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO REOPEN CASE AND STIPULATION OF DISMISSAL
OF DEFENDANT'S COUNTERCLAIMS OF PATENT INVALIDITY
AND UNENFORCEABILITY WITHOUT PREJUDICE**

Plaintiffs PowerOasis, Inc. and PowerOasis Networks, LLC ("PowerOasis"), and Defendant Wayport, Inc. ("Wayport") hereby jointly move that this case be reopened for the sole purpose of the filing of present stipulation by all parties of dismissal without prejudice of Wayport's counterclaims for declaratory judgment of invalidity and unenforceability of the claims of U.S. No. Patent No. 6,466,658 (the "'658 patent") and U.S. Patent No. 6,721,400 (the "'400 patent").

The grounds for this motion are as follows:

1. In this action, Wayport filed a Counterclaim for Declaratory Judgment in which it asserted counterclaims for a declaration of non-infringement, invalidity and unenforceability of the claims of the '658 and '400 patents.

2. By Order dated May 10, 2007, this Court allowed Wayport's Motion for Summary Judgment of Non-Infringement on all claims and ordered that, "Judgment may be entered for Wayport on the Complaint and on its cross-claim on the grounds that it does not

infringe any of the claims asserted." On May 10, 2007, this Court entered judgment for Wayport "in accordance with the Memorandum of Decision and Order entered on 5/10/07."

3. The records of this Court indicate that this case was closed on May 10, 2007.

4. PowerOasis appealed said Judgment by Notice of Appeal filed on May 14, 2007.

5. It has come to the attention of the parties that under circumstances similar to those of the present case, the U.S. Court of Appeals for the Federal Circuit has dismissed appeals of summary judgments of non-infringement where a declaratory judgment counterclaim of invalidity is outstanding. *International Electronic Technology Corp. v. Hughes Aircraft Co.,* 476 F.3d 1329 (Fed. Cir. 2007).

6. Pursuant to Rule 41(a) and (c) of the Federal Rules of Civil Procedure, PowerOasis and Wayport hereby stipulate to the dismissal without prejudice of Wayport's counterclaims of invalidity and unenforceability of the '658 and '400 patents.

7. The parties jointly request that this Court reopen this case for the sole purpose of filing the present stipulation of dismissal, and that this Court forward the present stipulation of dismissal to the Appeals Court as part of the record of the present action pursuant to Rule 11 of the Federal Rules of Appellate Procedure.

                  Respectfully submitted,

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC<br>By their attorneys, | WAYPORT, INC.<br>By its attorneys, |
| /s/ Sibley P. Reppert<br>Sibley P. Reppert, B.B.O. No. 416900<br>William A. Scofield, Jr., B.B.O. No. 448940<br>LAHIVE & COCKFIELD, LLP<br>One Post Office Square<br>Boston, Massachusetts 02109 – 1784<br>(617) 227-7400 (telephone)<br>(617) 742-4214 (fax) | /s/Amr O. Aly<br>Amr O. Aly (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 (telephone)<br>(212) 230-8888 (fax) |

- 3 -

## CERTIFICATE OF SERVICE

    I, Sibley P. Reppert, hereby certify that I caused the foregoing to be served via the Court's electronic filing system on counsel of record this 8th day of June, 2007.

                                            /s/ Sibley P. Reppert