IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

POWEROASIS, INC., and
POWEROASIS NETWORKS, LLC

        Plaintiffs,

v.

WAYPORT, INC.

        Defendant.

Civil Action No. 04-12023-RWZ

**VERIFICATION OF COST BILL**
**(28 U.S.C. § 1924)**

State of New York

County of New York

    Before me, the undersigned Notary Public, Amr Aly duly appeared and was duly sworn. Being so sworn, he stated that he is the attorney of record for Wayport, Inc. in this action and has knowledge of the facts relative to the costs and disbursements set out in this Cost Bill, that the items set out in this Cost Bill are correct, have been necessarily incurred in this action, and that the services charged for have been actually been performed and were necessarily performed.

_____ [signature of affiant]

**SUBSCRIBED AND SWORN TO BEFORE ME** on 06/15/2007 at New York, NY [city, state], to certify which I place my signature and official seal.

[Notary seal]

_____
[signature of notary]

Stanley Maderich
[typed name]

Notary Public in and for
the State of New York
My commission expires
Jan. 16, 2011 [date].

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

_____
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Defendants' Motions for Costs and Verification for Costs were filed with the Court and served to the following Counsel via the Court's ECF system on this 15th day of June, 2007:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire.

/s/Amr O. Aly
Amr O. Aly