IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>       Defendant. | Civil Action No. 04-12023 RWZ |

**OPPOSITION TO BILL OF COSTS**

    Plaintiffs PowerOasis, Inc, and PowerOasis Networks, LLC, herewith oppose the Bill of Costs filed by defendant Wayport, Inc., on the grounds that any award of costs in this matter would be premature.

    Plaintiffs filed a Notice of Appeal on May 14, 2007, and that appeal is now pending before the U.S. Court of Appeals for the Federal Circuit, Case No. 2007-1369. In that appeal, plaintiffs request that the judgment entered by this court be reversed. Accordingly, plaintiffs request that no award of costs be made by this court until that appeal is resolved.

    Plaintiffs also object to certain specific items included in the bill of costs submitted by defendant Wayport. However, plaintiffs reserve their objections at this time, inasmuch as they are likewise premature, for the reasons set forth above.

- 2 -

        Respectfully submitted,

        POWEROASIS, INC. and
        POWEROASIS NETWORKS, LLC
        By their attorneys,


        /s/ William A. Scofield, Jr
        Sibley P. Reppert, B.B.O. No. 416900
        William A. Scofield, Jr., B.B.O. No. 448940
        LAHIVE & COCKFIELD, LLP
        One Post Office Square
        Boston, Massachusetts  02109-1784
        (617) 227-7400 (telephone)
        (617) 742-4214 (fax)


**CERTIFICATE OF SERVICE**

    I, William A. Scofield, Jr., hereby certify that I caused the foregoing to be served by via the Court's electronic filing system on counsel of record this 12th day of July, 2007


        /s/ William A. Scofield, Jr
        William A. Scofield, Jr.