IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC, ) ) ) ) Plaintiffs- ) Counterclaim Defendants, ) ) v. ) ) WAYPORT, INC., ) ) Defendant- ) Counterclaim Plaintiff. ) ) | Civil Action No.: 04-12023-RWZ <br><br> Hon. Rya W. Zobel |

**WAYPORT'S RESPONSE TO**
**POWEROASIS' OPPOSITION TO BILL OF COSTS**

There is no reason to delay the award of costs in this matter. *Bruce v. Weekly World News, Inc.*, 203 F.R.D. 51, 52 n.1 (D.Mass. 2001) ("Although the case is presently on appeal, this court retains jurisdiction over ancillary matters that do not touch upon the core issues of the appeal, such as the award of costs and attorney's fees.") (citing *U.S. v. Brooks*, 145 F.3d 446, 456 (1st Cir. 1998). Wayport repeatedly demonstrated during the course of the litigation that PowerOasis' claims are without merit and there is no reasonable basis to conclude that the Federal Circuit will reverse this Court's similar judgment. PowerOasis' opposition fails to find fault with any of Wayport's cost items despite the "presumption in favor of awarding costs to the prevailing party," and despite the fact that "[c]onsequently, the unsuccessful party bears some burden of showing circumstances sufficient to overcome the presumption." *Neles-Jamesbury, Inc. v. Fisher Controls Intern., Inc.*, 140 F. Supp. 2d 104, 104 (D.Mass. 2001) (citations and internal quotations omitted). PowerOasis's reservation to object at a later time is nothing more than a stalling tactic.

In the event this Court is not inclined to enter Wayport's Bill of Costs at this time, however, Wayport then requests an Order requiring PowerOasis to post a bond with the clerk of this Court to guaranteeing payment of the requested costs in the likely event that the Federal Circuit upholds this Court's judgment.

Dated: July 18, 2007

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys,

/s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2007, a copy of the within pleading was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire

/s/ Amr O. Aly
Amr O. Aly