# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC., and<br>POWEROASIS NETWORKS, LLC<br><br>            Plaintiffs,<br>v.<br><br>WAYPORT, INC.<br><br>            Defendant. | Civil Action No. 04-12023-RWZ<br><br>BILL OF COSTS<br>(Fed. R. Civ. P. 54(d)(1)) |

Wayport Inc., defendant in the above action, requests the Clerk to tax the following costs and disbursements under the provisions of Rule 54(d)(1) of the Federal Rules of Civil Procedure. Judgment was entered in this action on May 10, 2007.

| Description | Amount |
|---|---|
| Docket fees | $50.00 |
| Marshal's fees – | |
|     Service of subpoena on Randolph Smith and Smith Patent Office | $127.00* |
|     Service of subpoena on Wild West Domains | $42.00* |
|     AT&T Subpoena Fees | $29.38* |
| Transcription of Patent from Japanese to English | $175.00* |
| Transcription of hearing, 4/11/2006 | $292.60 |
| Transcription of deposition of William Joransen, 10/07/05 | $217.43* |
| Transcription of deposition of Thomas Duff and William Joransen, 10/27/04 | $2,620.89 |
| Transcription of deposition of Thomas Duff, 10/21/05 | $544.98* |
| Transcription of deposition of Charles Schelberg, 10/28/04 | $1,004.76 |
| Transcription of deposition of Charles Schelberg, 10/24/05 | $364.41* |
| Transcription of deposition of Charles Schelberg, 4/13/06 | $486.25* |
| Transcription of deposition of Stephen Condodemetraky, 7/15/05 | $1,275.47* |
|     Fee for late cancellation of deposition of Stephen Condodemetraky | $125.00 |
| Transcription of deposition of Garth Johnson | $1,352.53* |
| Transcription of deposition of Randolph Smith | $1,573.35* |

| | |
|---|---|
| Transcription of deposition of Wayne Gregori | $341.94* |
| Transcription of deposition of Richard Morley | $3,693.83 |
| Transcription of deposition of Thomas Britven | $3,090.79 |
| Transcription of deposition of Jim Keeler | $638.30 |
| Transcription of deposition of Edmond Cooley | $876.10 |
| Transcription of deposition of Julie Davis | $1,052.12 |
| Witness fees: | |
|     Jim Keeler | $40.00 |
|     Edmond Cooley | $40.00 |
|     Julie Davis | $40.00 |
| Travel and Subsistence Fees: | |
|     Jim Keeler | $1,536.88 |
| Photocopying and Exemplification Fees | $28,586.94** |
| **Total** | **$50,217.95** |

\* Actual cost is reduced by one half pursuant to the parties' agreement that certain depositions shall also be used in the PowerOasis v. T-Mobile litigation (Case No. 05-42-B, D. N.H.).

\*\* Actual cost is reduced by 33% to reflect necessity and reasonableness.

Dated: June 15, 2007

Respectfully submitted,

**WAYPORT, INC.**

By its attorneys

/s/ Amr O. Aly
William F. Lee (BBO #291960)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

David B. Bassett (BBO #551148)
Amr O. Aly (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

US1DOCS 6217177v3