# EXHIBIT A

## Aly, Amr

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Monday, July 23, 2007 12:51 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-12023-RWZ Poweroasis, Inc et al v. Wayport, Inc Electronic Endorsement (non-order) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

### Notice of Electronic Filing

The following transaction was entered on 7/23/2007 at 12:51 PM EDT and filed on 7/23/2007
**Case Name:**        Poweroasis, Inc et al v. Wayport, Inc
**Case Number:**    1:04-cv-12023
**Filer:**
**WARNING: CASE CLOSED on 05/10/2007**
**Document Number:** No document attached

**Docket Text:**
Judge Rya W. Zobel : ELECTRONIC ENDORSEMENT re [122] MOTION for Costs *and Disbursements under the provisions of Rule 54(d)(1) of the Federal Rules of Civil Procedure* filed by Wayport, Inc The Bill of Costs is allowed. Plaintiff may postpone payment thereof until a decision by the Court of Appeals for the Federal Ciruit by posting a bond in the amount of $55,000.(Urso, Lisa)

**1:04-cv-12023 Notice will be electronically mailed to:**
Sibley P. Reppert spr@lahive.com
David B. Bassett david.bassett@wilmerhale.com
William A. Scofield, Jr was@lahive.com
Benjamin M. Stern benjamin.stern@wilmerhale.com
John Sup Rhee john.rhee@wilmerhale.com
Gregory F Noonan gregory.noonan@wilmerhale.com
Amr O. Aly amr.aly@wilmerhale.com

**1:04-cv-12023 Notice will not be electronically mailed to:**

2/27/2008