IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>WAYPORT, INC.<br><br>      Defendant. | Civil Action No. 04-12023-RWZ |

### DECLARATION OF THOMAS M. DUFF, JR.

I, Thomas M. Duff, Jr., hereby depose and say as follows:

1. I make this declaration on the basis of my personal knowledge of the facts stated herein.

2. I am President of PowerOasis, Inc. ("PowerOasis"), co-plaintiff in the above-captioned action.

3. PowerOasis is the assignee of the patents-in-suit.

4. I am aware that, on July 23, 2007, the Court allowed the Bill of Costs filed by Wayport, Inc. ("Wayport") in the amount of $50,217.95 and further ordered that "Plaintiffs may postpone payment thereof until a decision by the Court of Appeals for the Federal Circuit by posting a bond in the amount of $55,000." I am further aware that the Court denied Plaintiffs' Motion for Reconsideration of said Order on August 28, 2007.

5. I understand that Plaintiffs' appeal of the judgment entered by this Court by Order dated May 10, 2007 was argued before the United States Court of Appeals for the Federal Circuit on February 4, 2008, and that the parties are awaiting a decision by the Federal Circuit regarding that appeal.

6. PowerOasis is insolvent. PowerOasis has $542.42 in its bank account, $10,242 of obsolete inventory and $7,684 in a limited trademark portfolio. The company's only other assets are its patent portfolio.

7. PowerOasis has current liabilities exceeding $666,000.

8. PowerOasis has no receivables, and received no income in 2007 or 2008.

9. Other than any income that may result from the present litigation, I do not anticipate that PowerOasis will earn any income in the future.

10. I understand that Wayport has filed a Motion for Contempt to enforce the Court's Order allowing its Bill of Costs.

11. PowerOasis did not post a bond in the amount of $55,000, because it lacked the funds to do so. The failure of PowerOasis to post such a bond was not the result of any willful disregard of an order of this Court.

12. PowerOasis believes that it has meritorious arguments in the pending appeal and that this Court's Order granting summary judgment in favor of Wayport will be reversed on appeal.

13. If Wayport is permitted to take action to collect upon this Court's Order allowing its Bill of Costs, PowerOasis will have no option other than to file for bankruptcy.

14. In the event that PowerOasis is required to file for bankruptcy and this Court is reversed by the Court of Appeals, PowerOasis will suffer undue prejudice and harm. In addition to the additional costs associated with operation under Chapter 11, this action would make the Bankruptcy court a party to this litigation and any settlement.

Signed under the pains and penalties of perjury this 28th day of February, 2008.

_____
Thomas M. Duff, Jr.