## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and<br>POWEROASIS NETWORKS, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12023-RWZ |
| | ) | |
| WAYPORT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF WILLIAM S. JORANSEN

I, William S. Joransen, hereby depose and say as follows:

1.    I make this declaration on the basis of my personal knowledge of the facts stated herein.

2.    I am Manager of PowerOasis Networks, LLC ("PowerOasis Networks"), co-plaintiff in the above-captioned action.

3.    I am aware that, on July 23, 2007, the Court allowed the Bill of Costs filed by Wayport, Inc. ("Wayport") in the amount of $50,217.95 and further ordered that "Plaintiffs may postpone payment thereof until a decision by the Court of Appeals for the Federal Circuit by posting a bond in the amount of $55,000." I am further aware that the Court denied Plaintiffs' Motion for Reconsideration of said Order on August 28, 2007.

4.    I understand that Plaintiffs' appeal of the judgment entered by this Court by Order dated May 10, 2007 was argued before the United States Court of Appeals for the Federal Circuit on February 4, 2008, and that the parties are awaiting a decision by the Federal Circuit regarding that appeal.

5.    PowerOasis Networks is insolvent. PowerOasis Networks currently has assets of $715 and liabilities equal $15,000.

6.      PowerOasis Networks has no receivables and received no income in 2007 or 2008.

7.      Other than any income that may result from the present litigation, I do not anticipate that PowerOasis Networks will earn any income in the future.

8.      I understand that Wayport has filed a Motion for Contempt to enforce the Court's Order allowing its Bill of Costs.

9.      PowerOasis Networks did not post a bond in the amount of $55,000, because it lacked the funds to do so. The failure of PowerOasis Networks to post such a bond was not the result of any willful disregard of an order of this Court.

10.     PowerOasis Networks believes that it has meritorious arguments in the pending appeal and that this Court's Order granting summary judgment in favor of Wayport will be reversed on appeal.

11.     If Wayport is permitted to take action to collect upon this Court's Order allowing its Bill of Costs, PowerOasis Networks will have no option other than to file for bankruptcy.

12.     In the event that PowerOasis Networks is required to file for bankruptcy and this Court is reversed by the Court of Appeals, PowerOasis Networks will suffer undue prejudice and harm.

Signed under the pains and penalties of perjury this 28th day of February, 2008.

_____
William S. Joransen