UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| POWEROASIS, INC. and POWEROASIS NETWORKS, LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-12023 (RWZ) |
| WAYPORT, INC. | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF BENJAMIN M. STERN

Please be informed that, pursuant to Local Rule of Civil Procedure 83.5.2(c), Benjamin M. Stern withdraws from representation of the Defendant Wayport, Inc. ("Wayport"). Wayport continues to be represented by David B. Bassett, Amr O. Aly, John S. Rhee, Gregory F. Noonan, and the firm of Wilmer Cutler Pickering Hale and Dorr LLP.

This matter is presently on appeal to the U.S. Court of Appeals for the Federal Circuit. The only motion pending before the Court (Docket No. 127) has been deferred until the resolution of the appeal.

-2-

        Respectfully submitted,

        WAYPORT, INC.

        By Its Attorneys:

        WILMER CUTLER PICKERING HALE AND DORR LLP

Date:  March 20, 2008        By /s/Benjamin M. Stern
        Benjamin M. Stern (BBO #646778)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel:  (617) 526-6000
        Fax:  (617) 526-5000
        Email:  benjamin.stern@wilmerhale.com

-3-

## Certificate of Service

    I hereby certify that on the 20th day of March, 2008, a copy of the within pleading was electronically served through ECF upon all counsel of record.

                                                /s/ Benjamin M. Stern
                                                Benjamin M. Stern

US1DOCS 6600233v1