IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| POWEROASIS, INC. AND POWEROASIS NETWORKS, LLC,<br><br>    Plaintiffs/<br>    Counterclaim-Defendants,<br><br>v.<br><br>WAYPORT, INC.,<br><br>    Defendant/<br>    Counterclaim-Plaintiff. | Civil Action No.: 04-12023-RWZ<br><br>Hon. Rya W. Zobel |

## NOTICE OF FEDERAL CIRCUIT DECISION IN A RELATED CASE

Defendant Wayport, Inc. ("Wayport") hereby provides notice of the U.S. Court of Appeals for the Federal Circuit decision entered on April 11, 2008 in Federal Circuit Appeal No. 2007-1265, which relates to the district court litigation styled *PowerOasis, Inc. and PowerOasis Networks LLC v. T-Mobile USA, Inc.*, No. 05-cv-42-PB (D. N.H.). Attached as Exhibit A is a copy of the decision.

Date: April 16, 2008

Respectfully Submitted

By: /s/ Amr O. Aly
William F. Lee (BBO #291960)
David B. Bassett (BBO #551148)
Amr O. Aly (admitted pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax:   617-526-5000

## Certificate of Service

I hereby certify that on the 15th day of April, 2008, a copy of the within pleading was electronically served through ECF upon:

Sibley P. Reppert, Esquire
William A. Scofield, Jr., Esquire

                                                /s/ Amr O. Aly
                                                Amr O. Aly