UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**POWEROASIS, INC. ET AL**
    **Plaintiff**

    CIVIL ACTION

  **V.**

    NO. **04CV12023-RWZ**

**WAYPORT, INC.**
    **Defendant**

## AMENDED JUDGMENT

**ZOBEL, D. J.**

  In accordance with the OPINION OF USCA entered on 4/14/08. Judgment is entered for defendant. And that claims 15, 18, 31, 35, 38, 40, and 49 of the '658 and '400 patents are invalid.

              By the Court,

**6/2/08**              **s/ Lisa A. Urso**
Date                Deputy Clerk